UNITED STATES BANKRUPTY COURT

Index No.: 23-22355-KYP

----------------------------------------------------------------------x

Business Finland USA, INC

Adversary Proceeding No.26-07007-kyp

-against-

**VERIFIED ANSWER**

Jaana Colangelo
Ronald Colangelo
R3M Law, LLP

----------------------------------------------------------------------x

Defendant, Ronald B. Colangelo answers the plaintiff's Verified Complaint, upon information and belief as follows:

1. Denies knowledge or information thereof sufficient to form a belief as to the allegations set forth in paragraphs designated , 8, 9, 10, 11, 13, 14, 19, 20, 21, 22, 23, 24, 25, 27, 28, 29, 31, 32, 33, 34, 35, 39, 40, 41, 42, 43, 44, 47, 48, 49, 51, 53, 54, 55, 56, 57, 58, 59, 71, 81 of the Verified Complaint.

2. Admits each and every allegation set forth in paragraphs designated 15, 16, 17, 18, 26, 45, 46, 48, 50, 52 of the Verified Complaint.

3. Denies each and every allegation set forth in paragraphs designated 1, 2, 3, 4, 5, 6, 7, 12, 30, 36, 37, 38, 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, of the Verified Complaint.

**AS AND FOR AN ANSWER TO THE FIRST CAUSE OF ACTION (NOT VALID)**

4. Defendant denies the allegations contained in Paragraph 64, except to acknowledge that Plaintiff purports to repeat and reallege the allegations of Paragraphs 1 through 63. Defendant denies each and every allegation contained in Paragraphs 1 through 63 to the extent they are repeated, restated, or incorporated by reference in Paragraph 64.

5. Defendant denies that the 2020 Decision & Order found that Jaana or Ronald Colangelo "worked together to misappropriate no less than $402,164.08 of Business Finland's

monies" or that any such funds were used to make improvements to the New Rochelle residence. Defendant further denies that any misappropriation occurred at all. Plaintiff's characterization of the 2020 ruling is inaccurate, misleading, and unsupported by the record. No court has found that Defendant used Plaintiff's funds to improve the residence, nor has any court established a factual basis for the amount alleged.

6. Defendant denies that the 2020 Decision and Order "specifically found" that Jaana or Ronald Colangelo participated in any wrongdoing against Business Finland. Defendant further denies that any court determined that misappropriated funds were used by either Jaana or Ronald Colangelo to improve the New Rochelle residence. Plaintiff's characterization of the 2020 Decision and Order is inaccurate, misleading, and unsupported by the record. No such factual findings were made, and no court has concluded that Defendant used plaintiff's funds for home improvements or engaged in any coordinated wrongdoing.

7. Defendant denies that any misappropriation of Business Finland's funds occurred and denies that any such alleged funds were used to improve the New Rochelle residence. Defendant further denies that any state court established a constructive trust lien against the New Rochelle residence in 2020. No valid constructive trust was imposed, no enforceable lien was created, and no court order exists granting plaintiff any legal or equitable interest in Defendant's property. Plaintiff's assertion is factually incorrect, legally unsupported, and contradicted by the record.

8. Defendant denies that Business Finland "perfected" any claim or constructive trust lien against the New Rochelle residence on January 18, 2019, or at any other time. Defendant further denies that any such lien was validly created, perfected, or extended by the 2022

Decision & Order. Plaintiff never recorded a lien, never obtained a judgment granting a property interest, and never established any legal or equitable basis for a constructive trust. Plaintiff's assertion is inaccurate, unsupported by the record, and legally insufficient to create or extend any encumbrance on Defendant' home.

9. Defendant denies that any "constructive trust lien" was valid, enforceable, or attached to the New Rochelle residence as of July 30, 2024, or at any other time. Plaintiff never provided funds for the purchase, mortgage payments, renovation, or maintenance of the property; never recorded any lien or security interest; and has no legal or equitable basis to assert a constructive trust or senior lien. Plaintiff's claim is unsupported by fact, contradicted by its own decade-long inaction, and legally insufficient to create any encumbrance on Defendant' home.

10. Defendant denies that any valid, enforceable, or legally cognizable "constructive trust lien" exists against the New Rochelle residence and therefore denies that any present justiciable controversy exists regarding the validity or enforceability of such a lien. Plaintiff has no legal or equitable interest in the property, never perfected any lien, never provided funds used to acquire or improve the residence, and cannot establish the elements necessary for a constructive trust. Any purported controversy is the result of Plaintiff's unsupported allegations, not any actual or legally recognized encumbrance on Defendant' home.

11. Defendant denies that this Court's authority to resolve the dispute arises under 11 U.S.C. § 506 or Fed. R. Bankr. P. 7001(2) as alleged. Defendant further denies that any valid or enforceable "constructive trust lien" exists that would invoke the provisions cited. Plaintiff has no perfected lien, no secured claim, and no legally cognizable property interest in the

New Rochelle residence. Accordingly, the statutory and procedural bases cited by Plaintiff are inapplicable and do not confer the authority Plaintiff asserts.

12. Defendant denies that Business Finland is entitled to any declaration that a "constructive trust lien" is a valid or enforceable lien against the New Rochelle residence. No constructive trust was ever properly imposed, no lien was ever perfected or recorded, and Plaintiff has no legal or equitable interest in the property. Plaintiff contributed no funds to the purchase, mortgage payments, renovation, or maintenance of the residence and cannot satisfy the elements required for a constructive trust or any other form of secured claim.

13. Accordingly, Plaintiff is not entitled to the declaratory relief it seeks.

## AS AND FOR AN ANSWER TO THE SECOND CAUSE OF ACTION (DOES NOT ATTACH)

14. Defendant denies the allegations contained in Paragraph 73 except to acknowledge that Plaintiff purports to repeat and reallege the allegations of Paragraphs 1 through 72. Defendant denies each and every allegation contained in Paragraphs 1 through 72 to the extent they are repeated, restated, or incorporated by reference in Paragraph 73.

15. Defendant denies that any "constructive trust lien" was valid, enforceable, or attached to the New Rochelle residence as of July 30, 2024, the date of the closing, or at any other time. Plaintiff never provided funds for the purchase, renovation, or maintenance of the property; never recorded or perfected any lien; and never obtained a judgment granting any legal or equitable interest in the residence. Plaintiff's assertion is unsupported by fact, contradicted by the record, and legally insufficient to create any encumbrance on Defendant' home.

16. Defendant denies Plaintiff's characterization of the Sale Order. The Sale Order did not recognize, validate, or preserve any alleged "constructive trust lien," nor did it elevate

Plaintiff's unperfected and disputed claim to the status of a lien, interest, or encumbrance. To the extent the Sale Order provides that any valid liens or interests, *if any*, attach to the proceeds in the same order and priority as they existed immediately prior to the sale, Defendant denies that Plaintiff held any such lien, interest, or encumbrance at that time. Plaintiff had no perfected lien, no secured claim, and no legally cognizable property interest in the New Rochelle residence before the sale, and therefore nothing could attach to the proceeds.

17. Defendant denies that any "constructive trust lien" was a valid lien against the New Rochelle residence prior to the trustee's sale and therefore denies that any such lien could attach to or encumber the disputed net sale proceeds. Plaintiff never held a perfected lien, never obtained a judgment granting a property interest, and never established the elements necessary for a constructive trust. Because no valid lien existed before the sale, nothing could lawfully transfer or attach to the proceeds. Plaintiff's assertion is unsupported by fact, contradicted by the record, and legally insufficient

18. Defendant denies that any "constructive trust lien" became a valid or enforceable lien on the net sale proceeds contemporaneously with the closing on the New Rochelle residence. Because no valid constructive trust, lien, or secured interest existed prior to the sale, nothing could attach to or transfer to the proceeds at closing. Plaintiff never perfected a lien, never obtained a judgment granting a property interest, and cannot satisfy the elements required for a constructive trust. Accordingly, no such lien became valid or enforceable on the sale proceeds.

19. Defendant denies that any "constructive trust lien" became a valid or enforceable lien on the disputed sale proceeds contemporaneously with the entry of the Transfer Order or the

transfer of funds to RSM's IOLA account. Because no valid constructive trust, lien, or secured interest existed prior to the sale, nothing could attach to or transfer to the proceeds at any later stage. Plaintiff never perfected a lien, never obtained a judgment granting a property interest, and cannot satisfy the elements required for a constructive trust. Accordingly, no such lien became valid or enforceable upon the transfer of the proceeds.

20. Defendant denies that any "constructive trust lien" became a valid or enforceable lien on the disputed sale proceeds contemporaneously with the entry of the Transfer Order or the transfer of funds to RSM's IOLA account. Because no valid constructive trust, lien, or secured interest existed prior to the sale, nothing could attach to or transfer to the proceeds at any later stage. Plaintiff never perfected a lien, never obtained a judgment granting a property interest, and cannot satisfy the elements required for a constructive trust. Accordingly, no such lien became valid or enforceable upon the transfer of the proceeds.

21. Defendant denies that any present, justiciable controversy exists regarding the validity or enforceability of a "constructive trust lien" against the disputed sale proceeds. No valid constructive trust, lien, or secured interest ever existed with respect to the New Rochelle residence or the proceeds derived from its sale. Plaintiff never perfected a lien, never obtained a judgment granting a property interest, and cannot satisfy the elements required for a constructive trust. Any purported controversy arises solely from Plaintiff's unsupported allegations, not from any legally cognizable lien or encumbrance.

22. Defendant denies that this Court's authority to resolve the dispute arises under 11 U.S.C. § 506 or Fed. R. Bankr. P. 7001(2) as alleged. Plaintiff has no valid or enforceable lien, no secured claim, and no legally cognizable property interest in the disputed sale proceeds. Because no constructive trust, lien, or other secured interest ever existed, the statutory and

procedural provisions cited by Plaintiff are inapplicable and do not confer the authority Plaintiff asserts.

23. Defendant denies that Business Finland is entitled to any declaration that a "constructive trust lien" is a valid or enforceable lien against the disputed sale proceeds. No constructive trust was ever properly imposed, no lien was ever perfected or recorded, and Plaintiff has no legal or equitable interest in the New Rochelle residence or the proceeds derived from its sale. Plaintiff cannot satisfy the elements required for a constructive trust or any other secured interest and therefore is not entitled to the declaratory relief it seeks.

## AS AND FOR AN ANSWER TO THE THIRD CAUSE OF ACTION (NO PRIORITY)

24. Defendant categorically denies the allegations of this cause of action, acknowledging only that Plaintiff purports to incorporate prior allegations. All such incorporated allegations are denied in their entirety.

25. Defendant further denies that Business Finland is entitled to any declaration concerning the priority of a purported "constructive trust lien." No such lien ever existed. Plaintiff never perfected a lien, never recorded any encumbrance, never obtained a judgment establishing any legal or equitable interest in the New Rochelle property or its proceeds, and cannot satisfy the elements required for a constructive trust. Plaintiff's attempt to elevate a nonexistent lien over Ronald's equity interest—or any other claims legally untenable and factually unsupported. The declaratory relief sought is wholly improper.

26. Defendant denies that Plaintiff perfected any claim or "constructive trust lien" on January 18, 2019, or at any time. Plaintiff took no action that could constitute perfection, recorded nothing, secured no judgment, and established no legal or equitable interest in the property. No perfected claim or lien existed on January 18, 2019, or thereafter.

27. Defendant denies that any "constructive trust lien" was valid or enforceable as of July 30, 2024, the date of the property's sale. Plaintiff never perfected or recorded a lien, never obtained a judgment establishing any interest, and cannot meet the requirements for a constructive trust. Because no lien ever existed, none could have been valid or enforceable on the date of sale.

28. Defendant denies that any present, justiciable controversy exists concerning the priority of a purported "constructive trust lien." Plaintiff never held a valid or perfected lien, never obtained a judgment establishing any interest, and cannot satisfy the elements of a constructive trust. With no lien, there is no priority dispute for this Court to adjudicate.

29. Defendant denies that 11 U.S.C. § 506 or Fed. R. Bankr. P. 7001(2) provide any authority for the relief Plaintiff seeks. Plaintiff has no lien, no secured claim, and no cognizable property interest in the New Rochelle residence or its proceeds. Because no constructive trust or secured interest ever existed, the statutory provisions cited by Plaintiff are irrelevant and confer no basis for declaratory relief.

30. Defendant further denies that Plaintiff is entitled to any declaration regarding the priority of a nonexistent "constructive trust lien." Plaintiff never perfected a lien, never recorded any encumbrance, never obtained a judgment establishing any interest, and cannot satisfy the elements of a constructive trust. With no lien, Plaintiff cannot establish priority over Ronald's equity interest or any other claim. The requested declaratory relief must be denied in its entirety.

31. Defendant denies the allegations contained in Paragraph 83 except to acknowledge that Plaintiff purports to repeat and relegate the allegations of Paragraphs 1 through 82.

Defendant denies each and every allegation contained in Paragraphs 1 through 82 to the extent they are repeated, restated, or incorporated by reference in Paragraph 83.

32. Defendant denies that Business Finland is entitled to any declaration that a purported "constructive trust lien" is senior in priority to any equity interest or claim Ronald may assert against the New Rochelle residence or the disputed sale proceeds. Plaintiff never held a valid or perfected lien, never obtained a judgment granting any legal or equitable interest in the property, and cannot satisfy the elements required for the imposition of a constructive trust. Because no valid lien ever existed, Plaintiff cannot establish priority over Ronald's equity interest or any other claim. Accordingly, Plaintiff is not entitled to the declaratory relief it seeks.

33. Defendant denies that Business Finland perfected any claim or "constructive trust lien" against the New Rochelle residence effective January 18, 2019, or at any other time. Plaintiff never recorded, perfected, or otherwise established any lien; never obtained a judgment granting a legal or equitable interest in the property; and cannot satisfy the elements required for the imposition of a constructive trust. Accordingly, no perfected claim or lien existed as of January 18, 2019.

34. Defendant denies that any "constructive trust lien" was a valid or enforceable lien on the New Rochelle residence as of July 30, 2024, the date of the property's sale. Plaintiff never perfected any lien, never recorded any encumbrance, never obtained a judgment granting a legal or equitable interest in the property, and cannot satisfy the elements required for the imposition of a constructive trust. Because no valid lien existed at any time prior to the sale, none could have been valid or enforceable on July 30, 2024.

35. Defendant denies that any present, justiciable controversy exists regarding whether a purported "constructive trust lien" is senior in priority to any equity interest Ronald may assert against the New Rochelle residence or the disputed sale proceeds. Plaintiff never held a valid or perfected lien, never obtained a judgment granting any legal or equitable interest in the property, and cannot satisfy the elements required for the imposition of a constructive trust. Because no valid lien ever existed, there is no priority dispute for this Court to adjudicate

36. Defendant denies that this Court's authority to resolve the alleged dispute arises under 11 U.S.C. § 506 or Fed. R. Bankr. P. 7001(2). Plaintiff has no valid or perfected lien, no secured claim, and no legally cognizable property interest in the New Rochelle residence or the disputed sale proceeds. Because no constructive trust, lien, or other secured interest ever existed, the statutory provisions cited by Plaintiff are inapplicable and do not confer the authority Plaintiff asserts.

37. Defendant denies that Business Finland is entitled to any declaration that a purported "constructive trust lien" is senior in priority to any equity interest Ronald may assert against the New Rochelle residence or the disputed sale proceeds. Plaintiff never held a valid or perfected lien, never recorded any encumbrance, never obtained a judgment granting a legal or equitable interest in the property, and cannot satisfy the elements required for the imposition of a constructive trust. Because no valid lien ever existed, Plaintiff cannot establish priority over Ronald's equity interest or any other claim. Accordingly, Plaintiff is not entitled to the declaratory relief it seeks.

## AS AND FOR AN ANSWER TO THE FOURTH CAUSE OF ACTION (R3M TURNING OVER)

38. Defendant unequivocally denies the allegations asserted in this cause of action, acknowledging only that Plaintiff purports to incorporate prior allegations. All such incorporated allegations are denied in full.

39. Defendant further denies, upon information and belief, that R3M possesses any "disputed sale proceeds" in which Business Finland holds *any* legal or equitable interest. Plaintiff never obtained a valid or perfected lien, never secured a judgment granting rights in the New Rochelle property or its proceeds, and cannot remotely satisfy the requirements for a constructive trust. Plaintiff's attempt to manufacture an interest by pointing to R3M's possession of funds is legally baseless and factually unsupported.

40. Defendant also denies that Plaintiff has even a colorable claim to the proceeds. Plaintiff's failure to perfect a lien, failure to obtain a judgment, and failure to establish the elements of a constructive trust foreclose any entitlement to the funds. Plaintiff's theory is nothing more than an attempt to retroactively create rights it never possessed.

41. Defendant further denies that any turnover order is warranted or legally permissible. Plaintiff has no lien, no constructive trust, and no legal or equitable interest in the New Rochelle property or its proceeds. With no entitlement whatsoever, Plaintiff's demand for a turnover order is improper, unsupported by law, and should be rejected outright

42. Defendant denies the allegations contained in Paragraph 90 except to acknowledge that Plaintiff purports to repeat and reallege the allegations of Paragraphs 1 through 89. Defendant denies each and every allegation contained in Paragraphs 1 through 89 to the extent they are repeated, restated, or incorporated by reference in Paragraph 90.

43. Defendant denies, upon information and belief, that R3M is in possession or custody of any "disputed sale proceeds" in which Business Finland has an interest arising out of a purported constructive trust. Plaintiff never held a valid or perfected lien, never obtained a judgment granting any legal or equitable interest in the New Rochelle residence or its proceeds, and cannot satisfy the elements required for the imposition of a constructive trust. Accordingly, Plaintiff has no interest in the proceeds, and R3M's possession or custody of any funds does not create or recognize such an interest.

44. Defendant denies that R3M is in possession, custody, or control of any sale proceeds in which Business Finland has a valid interest arising from a purported constructive trust. Plaintiff never held a valid or perfected lien, never obtained a judgment granting any legal or equitable interest in the New Rochelle residence or its proceeds, and cannot satisfy the elements required for the imposition of a constructive trust. Accordingly, Plaintiff has no interest in the proceeds, and R3M's possession or custody of any funds does not create or recognize such an interest.

45. Defendant denies that the Court should issue any order directing R3M to turn over to Business Finland the disputed sale proceeds. Plaintiff has no valid or perfected lien, no constructive trust, and no legally cognizable interest in the New Rochelle residence or its proceeds.

46. Because Plaintiff lacks any legal or equitable entitlement to the funds, there is no basis for a turnover order against R3M or any other party.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

**I.   The Notice of Pendency Is Moot Because the Property Has Been Sold**

47. A notice of pendency is permitted only when the judgment sought "would affect the title to, or the possession, use or enjoyment of, real property." CPLR § 6501. Here, the real property that was the subject of Plaintiff's notice of pendency was sold on July 30, 2025, and title has already transferred to a third-party purchaser. Once the property is sold, there is no longer any real property interest for a lis pendens to attach to. A notice of pendency cannot survive the sale of the property and cannot encumber funds held in escrow. Because the underlying property no longer exists in this action, the notice of pendency is moot and must be canceled.

**II.   A Lis Pendens Cannot Attach to Money, Escrowed Proceeds, or a Claim for Monetary Relief**

48. New York law is unequivocal: a notice of pendency applies only to real property. It cannot be used to secure or freeze money, including sale proceeds held in escrow. Plaintiff's claims seek only monetary recovery — including a demand for a portion of the sale proceeds — and do not seek any judgment affecting title to the property. A lis pendens cannot be used as a substitute for a lien, cannot attach to escrowed funds, and cannot secure a potential money judgment. Because Plaintiff seeks only money, not real property, the notice of pendency is improper as a matter of law.

**III.   Plaintiff's Constructive Trust Theory Does Not Support a Lis Pendens**

49. A constructive trust supports a notice of pendency only when the plaintiff seeks to impose a trust on the real property itself. Plaintiff does not seek a constructive trust on the property; it seeks a constructive trust over money allegedly misappropriated. Courts consistently hold that a constructive trust over money does not justify a lis pendens. Allegations that

misappropriated funds were used to pay for renovations do not create a real-property interest and do not support a notice of pendency. Plaintiff's constructive trust theory is therefore legally insufficient to sustain the notice.

**IV.** **The Notice of Pendency Was Improper When Filed and Is Doubly Improper Now**

50. Plaintiff filed the notice of pendency more than a year after commencing this action, despite asserting no real-property claims. The filing served no legitimate statutory purpose and functioned only as leverage to interfere with the sale. CPLR § 6514(b) authorizes cancellation where a notice of pendency is filed in bad faith or for an improper purpose. Now that the property has been sold and the proceeds are held in escrow, the notice serves no purpose at all and must be canceled under both CPLR §§ 6514(a) and 6514(b). (See Exhibit "A")

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

51. I am an innocent spouse and a good-faith owner. I did not participate in, have knowledge of, authorized, or benefit from any alleged misappropriation of funds. (See Exhibit "B" attached hereto Decision and Order of 12/21/2020 Index 59629/2018 where Hon. William J. Giacomo, J.S.C declined to Grant Summary Judgement against Ronald Colangelo and rules his is non-moving part to this case). At all times, I relied on the information provided to me by my spouse, and I had no reason to question her representations. Our finances were completely separate from the beginning of our marriage. (See Exhibit "C" attached hereto Opposition of Jaana Colangelo). I had no access to any of Jaana's personal accounts, credit cards, bank statements, or Business Finland USA financial information. I neither monitored nor had the ability to monitor any of her financial activity. I did not know Business Finland USA was part of the Finnish Government until they filed claim in 2018.

52. Tom Rauste stated Business Finland USA has no Interest, never made loan, easement on Colangelo's home and that there is no claim against Ron Colangelo (See Exhibit "D" attached hereto Deposition of Tom Rauste page 189-line 16–25-page 190 line 2 -11 and page 156 line 14 -19.

## I.   I Had No Knowledge of Any Wrongdoing and No Access to Any Relevant Accounts

53. I did not participate in, authorize, or have awareness of any improper transactions related to the renovation of our home. I had no access to Jaana's American Express account, no access to her Chase account, and no access to any Business Finland reimbursements. I did not know she incurred credit-card debt or took early distributions from her 401(k) to pay for renovation expenses. I had no knowledge of any financial activity involving Business Finland or any reimbursements she received.

54. Everything I understood about the renovation financing came directly from Jaana's representations. I relied on those representations in complete good faith.

## II.   My Good-Faith Belief That Jaana's Father Was Funding the Renovation

55. Shortly after Jaana met her biological father in 2002, he provided her with an American Express card and, according to her, secured a substantial credit limit for her. She repeatedly told me that her credit capacity was backed by her father, Carl Bernadotte. Based on her statements, I believed—reasonably and in good faith—that the unusually high credit limit was supported by her father's financial resources.

56. This belief was not only reasonable; it was the **only explanation that made sense**.

## III.   I Had No Reason to Suspect Debt, Misconduct, or Misuse of Funds

57. I believed that the renovation was funded through:

a. her father's financial assistance to make up for lost time since he left her at birth

b. her salary, American Express reward points,

c. checks I provided to her.

58. Everything appeared to be paid. I had no access to her accounts and no visibility into her financial world. I believed what she told me—that her father was supporting her financially and that the credit line was secured by him.

59. I did not know that she incurred approximately $116, 000 in credit-card debt or took a $50, 000 401(k) distribution to pay renovation expenses. I did not know that she was carrying renovation debt of any kind.

## IV. **D. I Acted at All Times in Complete Good Faith**

60. At all times, I acted in complete good faith. I neither knew of nor participated in any wrongdoing. I relied entirely on the information provided by my spouse, and I had no reason to suspect that she was incurring debt or using retirement funds to pay for renovation expenses. I am an innocent.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

61. Defendant was not unjustly enriched. The home was acquired, financed, and primarily improved through Defendant's separate funds.

## RENOVATION COST SUMMARY

## V. **Grand Total of All Renovation-Related Payments:**

### TOTAL $529, 485.54

### JAANA CONTRIBUTION $188, 250.25

### RON CONTRIBUTION $354, 380.92

**Total $529, 485.54**

V.     Breakdown:

## CONTRIBUTIONS

**Summary of Contributions Made by Jaana Colangelo Toward the Renovation of the Marital Residence**

| Item No. | Description | Amount | Supporting Exhibit |
|---|---|---|---|
| 1 | Credit card debt incurred for renovations and consolidated through National Debt Relief | $116, 500.70 | Exhibit E |
| 2 | Net proceeds from 401(k) early withdrawal applied to American Express renovation debt | $42, 749.55 | Exhibit F |
| 3 | American Express reward points applied toward renovation purchases (approx. value) | $29, 000.00 | Exhibit G |

**Total – Jaana Colangelo**

**$188, 250.25**

## EXHIBIT 1

JAANA COLANGELO – RENOVATION-RELATED CONTRIBUTIONS

Summary of Contributions Made by Jaana Colangelo Toward the Renovation of the Marital Residence

| Item No. | Description | Amount | Supporting Exhibit |
|---|---|---|---|
| 1 | Credit card debt incurred for renovations and consolidated through National Debt Relief | $116, 500.70 | Exhibit E |
| 2 | Net proceeds from 401(k) early withdrawal applied to American Express renovation debt | $42, 749.55 | Exhibit F |
| 3 | American Express reward points applied toward renovation purchases (approx. value) | $29, 000.00 | Exhibit G |

Total – Jaana Colangelo: $188, 250.25

In addition, not in totals -Jaana Transferred $275k from her chase account to her American Express account to pay credit card debit of from 2014 thru 2018 (Please Exhibit H attached hereto)

**EXHIBIT 2**

**PAYMENTS MADE BY RONALD COLANGELO – RENOVATION EXPENSES**

**Summary of Checks and Payments Made Toward the Renovation of the Marital Residence**

| Item No. | Description | Amount | Supporting Exhibit |
|---|---|---|---|
| 1 | Fidelity check issued to Jaana for renovation expenses | $107, 362.00 | Exhibit H |
| 2 | TD Bank check issued to Jaana for renovation expenses | $30, 067.00 | Exhibit I |
| 3 | Personal checks issued directly to contractors | $24, 200.00 | Exhibit I |
| 4 | Colangelo Risk MGTE checks issued to Jaana | $27, 000.00 | Exhibit J |
| 5 | TD Bank checks issued directly to contractors | $77, 363.68 | Exhibit K |
| 6 | Blacklabrador checks issued to Jaana and contractors | $75, 242.61 | Exhibit L |

**Total – Ronald Colangelo**

**$341, 235.29**

### AS AND FOR A FOURTH AFFIRMATIVE (DEFENSE DEBT)

62. Jaana incurred substantial personal debt as a direct result of the 2015 renovation of our home. By 2019, she had carried over debt approximately $116, 000 in renovation-related charges on her personal credit cards, which ultimately required consolidation through National Debt Relief. To further reduce this renovation debt, Jaana took an early $50, 000 distribution from her 401(k) and applied those funds toward the outstanding American Express balance arising from the renovation. (See Exhibits "E" and "F" attached hereto).

63. Throughout this period, Jaana used her salary—approximately $90, 000 per year—to make ongoing payments to the American Express card to reduce the renovation balance. These salary payments were deposited into and paid from her personal Chase account, which also received reimbursements from Business Finland for monthly operating expenses. As a result, her personal funds and any reimbursed funds were commingled for nearly a decade,

making it impossible to trace or distinguish what portion of the American Express payments came from salary versus reimbursements. The financial records simply do not allow for any reliable tracing.

64. It is estimated that between 2014 and 2018, during the renovation period, Jaana transferred approximately $275, 000 of her personal salary income to chase and then to her personal American Express card to cover renovation costs. These were her own earnings, used for improvements to our home, not funds belonging to Business Finland. (Please See Exhibit "M")

65. Additionally, Jaana used approximately $29, 000 worth of her Personal American Express reward points to pay for renovation-related items. These points were earned through her personal spending and were her personal asset. (See Exhibit G attached hereto)

66. The financial reality is clear: the renovation was funded overwhelmingly by My personal and Business accounts check payments and Jaana's personal income, her early retirement distribution, her credit, and her reward points. The extensive commingling of funds over a ten-year period renders any attempt at tracing legally untenable and factually impossible.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE (NO ELEMENTS)**

67. There was never any shared understanding, expectation of ownership, agreement, or participation in any alleged misconduct. I had no knowledge of wrongdoing, no involvement in it, and no reason whatsoever to suspect that any improper activity was occurring. No common intention to share property ever existed. Business Finland USA was formed 2006, we purchased house in 2002, house was purchased 4 years before Business Finland USA was formed, by using proceeds from the sale of my cooperative apartment, contributed an $80, 000 down payment, and personally made all mortgage and home-equity

payments, insurance payments, property maintenance, for approximately twenty-two years. At no point—verbally, in writing, or by implication—was any promise or understanding made regarding shared ownership or any transfer of interest.

68. The claim for constructive trust collapses under *Sharp v. Kosmalski*. Not a single required element is met. There was no promise. There was no transfer in reliance. There was no confidential or fiduciary relationship with Business Finland. And there was no unjust enrichment. I had no relationship of any kind with Business Finland. I am an innocent spouse who neither knew of nor participated in any alleged wrongdoing and who received no benefit from it. The attempt to impose a constructive trust on my property is legally baseless and factually unsupported.

69. (See Exhibit D) attached hereto (Tom Ruastee stating Business Finland USA had no interest, possession, never loan money, or easement on Colangelo home property) Business Finland USA had no interest in The Colangelo property)

70. In short, the constructive trust theory fails as a matter of law and facts. The elements are absent, the relationship is nonexistent, and the attempt to seize property I purchased and maintained for twenty years is wholly unjustified.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE (LACHES)

71. For more than a decade, Business Finland USA consistently approved all of Jaana Colangelo's Webtam expense submissions. Each monthly submission was reviewed and authorized by her supervising manager, a process that remained unchanged across roughly ten years and under the oversight of three different supervisors. By repeatedly validating these expenses through their own internal accounting and approval systems,

Business Finland led Ms. Colangelo to reasonably rely on the legitimacy of the reimbursements.

72. Business Finland's prolonged and unexplained delay in asserting a constructive-trust claim constitutes laches. The delay is unreasonable, and it has caused substantial prejudice to the defendant, who was entitled to rely on the organization's longstanding pattern of approval. Accordingly, the claim is barred under the doctrine of laches.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE TRACING

73. Business Finland USA cannot come close to meeting its burden of tracing any identifiable funds to the home renovations. There is **no** transactional evidence — not a single invoice, transfer, or payment — showing that Business Finland funds were used for renovation expenses. No Business Finland account ever paid a renovation vendor, and no Business Finland account shows any outflow that corresponds to the renovation period.

74. Instead of evidence, Business Finland offers nothing but conjecture. Its tracing theory is built entirely on speculation and unfounded assumptions. Business Finland attempts to manufacture a link by pointing to Jaana's personal Chase checking account — an account into which her salary and Business Finland reimbursement checks were deposited together. Once deposited, these funds became fully commingled, indistinguishable, and used for ordinary personal expenditures.

75. Jaana's personal Chase account received her approximately $90, 000 annual salary, and she routinely transferred funds from that account to her personal American Express account to pay personal expenses and reduce personal debt. No Business Finland USA account was ever used for any renovation-related transaction. Every payment associated with the

renovations originated from Jaana's personal accounts Chase and American Express accounts. None originated from Business Finland USA.

76. Business Finland's tracing theory is unsupported, speculative, and legally untenable. It fails as a matter of law.

77. Jaana's personal funds and her Business Finland reimbursements were commingled in her personal accounts for more than a decade. Because the funds were mixed, dissipated, and rendered indistinguishable from her legitimate personal deposits, Business Finland

78. USA cannot satisfy the strict tracing requirement necessary to impose a constructive trust or any proprietary remedy.

79. In summary, under well-established equitable principles — including the lowest intermediate balance rule — the constructive-trust theory is barred. The funds at issue were fully commingled, dissipated, and rendered indistinguishable, and the law presumes that a wrongdoer spends their own money first. As a result, Business Finland USA cannot trace any identifiable res into the renovations.

80. Without a traceable res, a constructive trust or any proprietary remedy is legally unavailable. The tracing claim therefore fails as a matter of law.

81. Under controlling equitable principles — including the lowest intermediate balance rule and the presumption that a wrongdoer spends their own money first — Business Finland's tracing theory collapses. The law is unequivocal: without a traceable res, there can be no constructive trust.

82. Here, there is no identifiable property, no segregated funds, and no evidence linking Business Finland money to the renovations. The tracing claim is legally impossible and must be dismissed outright.

## AS AND FOR An EIGHT AFFIRMATIVE DEFENSE UNCLEAN HANDS

I.   **Business Finland USA Comes to This Court with Unclean Hands**

83. For more than fifteen years, Business Finland USA knowingly relied on Jaana Colangelo's personal credit cards to finance its U.S. operations. This was not a misunderstanding, an administrative oversight, or an isolated lapse in judgment. It was a deliberate and institutionalized practice—endorsed by multiple supervisors, multiple departments, and Business Finland headquarters in Finland. The organization was fully aware that Ms. Colangelo was personally fronting approximately 80% of its monthly operating expenses on her American Express card, and it allowed this practice to continue because it benefited Business Finland while exposing her to significant financial and legal risk.

84. Business Finland's conduct was not passive negligence; it was active exploitation. The organization built its U.S. financial infrastructure on Ms. Colangelo's personal credit and, after more than a decade of benefiting from her financial exposure, now seeks equitable relief against her. Equity does not reward such misconduct.

A.   **Business Finland's Systematic Misconduct**

85. For over fifteen years, Business Finland USA used Ms. Colangelo's personal credit cards as the primary funding mechanism for its U.S. operations. This was not an inadvertent practice—it was the organization's standard operating procedure.

a. Business Finland USA issued only one corporate credit card with a $10, 000 limit, despite monthly operating expenses ranging from $30, 000 to $70, 000.

b. The organization was fully aware of the scope of its U.S. operations, including employee travel, flights, hotels, meals, conferences, rent, internet services, and even diplomats' cell phones.

c. Despite this knowledge, Business Finland USA chose to rely on Ms. Colangelo's personal credit as the financial backbone of its U.S. presence.

86. This practice was openly conducted and approved at every level: her direct supervisors, their supervisors in Finland, the finance department that processed reimbursements, and Business Finland leadership. For more than a decade, the organization reviewed, approved, and reimbursed her expenses without objection, warning, or any suggestion of impropriety.

87. After exploiting her personal credit for more than fifteen years, Business Finland now claims that Ms. Colangelo "stole money" or misused reimbursements related to home renovations—renovations paid from her Personal Chase and Personal American Express accounts. These accusations are not only false; they are a transparent attempt to shift blame for a system Business Finland USA created, controlled, and relied upon.

**B. Business Finland's Conduct Constitutes Unclean Hands**

88. Business Finland's behavior satisfies every element of the unclean-hands doctrine:

a   It designed and institutionalized a system that required Ms. Colangelo to personally finance corporate operations.
b   It knowingly exploited her personal credit for more than fifteen years.
c   It failed to implement even basic financial controls or provide adequate corporate credit.
d   It approved and relied on her reimbursements without objection.
e   It now attempts to recast its own system as misconduct by the employee who kept its operations functioning.

89. Business Finland's misconduct is not tangential—it is central to the dispute. Its negligence, mismanagement, and exploitation directly created the circumstances it now seeks to weaponize against Ms. Colangelo. Under these facts, Business Finland's hands are not merely unclean—they are irreparably stained by years of intentional and self-serving conduct.

90. Business Finland USA is barred from seeking equitable relief. For more than fifteen years, it knowingly exploited Ms. Colangelo's personal credit, benefited from her financial exposure, and failed to provide even minimal corporate financial infrastructure. Its current accusations are an attempt to shift responsibility for a system it created, endorsed, and depended upon.

91. Under the doctrine of unclean hands, Business Finland cannot escape the consequences of its own deliberate and longstanding misconduct.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE STATUTE OF LIMIATATIONS

### I.  THE STATUTE OF LIMITATIONS BARS ALL CLAIMS AS A MATTER OF LAW

92. Business Finland USA's claims are untimely and must be dismissed. The conduct at issue—the reimbursement of home-renovation expenses—occurred in 2015. Under New York law, a conversion claim accrues at the moment of the alleged wrongful taking, not when the plaintiff later elects to investigate or litigate. For more than a decade, Business Finland reviewed, approved, and paid Ms. Colangelo's monthly reimbursement submissions, including those related to the 2015 renovation. Under CPLR 214(3), the three-year statute of limitations expired in 2018. Business Finland did not file a notice of pendency until January 18, 2019, and did not commence this action until later that year—

well outside the statutory period. Because the limitations period began in 2015 and expired long before suit was filed, the claims are barred as a matter of law.

**A. The Constructive-Trust Claim Is Time-Barred Under CPLR 214(3)**

93. Business Finland alleges that the supposed "theft" occurred in connection with home-renovation expenses incurred in 2015. Under New York law, a conversion claim accrues when the defendant first exercises wrongful dominion over the property—here, when the reimbursement was issued to Ms. Colangelo. Business Finland approved and paid monthly reimbursements for more than a decade, and the renovation was completed in 2015. Since the money allegedly misappropriated is claimed between years of 2011 through 2017. The statute of limitations therefore began to run in 2011 and expired in 2014. Because the action did not commence until 2019, the claim is time-barred.

94. Federal courts applying New York law uniformly reach the same conclusion:

a Berman v. Morgan Keegan & Co., 455 F. App'x 92, 94 (2d Cir. 2012) (conversion accrues "when the defendant exercises unauthorized dominion," not upon discovery).
b Sporn v. MCA Records, Inc., 58 N.Y.2d 482, 488 (1983) (conversion accrues immediately upon the wrongful taking).
c In re Jackson, 593 B.R. 437, 444 (Bankr. S.D.N.Y. 2018) (three-year limitations period "runs from the date of the alleged conversion, not from discovery").

95. These authorities foreclose any reliance on delayed-discovery or continuing-wrong theories.

**B. A Conversion Claim Accrues at the Time of the Alleged Wrongful Act**

96. A conversion claim accrues when the alleged conversion occurs, not when it is later discovered. State of New York v. Seventh Regiment Fund, 98 N.Y.2d 249, 259 (2002) (conversion accrues "at the time of the alleged wrongful act").

97. Federal courts apply this rule without exception:

a   Petrone v. Davidoff Hutcher & Citron LLP, 2023 WL 3962831, at 6 (S.D.N.Y. June 12, 2023) (claim time-barred; accrual occurs "when the defendant allegedly took possession," not when plaintiff learned of it).
b   Loengard v. Santa Fe Indus., Inc., 70 N.Y.2d 262, 266 (1987) (conversion accrues immediately upon taking).

## C. The Discovery Rule Does Not Apply to Conversion Claims

98. The statute of limitations begins to run at the time of the alleged wrongful taking, regardless of when the plaintiff becomes aware of it. Vigilant Ins. Co. v. Housing Auth. of City of El Paso, 87 N.Y.2d 36, 44 (1995).

99. Federal courts repeatedly reaffirm this principle:

a   Kaufman v. Cohen, 307 A.D.2d 113, 122 (1st Dep't 2003) ("no discovery rule applies to conversion").
b   Gonzalez v. Hasty, 802 F.3d 212, 220 (2d Cir. 2015) (limitations period begins when the injury occurs, not when discovered).
c   Ferring B.V. v. Allergan, Inc., 4 F. Supp. 3d 612, 627 (S.D.N.Y. 2014) (rejecting discovery-based tolling for claims governed by CPLR 214).

## D. Claims Based on Reimbursements Submitted Over a Decade Are Time-Barred

100.   Ms. Colangelo was employed by Business Finland from 1997 through 2018. Business Finland now alleges that theft occurred throughout her 21-year employment, despite the fact that she submitted monthly reimbursement requests for more than a decade—each of which Business Finland reviewed, approved, and paid.

101.   A three-year statute of limitations applies to all claims sounding in conversion, regardless of how the claim is styled. Vigilant Ins. Co., 87 N.Y.2d at 44.

102.   Federal courts strictly enforce this rule:

a   Miller v. Schloss, 218 N.Y. 400, 407 (1916) (conversion limitations period is "absolute").
b   Berman, 455 F. App'x at 94 (three-year period applies regardless of how the claim is characterized).

c   In re Jackson, 593 B.R. at 444 (conversion claims time-barred even where plaintiff alleged ongoing misconduct).

103.   Accordingly, any claim based on reimbursements issued more than three years before the commencement of this action is time-barred.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE STATUTE OF LIMIATATIONS

104.   Plaintiff's conduct, omissions, and failure to act induced Defendant's reasonable reliance and materially prejudiced him. Plaintiff is therefore equitably estopped from asserting the claims and relief sought in the complaint.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE STATUTE OF LIMIATATIONS

105.   Defendant has insufficient knowledge or information as to whether it may have additional, yet unstated, defense claims. Defendant hereby reserves it right to assert additional defenses and to amend its answer during the adversary proceeding.

**WHEREFORE**, the Defendant respectfully demands that this Court issue an Order:

a   Dismissing the Complaint in its entirety
b   Vacating and cancelling the Notice of Pendency filed against the property at 66 Wilson Drive, New Rochelle, NY 10801
c   Releasing Escrow funds from R3M Law, LLP Escrow account to Ronald Colangelo from the sale of his home immediately.
d   Granting such other and further relief as the Court deems just and proper

Dated: New Rochelle, New York
       March 30, 2026

Yours, etc.

Ronald B Colangelo
69 Faneuil Place
New Rochelle, NY 10801
914-374-4924
Ronbcolangelo@mac.com

TO:   Clerk of the Court
United Sates Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains NY 10601


Julie Cvek Curley
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale NY 10583

Cermele & Wood LLP
2 Westchester Park Drive , Suite 110
White Plains, NY 10604

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                     ) ss:

COUNTY OF WESTCHESTER    )

Stacey Colangelo being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and I am employed in Westchester County, New York.

That on the 30 day of March 2026, deponent served the within VERIFIED ANSWER by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to each of the following persons at the last known address set forth after each name as follows:

TO:

Clerk of the Court
United Sates Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains NY 10601

Julie Cvek Curley
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale NY 10583

Cermele & Wood LLP
2 Westchester Park Drive, Suite 110
White Plains, NY 10604

_____
Stacey Colangelo

Sworn to before me this
30 day of MARCH, 2026

_____
Notary Public

RICHARD J. COLANGELO
Notary Public, State of New York
Reg. No. 01CO6088532
Qualified in Westchester County
Commission Expires 5/17/20:27

# Exhibit A

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF WESTCHESTER**

BUSINESS FINLAND USA, INC. (a Delaware
corporation),

       *Plaintiff,*

    -against-

JAANA BERNADOTTE-COLANGELO, FINPRO USA
INC (a New York corporation), and RONALD
COLANGELO,

       *Defendants.*

Index No.: 59629/2018

**NOTICE OF PENDENCY**

**PLEASE TAKE NOTICE** that the above-captioned action has been commenced and is now

pending in the Supreme Court of the State of New York, County of Westchester, and that said

action demands, among other relief, the imposition of a constructive trust with respect to the real

property which is the subject of the action.

The real property described in the complaint affected by the action is situated in the City

of New Rochelle, County of Westchester and State of New York, and is commonly known as 66

Wilson Drive, New Rochelle, New York 10801 and more particularly known as Section 1, Block

315, Lot 388, and is described in the property description attached hereto as **Schedule A**, and is

intended to refer to the real property conveyed from Elizabeth Di Cairano to Ronald Colangelo

and Jaana Colangelo, by deed dated April 17, 2002 and recorded with the Westchester County

Clerk on June 21, 2002 under Control Number 421640096.

*[remainder of page intentionally blank]*

FILED: WESTCHESTER COUNTY CLERK 01/18/2019 11:47 AM
NYSCEF DOC. NO. 30
INDEX NO. 59629/2018
RECEIVED NYSCEF: 01/18/2019

26-07007-kyp   Doc 9   Filed 04/01/26   Entered 04/01/26 17:10:02   Main Document
Pg 33 of 190

The Clerk of the County of Westchester is directed to index this notice against the names

of the following defendants and against the property described herein.

Jaana Colangelo
66 Wilson Drive
New Rochelle, New York 10801

Ronald Colangelo
66 Wilson Drive
New Rochelle, New York 10801

Dated:   White Plains, New York
January 18, 2019

**CERMELE & WOOD LLP**
*Attorneys for Plaintiff*

By: _____

Michael R. Wood
Benjamin M. Rattner
2 Westchester Park Drive, Suite 110
White Plains, New York 10604
(914) 967-2753
mike@cw.legal
ben@cw.legal

I certify that the proposed amended complaint in this action was filed with the Clerk of Westchester County (via NYSCEF) on January 18, 2019.

_____
Michael R. Wood

**Exhibit B**

26-07007-kyp Doc 90 Filed 04/01/26 Entered 04/01/26 17:10:02 Main Document
Pg 35 of 190

To commence the statutory time
period for appeals as of right
(CPLR 5513 [a]), you are advised
to serve a copy of this order, with
notice of entry, upon all parties.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
PRESENT: HON. WILLIAM J. GIACOMO, J.S.C.

--------------------------------------------X

BUSINESS FINLAND USA, INC.
(A Delaware Corporation),

                          Plaintiff,                    Index No. 59629/2018

                  – against –                           **Motion Seq. No. 5**

JAANA BERNADOTTE-COLANGELO, FINPRO USA          **DECISION & ORDER**
INC. (a New York Corporation), and RONALD
COLANGELO,

                          Defendants.

--------------------------------------------X

In an action to recover damages for faithless servant, fraud, conversion, breach of fiduciary duty, and the imposition of a constructive trust, the plaintiff moves for summary judgment on the first cause of action for faithless servant and on the fifth cause of action for the imposition of a constructive trust:

**Papers Considered        NYSCEF Doc. No. 162-253; 255-319**

1. Notice of Motion/Affidavit of Lasse Baldauf/Affidavit of Tomi Rauste/Exhibits 1-18/Affirmation of Benjamin M. Rattner, Esq./Exhibits 1-48;
2. Affirmation of Joseph A. Maria, Esq. in Opposition/Exhibits A-Z, AA-JJ/Affidavit of Jaana Colangelo/Affidavit of Ronald Colangelo/Exhibit A;
3. Reply Affirmation of Benjamin M. Rattner, Esq./Exhibits 1-11.

**Factual and Procedural Background**

Plaintiff commenced this action against its former employee, Jaana Bernadotte-Colangelo, and Finpro USA Inc., a corporation controlled by Bernadotte-Colangelo. The amended complaint asserts five causes of action: (1) faithless servant; (2) fraud; (3) conversion; (4) breach of fiduciary duty; and (5) imposition of a constructive trust.

Plaintiff alleges that while employed, Bernadotte-Colangelo used her power as sole signatory on Business Finland's checking account to steal hundreds of thousands and possibly millions of dollars by diverting funds to covertly maintained bank accounts, transferring the company's funds for her own use, misusing credit cards, issuing checks

Business Finland USA, Inc. v. Colangelo, Index No. 59629/2018

for herself, borrowing money for her own benefit, and falsifying accounting and bank statements, without plaintiff's consent or knowledge.

Plaintiff moves for summary judgment on the first cause of action for faithless servant and an order directing Bernadotte-Colangelo to disgorge all compensation she received from Business Finland between 2012 and 2018 in the amount of $522,732.79 and awarding punitive damages in the amount of $522,732.79.

Plaintiff also moves for summary judgment on the fifth cause of action for a constructive trust and directing the sale of the Colangelo's property located at 66 Wilson Drive, New Rochelle, New York, appointing a receiver to administer the sale; imposing a constructive trust over the proceeds of the sale after all the mortgage liens have been satisfied; and awarding all profits from the sale to Business Finland.

## Discussion

The proponent of a motion for summary judgment must make a prima facie showing of entitlement to judgment as a matter of law, tendering sufficient evidence to eliminate any material issues of fact from the case (see Winegrad v N.Y. Univ. Med. Ctr., 64 NY2d 851, 853 [1985]; Zuckerman v City of New York, 49 NY2d 557, 562 [1980]). Failure to make such showing requires denial of the motion, regardless of the sufficiency of the opposing papers (see Winegrad v N.Y. Univ. Med. Ctr., 64 NY2d at 853).

"Once this showing has been made, however, the burden shifts to the party opposing the motion for summary judgment to produce evidentiary proof in admissible form sufficient to establish the existence of material issues of fact which require a trial of the action" (Alvarez v Prospect Hosp., 68 NY2d 320, 324 [1986]; see Zuckerman v City of New York, 49 NY2d at 562). Mere conclusions, expressions of hope or unsubstantiated allegations or assertions are insufficient to defeat a prima facie showing of entitlement to summary judgment (see Zuckerman v New York, 49 NY2d at 562).

Plaintiff argues that Jaana stole funds from it by transferring funds from plaintiff's Chase business account to pay for her personal American Express credit card bills. Plaintiff asserts that Jaana used the stolen money to purchase jewelry, luxury vacations, and to renovate the home she shares with her husband. Plaintiff asserts that over time, Jaana misappropriated over $4.8M. On this motion, plaintiff only seeks summary judgment on the causes of action for the imposition of a constructive trust and for faithless servant as the damages for these claims, according to plaintiff, can be easily calculated.

Defendants do not dispute that Jaana withdrew funds from plaintiff's Chase account. Defendants assert that Jaana paid for plaintiff's business expenses on her personal AmEx card and that her US supervisors were aware of this practice as many of the expenses were for them. Therefore, defendants argue that Jaana was reimbursing herself for all the business expenses she charged on her AmEx card.

"Under what is commonly referred to as the faithless servant doctrine, '[o]ne who owes a duty of fidelity to a principal and who is faithless in the performance of his [or her]

2

Business Finland USA, Inc. v. Colangelo, Index No. 59629/2018

services is generally disentitled to recover his [or her] compensation, whether commissions or salary'" (*City of Binghamton v Whalen*, 141 AD3d 145, 147 [3d Dept 2016] *citing Feiger v Iral Jewelry*, 41 NY2d 928, 928 [1977]). Where defendants engaged in repeated acts of disloyalty, complete and permanent forfeiture of compensation, deferred or otherwise, is warranted under the faithless servant doctrine (*see William Floyd Union Free Sch. Dist. v Wright*, 61 AD3d 856, 859 [2d Dept 2009]).

The evidence submitted by plaintiff establishes that Jaana engaged in repeated disloyal conduct against plaintiff and therefore, a forfeiture of her compensation is warranted.

Lasse Baldauf, the former president of Finpro USA, Inc., submits an affidavit in support of plaintiff's motion. Baldauf worked for FinPro through June 2014. Thereafter, FinPro's name was changed to Business Finland USA, Inc. Plaintiff was set up in 2006 by the Finnish Foreign Trade Association. Jaana was one of plaintiff's employees responsible for providing administrative support to the New York and Connecticut offices. Plaintiff is owned by a Finnish organization that was a subsidiary of the Finnish government. Jaana never contributed any capital to plaintiff and was not a shareholder or director. Jaana opened plaintiff's bank account at Chase Bank and was an authorized signatory. Plaintiff entrusted her to handle its funding requests and disbursements and therefore, she had full access to plaintiff's bank account.

Baldauf attests that plaintiff received its funding by requesting funds from a subsidiary of the Finnish government. The Finnish government provided all the funds necessary to meet plaintiff's payroll and operational needs. In order to receive the funding, plaintiff submitted financial information for a yearly budget prepared by a subsidiary of the Finnish government in Finland. Based upon the financial information provided, plaintiff would estimate its funding needs for the following two or three months and request that estimated sum. Jaana made the requests. Baldauf did not see the paperwork that was actually submitted and did not approve or authorize requests for money in excess of the projected budget.

Baldauf attests that the Finnish government required plaintiff to submit bank records showing disbursement of monies provided. Baldauf states that the only way Jaana could have obtained funds in excess of plaintiff's budget would have been by manipulating the bank records. Baldauf was not aware of any altered bank records and did not approve or sign off on any altered bank records. Jaana was required to submit her expenses through a program called Webtem. Baldauf approved the expenses that were submitted on Webtem and to his knowledge, she was fully reimbursed for such expenses.

Tomi Rauste is the senior director of customer experience for Business Finland OY. Until August 2018, Rauste was the president of plaintiff. Jaana was paid $522,732.79 in compensation between 2012 and 2018. Plaintiff submits copies of W-2 statements for the years in question.

3

Pg 38 of 190

Business Finland USA, Inc. v. Colangelo, Index No. 59629/2018

According to Rauste, Jaana had unfettered access to plaintiff's bank account at JP Morgan Chase Bank, N.A. She was expected to handle plaintiff's funding requests and disbursements as a key part of her job.

Rauste attests that plaintiff would estimate its funding needs and Jaana would request funds from the financial department of plaintiff's parent company in Finland hich would transfer the requested funds into plaintiff's Chase bank account ending in 0565. The parent company at times requested supporting bank statements to audit plaintiff's use of the funds. Providing such documentation was part of Jaana's job. Rauste attests that Jaana sent purported bank statements for the 0565 account showing use of the funds. However, according to Rauste, Jaana did not send true and accurate copies of plaintiff's Chase bank statements. Rather, Jaana created and sent fraudulent bank statements that hid her theft of plaintiff's assets.

Rauste attaches a copy of a fraudulent bank statement for June 2015. Jaana created what appeared to be actual Chase bank statements, although containing incorrect transaction details. No one in the Helsinki office had any reason to suspect that Jaana had sent them anything different from what they requested.

Rauste attests that from 2011 through 2017, Jaana stole more than $4.8M from plaintiff. Rauste states that the defendants took a family vacation to southern France at an unauthorized cost to plaintiff of over $100,000 in the summer of 2014. They also spent more than $85,000 for a country club membership between 2013 and 2018, which was paid with plaintiff's funds. According to the bank records, in 2015 and 2016, the defendants spent $38,118.13 on a pearl necklace, bracelet, earrings, and a Rolex using Jaana's American Express account, all of which were paid for using plaintiff's money. According to Rauste, the funds to pay Jaana's American Express bills originated from plaintiff's 0565 account. Jaana also transferred funds directly into her personal account by writing herself checks and making cash withdrawals from plaintiff's 0565 account.

Rauste stated that defendants used hundreds of thousands of dollars belonging to plaintiff to pay for renovations to their home such as an additional bedroom and bathroom to the second floor; changing the roof profile; updating the plumbing; new hardwood flooring on the first and second floors; new siding; repainting the interior of the house; updating the kitchen; a gas fireplace; gas generator; fencing; stonework; new garage doors and cabinets in the garage; and new windows.

In 2015 alone, Jaana charged $31,716 to pay an electrician, A Perfect Goldman Electrical Contractors, spent $19,294 on new appliances from Leibert's Royal Green in White Plains, and paid $24,672 for bathroom fixtures and furnishings with Consolidated Plumbing. Defendants paid for these improvements by using Jaana's American Express credit card and writing checks from Ronald's company Black Labrador. However, the money to pay the American Express bill and to fund Black Labrador came from plaintiff's 0565 account. The defendants charged at least $402,164.08 of expenses on Jaana's American Express card related to improving their residence. Jaana would pay the

4

Business Finland USA, Inc. v. Colangelo, Index No. 59629/2018

American Express bill directly from plaintiff's 0565 account or route money to her AmEx account.

Rauste provided an example based upon the documents submitted to the Court. On July 13, 2015, Jaana charged $4,620 to her AmEx card to pay California Closets. Then, on July 17, 2015, Jaana charged $4,130.06 to her AmEx card to pay Sunshine Hardwood Floors. With a week, Jaana repeatedly transferred funds from plaintiff's 0565 account to the defendants' personal account and used most of these transferred funds to pay off her AmEx card. Specifically, on July 22, 2015, Jaana transferred $4,935.78 from the 0565 account to the defendants' personal account. Two days later, on July 24, 2015, she paid $3,259.17 to her personal AmEx bill. On July 27, 2015, Jaana transferred $2,957.89 from the 0565 account to the defendants' personal account. That same day, she paid $2,230.34 to her personal AmEx bill. Jaana paid her American Express credit card with funds from plaintiff's 0565 account that she routed through the defendants' personal account. Rauste attests that the charges Jaana incurred relating to renovations of the residence did not serve any business purpose for plaintiff.

Rauste stated that although defendants used Ronald's company, Black Labrador, to pay for renovations to their residence and used checks written from Black Labrador's bank account, Black Labrador received funds from Jaana's AmEx card. The funds used to pay the AmEx card came from plaintiff's 0565 account. For example, on April 8, 2016, Ronald wrote a $5,000 check to Monti Contractors from Black Labrador for installation of a slate patio. Funds for this check came from payments Jaana made to Black Labrador via its PayPal account days earlier on April 5 and 6, 2016 using her AmEx card. Jaana then paid for these charges on her AmEx bill with funds obtained from plaintiff's 0565 account. The payments Jaana made to Black Labrador with her AmEx credit card did not serve any legitimate business purpose for plaintiff.

Black Labrador also received funds from plaintiff routed through the defendants' personal account. For example, on or about October 3, 2016, Jaana transferred $9,834.56 from the plaintiff's 0565 account to the defendants' account. On October 3 and 4, 2016, Jaana transferred $3,500 to Black Labrador's PayPal account, which Ronald then deposited into Black Labrador's bank account. He then wrote a $3,500 check to pay for the roof.

Rauste stated that Jaana submitted falsified bank statements to the "accounting department" in Finland. Rauste attached these purported statements to his affidavit. The 0565 account statements show payments to AmEx totaling $177,521.44 in June 2015, including a $71,766.45 payment on June 12, 2015, and several payments of over $15,000 in the second half of June 2015. However, the falsified statement for June 2015 does not contain any entries after June 12, 2015 and does not show any entries for payments to AmEx. Also missing were numerous transfers made from the 0565 account directly into the defendants' account. Jaana transferred $4,936.90 to the defendants' account on June 4, 2015, and another $7,965.00 to that same bank account on June 12, 2015. The purported account statement she provided to Helsinki omit the transfer to the defendants'

5

26-07007-kyp    Doc 9    Filed 04/01/26    Entered 04/01/26 17:10:02    Main Document    59629/2018

Pg 40 of 190

Business Finland USA, Inc. v. Colangelo, Index No. 59629/2018

account on June 4th and showed a transfer of $2,267.73 (not $7,965.00) to the defendants' account on June 12th.

Further, in June 2015, the 0565 account statements show a payment of $21,920.57 to Paychex for payroll on June 12th, and a payment of $11,103.04 to Paychex for taxes on June 15th. The corresponding statement submitted to Helsinki shows the $21,920.57 payroll debit on June 12, 2015, and contains an additional $98,109.00 as "payroll" that is not reflected on the 0565 account statements.

Rauste further states that the July 2015 statement submitted to Helsinki omitted Jaana's payments to AmEx directly from the 0565 account, which amounted to $90,946.05. It also contained a false payroll entry on July 1, 2015 of $71,766.45 and $32,703 for payroll taxes that cannot be reconciled with the actual 0565 account statement. In the spring of 2017, plaintiff began to suspect that Jaana had misappropriated funds. Following a forensic accounting investigation that began at the end of 2017, plaintiff learned of Jaana's activities and terminated her employment.

Plaintiff has submitted to the Court the subpoenaed Chase account statements for the defendants' personal account; the account statements provided by Jaana to Helsinki; and the plaintiff's subpoenaed Chase account statements.

In opposition, defendants failed to raise a triable issue of fact. Ronald's statements that he never had any involvement or received any payments from plaintiff and that his company, Black Labrador, was never funded by plaintiff are without any supporting evidence.

Jaana states that she never siphoned any funds from plaintiff. She attests that defendants renovated their home to accommodate their growing family. Jaana admits that she became sole signatory on plaintiff's 0565 account in 2015. According to Jaana, the procedure for money requests was informal. She would submit a request by email to the Helsinki office. The standard monthly request was for $150,000; $100,000 was for monthly salaries and 401(k) contributions. The salary funds were automatically transferred to Paychex from plaintiff's 0565 account.

Jaana states that Webtem was a proprietary system for reimbursement of employee expenses such as travel, parking, and food. Jaana states that the expenses were to be entered by the employee but often, she entered the expenses and therefore, many expenses were attributed to her. She used her AmEx card to pay for travel expenses of employees and submitted the expenses through Webtem. Jaana states that plaintiff failed to produce Webtem records and since she is not an employee she is unable to access the records. According to Jaana, those records would show that she input expenses she had paid for travel, hotels, and events for reimbursement. She further states that plaintiff did not maintain copies of records of trips within the US which she was responsible for paying.

6

FILED: WESTCHESTER COUNTY CLERK 12/21/2020 04:42 PM    INDEX NO. 59629/2018

NYSCEF DOC. NO. 320                                                    RECEIVED NYSCEF: 12/21/2020

Business Finland USA, Inc. v. Colangelo, Index No. 59629/2018

Jaana states that Navision was the accounting software used and referred to as the 18000 account for advanced payments for rent due for the nationwide offices. According to Jaana, Baldauf approved all office and travel related expenses which were downloaded to Webtem. Only after Baldauf's approval for office and travel-related expenses did she submit expenses and make payments for plaintiff. Some of the payments were for reimbursement for office expenses. Payments were also made through her personal credit cards. Jaana states that she charged on her personal AmEx card business rent payments of $15K in March 2013, and $5K in April and May 2013.

Jaana states that she charged business rents, meeting expenses, hotel expenses, airline flights, phones, and training on her personal AmEx card. She attests that Baldauf and Rauste were aware of this usage. In October 2017, she organized a business event at the Boathouse in Central Park and paid for it on her AmEx card. Jaana explained that the reason she used her AmEx card is because there was a limit of $10K for expenditures outside of employee related expenses such as salaries, pensions, or bonuses. At the end of the year, she prepared a closing statement which included unused vacation days, 401(k), social security, and advanced miscellaneous payments. These payments were reviewed and signed off by Baldauf and then forwarded to the Helsinki office. She entered all of the additional payments under the Chase 0565 account. She also personally made cash payments which she entered under the 18000 Navision account.

Jaana states that once her expenses were approved, she issued checks to herself and transferred the approved amounts directly to her AmEx account or to defendants' personal bank account. She attests that this was not a secret and she never hid this procedure from anyone. Jaana attests that she has never used monies belonging to plaintiff for her personal gain or benefit. Jaana explained the discrepancies by stating that she was bad at submitting her reimbursements. In July 2015, she reimbursed herself $71,000 from plaintiff's account for business expenses that she incurred in 2014.

She acknowledged that in June 2015 she provided a bank statement to the Helsinki office which was not entirely accurate because she wanted to be paid for all of her expenses.

Jaana attests that she accumulated thousands of reward points with AmEx and paid for family trips with those points not with plaintiff's funds. She refers to her AmEx statements with closing dates of 11/04/15 and 12/04/15 wherein she used 449,417 points for personal travel and expenses. Her AmEx card was used for personal transactions including her membership to Hampshire Country Club. She never purchased jewelry or a Rolex using plaintiff's funds.

Based upon the foregoing, the Court finds a persistent pattern of disloyalty throughout Jaana's employment with plaintiff. Jaana has failed to rebut plaintiff's prima facie showing that she misappropriated funds. As a result, forfeiture of compensation is the appropriate remedy. Plaintiff paid Jaana $522,732.79 in compensation between 2012 and 2018. Jaana has not submitted any evidence to challenge this amount. She concedes

7

26-07007-kyp    Doc 9    Filed 04/01/26    Entered 04/01/26 17:10:02    Main Document
                                    Pg 42 of 190

Business Finland USA, Inc. v. Colangelo, Index No. 59629/2018

that her yearly salary was $86,226.72. Therefore, plaintiff is entitled to a forfeiture of Jaana's compensation. Jaana has failed to demonstrate a basis for apportioning the forfeiture of compensation to specific tasks as her compensation was not based on a task by task basis (see *G.K. Alan Assoc., Inc. v Lazzari*, 44 AD3d 95 [2d Dept 2007]; *City of Binghamton v Whalen*, 141 AD3d 145 [3d Dept 2016]). "Where, as here, defendants engaged in repeated acts of disloyalty, complete and permanent forfeiture of compensation, deferred or otherwise, is warranted under the faithless servant doctrine" (*William Floyd Union Free Sch. Dist. v Wright*, 61 AD3d 856, 859 [2d Dept 2009]).

Defendants' assertion that Jaana's expenditures on her AmEx card were for plaintiff's business purposes for which she was entitled to reimbursement does not raise an issue of fact. Plaintiff demonstrated that Jaana engaged in repeated acts of disloyalty. Whether Jaana also made legitimate business charges on her personal AmEx card is of no moment. Jaana's entitlement to reimbursement for business expenses legitimately made on her AmEx card may be relevant to the remaining causes of action and will be determined at trial.

A constructive trust may be imposed when property has been acquired in such circumstances that the holder of the legal title may not in good conscience retain the beneficial interest (see *Ning Xiang Liu v Ai Ming Chen*, 133 AD3d 644, 644-645 [2d Dept 2015]). "The elements needed for the imposition of a constructive trust are (1) a confidential or fiduciary relationship, (2) a promise, (3) a transfer in reliance thereon, and (4) unjust enrichment" (*Cerabono v Price*, 7 AD3d 479, 480 [2d Dept. 2004]).

Defendants argument that plaintiff is not entitled to a constructive trust because the property was not acquired with stolen funds has already been rejected by this Court in its decision dated September 26, 2019. In that decision and order, this Court denied defendants' motion to renew and reargue the plaintiff's motion to amend the complaint and their motion to cancel the notice of pendency. With respect to the cause of action for the imposition of a constructive trust, this Court, referring to the reasoning and principles of *Keen v Keen*, 140 AD2d 497 (2d Dept 1989) and *Jacobs v Abramoff*, 148 AD2d 497 (2d Dept 1989), held:

> In the amended complaint, the plaintiff seeks to impose a construct trust on the defendants' marital home which was allegedly renovated with funds that were fraudulently and improperly taken from plaintiff. While those funds were not used to purchase the marital home, the funds, it is alleged, were used to make significant structural renovations to the marital home. The defendants' contention that the imposition of a constructive trust is improper because the marital home was not acquired with the plaintiff's funds is unavailing. The opportunity for abuse and unfairness, if the allegations herein are proven, is equally present where the improperly diverted funds were used to make significant improvements on the marital home rather than to acquire real property.

8

26-07007-kyp    Doc 9    Filed 04/01/26    Entered 04/01/26 17:10:02    Main Document
Pg 43 of 190

Business Finland USA, Inc. v. Colangelo, Index No. 59629/2018

The Court finds that plaintiffs demonstrated prima facie entitlement to the imposition of a constructive trust by establishing that the signatory power entrusted by plaintiff to Jaana was used by Jaana to divert funds from plaintiff's Chase account and that those funds were improperly used to pay for significant renovations to the defendants' home (*see Galasso, Langione & Botter, LLP v Galasso*, 176 AD3d 1176 [2d Dept 2019]). In opposition, defendants failed to raise a triable issue of fact. The issue of damages, however, shall be determined at trial.

The Court declines to exercise its authority to grant summary judgment to Ronald Colangelo as a non-moving party.

Accordingly, it is

**ORDERED** that the plaintiff's motion for summary judgment on the first cause of action for faithless servant and on the fifth cause of action for the imposition of a constructive trust is GRANTED.

Counsel for all parties are directed to appear in the Settlement Conference Part, at a date and time to be provided.

Dated:      White Plains, New York
            December 21, 2020

HON. WILLIAM J. GIACOMO, J.S.C.

H: ALPHABETICAL MASTER LIST – 2/Business Finland v. Colangelo

**Exhibit C**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER

------------------------------------------------------------------X

BUSINESS FINLAND USA, INC.
(a Delaware Corporation),

                                        Plaintiff(s),              Index No.: 59629/2018

        -against-                                                 AFFIDAVIT IN
                                                                  OPPOSITION
JAANA BERNADOTTE-COLANGELO,
FINPRO USA INC.  (a New York Corporation),
RONALD COLANGELO,

                                        Defendant(s).

------------------------------------------------------------------X

        I, JAANA BERNADOTTE-COLANGELO, duly sworn deposes and says:

        1.  I am a defendant in this action and submit this Affidavit in opposition to
Plaintiff's motion for partial summary judgment.

        2.  I did not "siphon" any money from what Business Finland and/or /Finpro USA
Inc.'s bank account to "live the high life."

        3.  My husband Ronald Colangelo and I have four children, three of whom are
triplets.  We renovated our home in New Rochelle to accommodate are growing family.
Said modifications were made within a certain budget and were paid by us or charged
over time by me.

        4.  I accumulated debt and have taken responsibility for all of my debt which has
been consolidated and which I am paying off on a monthly basis.  One such debt has been
satisfied, i.e., American Express.  The debts for which I am responsible include the
Finpro USA Inc. credit card and the overdraft balance.  See **Exhibit A.**

1

5.  The payments I made into my American Express account from Finpro USA Inc.'s Chase bank account were reimbursements for charges I made on my American Express on behalf of Finpro USA, Inc. which was the custom and practice acknowledged by all including Lasse Baldauf, Tomi Rauste, and the accounting offices of the Helsinki offices of Finpro.

**Background**

6.  On March 17, 1997 I was hired as information analyst for Finland Trade Center as an independent contractor.  My supervisor was Commercial Counsellor Lauri Virkkunen and a few years later was replaced by Matti Haverlila.

7.  Lasse Baldauf replaced Matti Haverila in or about the year 2000.  In November 2000 we relocated the Finland Trade Center office from New York City to Stamford, Connecticut.

8.  Between 2003 and 2005 Finland Trade Center employees received letters from the IRS concerning their independent contractor status since it appeared that we were, in reality, employees who reported to the Finland Trade Center office daily.  Finland Trade Center had not been paying any mandatory social security, taxes, workers comp, etc.

9.  Finally it was determined that the company needed to be incorporated for diplomatic status in the United States in order to comply with IRS regulations.

10. In 2006 it became necessary to establish a domestic corporation for diplomatic status in the United States due to certain IRS regulations. **Exhibit B.**

11.  Finpro was incorporated in June 2006 in the state of Delaware.  At the time I

2

had been an independent contractor working for Finland Trade Center, as was Lasse Baldauf. This financial arrangement was under scrutiny and incorporation was necessary in order to continue to do business in the United States. **Exhibit C.**

12. I became an employee of Finpro USA Inc. (hereinafter "Finpro") on or about 2006 when Finpro USA was established as Administrator. In my capacity as administrator, I provided administrative support to Stamford, CT, Santa Clara, CA, Palo Alto, CA, Houston, TX and also Latin American offices (Argentina, Brazil, Chile and Mexico). I also provided administrative support to the Finpro Toronto Canada office and to the Washington DC office. **Exhibit D.**

13. Finpro USA Inc. was a direct subsidiary of the Ministry of Employment of the Finnish government and fully funded by the government of Finland to help Finnish business to grow internationally. **Defendant's Rattner Exhibit 1.**

14. The Finnish company known as Business Finland OY, previously known as Finland RY, was the conduit for the Finnish government in the implementation and funding of Finpro USA, Inc.

15. The legal name of Finpro USA Inc. was changed to Business Finland USA Inc. on June 19, 2018 by an individual known as Tomi Rauste, exactly one day before I was terminated (I was terminated on June 20, 2018) and two days before Business Finland USA Inc. commenced this action initially against me and Finpro USA Inc. and later amending the complaint to add my husband, Ronald Colangelo. **Exhibit E.**

16. Finpro offices were located in Stamford, Connecticut where the company was registered.

17. We moved our office to New York city in 2016. In error, I incorporated Finpro

3

in New York to obtain a DOS number rather than simply registering it. This error did not impact the business and served no benefit to me.

18. I was never an employee of Business Finland USA, Inc. **Exhibit D.** Lasse Baldauf was never an employee of Business Finland, having been terminated in 2014 long before Business Finland USA Inc. came into existence.

19. Lasse Baldauf was President of Finpro USA Inc. from its inception until his termination on August 31, 2014. He was not a shareholder of Finpro. **Exhibit F.**

20. I was not a shareholder of Finpro.

21. The Finpro Board consisted of Lasse Baldauf, Jorma Loimukoski and me. We were officers of Finpro and held annual meetings from January 2007 through April 2014. (Lasse Baldauf was given notice of termination in May/June 2014). Lasse Baldauf was CEO/President. I was Assistant Secretary and it was agreed that I would use the title of CFO in order to facilitate business transactions. Jorma Loimukoski was Treasurer. I was considered a Director. **Exhibit F.**

22. In 2010, Lasse Baldauf approved my position as a Director as well as Secretary and Treasurer,CFO. **Exhibit G.**

23. Tomi Rauste was never an employee of Finpro USA Inc. and had no knowledge of the its operations. **See Exhibit H.**

24. My husband, Ronald Colangelo, and I have been married for twenty-six (26) years. Since we met and married, we maintained separate bank accounts. I added his name to my Chase account ending -3765 without his knowledge just for security purposes. Everything has been separate with the exception of our home.

25. Ronald Colangelo never received any direct payments of any kind from

4

Business Finland and he never accessed my Chase account ending -3765 for any reason whatsoever. I added him to this account in 2008 as a security. Business Finland has no claim of any direct wrongdoing by my husband. **Exhibit H, 153-156.**

26. My husband had no involvement with the business of Finpro USA Inc. and/or Business Finland USA, Inc. Through Colangelo Risk Management he set up a 401k plan for Finpro employees with the John Hancock Company, one of his clients at the time.

**The Facts**

27. Lasse Baldauf and I opened a Finpro USA Inc. bank account at Chase Bank, account number ending 0565 in 2006 when Finpro was formed. At that time, Lasse Baldauf and I were both authorized signatories on the account. Lasse Baldauf had 24/7 access to the Finpro Chase bank account -0565 and held a Chase debit card. I did not have a debit card.

28. In approximately 2011-2012, Lasse Baldauf agreed to switch from writing checks to quick pay for many expenses. After he was terminated, I became sole signatory in approximately 2015. **Exhibit P.**

29. The budget for Finpro was calculated on a yearly basis. I ran the reports. Lasse Baldauf always reviewed the budget numbers and input them into the system. **See Plaintiff Rauste Exhibit 6.** They were further approved by Finland OY offices. **See Plaintiff Rauste Exhibit 7.**

30. As there was no operating agreement, the procedure for money requests was very informal. I submitted the requests by email directly to the Finpro OY Helsinki office. An example of one such request is attached as **Exhibit I; See also, Exhibit H, 129:11-19.**

5

31. My standard monthly request was in the amount of $150,000.00, $100,000.00 of which was allotted for the monthly salaries of employees together with other contributions such as 401(k) contribution. **Exhibit I.**

32. The monies for salaries were automatically transferred to Paychex from the Finpro USA Inc. Chase account. **Exhibit J; see also Plaintiff's Exhibit 17.**

33. We had monthly office meetings to discuss projects, traveling, etc. The monthly budget request would be estimated based on the outcome of these meetings. Once approved by Lasse Baldauf, the request was then submitted to Helsinki office.

34. Finpro OY utilized two separate proprietary software accounting systems and/or programs for reimbursement of expenses relating to Finpro USA Inc.

35. Webtem was the proprietary system for employee expenses such as travel, parking, food, etc., all of which were to be entered by the employee but often by me on their behalf. In hindsight, this practice was not a good one because all expenses I may have entered on behalf of the employee is attributed to me on paper as indicated on my American Express statements. I used my American Express card to pay for travel expenses of Finpro employees, including but not limited to, Lasse Baldauf and Val Kratzman, who was also employed in the Connecticut office. I often submitted the expenses of Kratzman expenses through the WebTem system using my personal Identification. **Exhibit K; Exhibit H, 44:16-24, 45:24-25, 46:2-24.**

36. WebTem entries are listed as travel claims but said entries often represent other reimbursable expenses. **Exhibit H, 160:17-25, 161:1-5.**

37. Defendants did not produce WebTem records and since I am no longer

6

an employee of Finpro USA Inc., I am unable to access those records. Those records would show that I input expenses I had paid for travel, hotels, and events for reimbursement to me. I paid for numerous events and expenses relating thereto for Finpro and Finpro personnel/clients. **See Exhibits N, O.**

38. Additionally, Business Finland did not maintain copies of records of trips within the United States for which I was responsible for paying. **Exhibit H, 188-189.**

39. Navision was the proprietary accounting system/software referred to as the 18000 account for advanced payments for rent due for the nationwide offices.

40. Every month there was a reconciliation of the expenses incurred. I provided the reconciliation report each month to Lasse. He reviewed my report and initialed his approval. Thereafter, I emailed the final monthly report to the Finnish offices of Finpro OY.

41. Lasse Baldauf approved all office and travel-related expenses which were downloaded into what is known as the Webtem system used for those purposes. Lasse signed all official documents, reviewed and initialed all bank statements on a monthly basis, and signed tax returns. **Exhibit H, 46:12-24.**

42. Only after Lasse Baldauf's approval for office and travel-related expenses did I submit said expenses and thereafter make payments for Finpro USA Inc., some of which were to Lasse Baldauf or to myself for reimbursement for such expenses as office rents, my monthly expenses, services I rendered for the Embassy of Finland (Tekes), phones, internet costs of the various offices. **Exhibit P; Plaintiff's Exhibit 16.** Payments were also made through my personal credit cards all of which was well known to Lasse Baldouf and to the Finpro OY Helsinki accounting manager Helena Kuusela, and, after Lasse Baldouf left Finpro, to Tomi Rauste. **Exhibit H, 77-86.**

7

43. For an example, on or about March 2013, I charged to my American Express account rent payments amounting to a total of $15,550.99, in April 2013 a rent payment $5,322.43, and $5,392.16 for rent in the month of May 2013. I paid other expenses as well using my American Express. **Exhibit Q.**

44. Paychex handled Finpro's payroll and taxes. **Exhibit J; Plaintiff's Exhibit 17; Exhibit H, 39-40.**

45. I have a personal American Express account which I opened sometime in 2006, the majority of which is used for my personal welfare and that of my family. I purchased food, clothing, housewares, gas, jewelry, and contributed to my husband's Black Labrador company. I also used the account to pay the Finpro office-related expenses, including rents, meeting expenses, meal expenses, hotel expenses, airline flights, phones for employees, and CIMO trainees in the Stamford, California, and Washington D.C. offices. There were also paid expenses relating to the Houston, Texas office and the office located in Brazil. **Exhibit L; see also Plaintiff's Exhibit 15.**

46. There were times I purchased personal items for the Brazil office using my American Express account. **Exhibit R.**

47. As previously mentioned, Lasse Baldauf, Tomi Rauste, and Finpro OY knew that I used my personal Amex card to pay Finpro's expenses. AT&T phone bills for Finpro offices and personnel were paid through my American Express account and for which I was reimbursed after submitting said expenses into the system. I also paid for the personal cell phone of Tomi Rauste and his wife through my American Express account. **Exhibit S; Exhibit T.**

48. For an example, travel-related bills such as for hotels, were sent directly to me

8

for payment.  I had authority to write checks for hotel stays for myself and other

employees and for flights for myself and other employees.  **Exhibit H, 86:4-10, 185-187.**

49. I paid personally for hotel and related expenses for many events and would

later reimburse myself.  **See Exhibit K.**

50. I also charged to my American Express account travel expenses of Lasse

Baldauf, Hartti Suomela, and Val Kratzman which were submitted and approved for

reimbursement to me.  **Exhibit K; Exhibit L.**

51. Through payment using my American Express account, I arranged through

Expedia the hotel and travel itinerary for clients as well as employees, Tomi Rauste and

his wife included.  I reimbursed myself these expenses from the Finpro USA Inc. after

submitting them to the Helsinki office through WebTem. **Exhibit M.**

52. I made arrangements and was responsible for paying for hotel rooms and

Business Finland knew that I used my American Express card to pay for clients

attending an event in Los Angeles, CA.  **Exhibit N; Exhibit H, 185-187.**

53. On several occasions, the last being in October 2017, I organized an event to

be held at The Loeb Boathouse Central Park.  I entered into an agreement on behalf of

Finpro USA Inc. and paid by American Express.  **Exhibit O.**

54. When I was making the above-mentioned arrangements, I slipped and fell,

seriously injuring my neck for which I have had extensive medical treatment and three

neck surgeries.  Mr. Rauste accused me of "faking" it.  I was unable to work and he

terminated me in 2018 while I was out on sick leave. **See Exhibit H, 176:6-11.**

55. One of the reasons for my using my personal credit cards to make Finpro-

9

related payment was the fact that there was a limit for expenditures outside of employee-related costs such as salaries, pensions, bonuses. The limit was $10,000.00 for expenditures such as entertainment or travel or car, etc. **Exhibit H, 53-55.**

56. At the end of every year, I prepared an End of Year Closing statement which included unused vacation days, 401k, social security and advanced and miscellaneous payments which was always reviewed by Lasse Baldauf and signed off by him. Only after he reviewed and signed did I forward the accounting to the Finland OY Helsinki office.

57. I entered all the additional payroll numbers, rents and other miscellaneous expenses (clients' ATT bills for offices and numerous employees, hotels, Embassy of Finland, Consulate of Finland and other external clients) under the Finpro Chase 0565 account (hereinafter "0565 account").

58. I often personally made cash payments for Finpro USA expenses which I entered under the 18000 account in Navision.

59. I input all expenses I paid into the WebTem system and into Navision. Once approved, initially I issued checks to myself for those expenses and later transferred the approved amounts directly to my American Express account or personal bank account. This was no secret; I never hid this procedure from anyone and these payments were reimbursements to me. Attached as **Exhibit U** are copies of checks payable to me from Finpro USA Inc. Chase account # -0565. As noted on the checks, these checks related to monies I personally paid for various expenses such as monthly expenses, office rents, webtem expenses, internet expenses, phone expenses, etc.

60. In fact, Defendant admits that there was nothing prohibiting me from writing

10

checks to myself or to third parties for subsequent reimbursement. **Exhibit H, 90:6-19.**

61. The monies earmarked for salaries were automatically withdrawn and paid out by Paychex system to salaried employees. I do not have access to those records and defendants have not produced them. Mr. Rauste had created an excel spreadsheet which is unsubstantiated and illegible, too small to read. Additionally, he admits at his deposition that this spreadsheet only reports findings/expenses and information from only two of my six personal credit cards. **Exhibit V; see Exhibit H, 72:19-25, 73:2-23.**

62. The statements made by Lasse Baldauf in his affirmation submitted to this Court are incomplete, inaccurate, and conclusory. I do not deny my job duties. I have never used monies belonging to Finpro USA Inc. by whom I was employed and/or its successor Business Finland Inc. for my personal gain or benefit.

63. Before Lasse Baldauf was terminated by Tomi Rauste in June 2014, he directed me to transfer additional employee expense to the 18000 account (Navision), essentially reappropriating the accounting metrix.

64. Over the years (2007 – 2017) 18000 account balance grew, but the Helsinki Office (namely Tiina Laino-Asikainen (CFO), Helena Kuusela, Tomi Uusi-Oukari) never questioned the procedure. The 18000 account included rents and all meeting-related expenses for employees from Consulate of Finland, Embassy of Finland, Visit Finland and external clients (hotel rooms and meals for meetings in NY, DC, & CA). **Exhibit W.**

65. I was supposed to submit expenses on a monthly basis. As I testified at my examination before trial, there were a lot of traveling and office expenses and I underestimated the accounts and used my American Express so I did not have enough money in the account for paying bills. I was "very bad actually charging Finpro." For

11

example, in July 2015, out of a $71,000 deposit in the Finpro account, I was reimbursing myself for expenses relating to events, travel, phones, etc. that I had incurred in 2014. **Exhibit X, 347-349; Exhibit Y.**

66. In June 2015 I provided a bank statement to the Helsinki offices which was not entirely accurate because I wanted to be paid for my expenses. These statements were from Chase and did not contain bogus transaction details and they were not forged.

67. As administrator, I was also responsible for opening AT&T phone lines for fifteen (15) Finnish companies and seven (7) different CIMO trainees because they did not have any credit history or social security numbers. **Exhibit S.**

68. In fact, when Tomi Rauste came on the scene, I opened an AT&T line for him and bought him a phone and later a replacement phone as well. **Exhibit T.**

69. On or about 2016, Finpro closed its Stamford CT offices and opened offices in New York city. I advised Mr. Rauste that in the move we misplaced and/or lost the original stock transfer documents of Finpro but could possibly retrieve copies. However, I was asked to sign an Affidavit of Loss and other documents regarding the transfer from Finnish Trade Center to Finpro USA Inc. and its incorporation which I did. **Plaintiff's Rauste Exhibit 5.**

70. The emails submitted by Plaintiff in **Plaintiff's Rauste Exhibit 5** simply show that the original share book could not be located in January 2016.

71. I opened the phone lines were opened using my social security number.

72. I also drove clients for meetings, helped clients find their living spaces, handled trade shows and paid all the fees and shipments.

73. Payments for all the major events and meetings were made using my

12

Amex. **Exhibit M, N & O.**

74. I accumulated thousands of reward points with American Express and paid for family trips with the points, never with money belonging to Finpro USA Inc, Business Finland Inc. or Finpro OY. An example is shown in my American Express statements with closing dates of 11/04/15 and 12/04/15 wherein I used 449,417 points for personal travel and expenses relating thereto. My 2016 statements show my use of points for personal reasons. **Exhibit Y.**

75. My American Express card was used for my personal transactions which includes our membership to Hampshire Country Club. We have four children, three of whom are triplets who participate in the club activities and our membership serves as a daycare option for me. I did not purchase jewelry and a Rolex watch for my husband using Business Finland funds. I charged my American Express card for these items and ended up applying for national debt relief. See **Exhibit A.**

76. It is important for this court to know that I was responsible for paying my Amex, VISA, and all AT&T phone lines because everything was under my name and social security number, including the Finpro USA Inc. VISA credit card. See Exhibit S; Exhibit A.

77. I never took out a loan from Business Finland to Finpro USA Inc. Our mortgage and equity line of credit is with Chase. **Exhibit Z.**

78. On or about March 2019 I entered into the National Relief Debt program to consolidate and pay off all her credit card debts including Finpro USA Inc. credit card, because Finpro USA Inc. credit card was under her social security number. **Exhibit A.**

79. Plaintiff, in its first cause of action, demands that I forfeit all my wages earned between 2011 and 2018 in the amount of $600,000.00. **Exhibit H, 143-144.**

13

80. I earned a gross yearly salary of $86,226.72. **Exhibit AA; see also, Plaintiff's Exhibit 3.** My duties were extensive, including but not limited to, the following:

- Accounting (Navision and WebTem),
- invoicing clients and Finpro RY (later Finpro OY), client events and meetings,
- 401k admin
- promoting Visit Finland with Ms. Helena Niskanen
- organizing regional meetings, travel arrangements for Finpro USA Inc. and Finpro RY employees, and clients
- Participating in monthly meetings (Latin America and North America)
- budget follow up, making sure that our travel budget did not go over agreed budget.
- Trade shows (New York, Orlando and Las Vegas) and shipments for trade shows
- handling our trainees living places, driving trainees to find apartments, getting phones for our trainees,
- getting phone for Mr. Rauste,
- driving clients to find living spaces.
- Buying furniture for trainees
- helping Nordic Film Festival in New York City, organized minister level delegations (hotels, transportation, picking the group from the hotels),
- Ordering breakfasts, lunches and organized dinners.
- Visits at United Nations headquarters for procurements once or twice a month.
- Organized Minister and President delegations in New York and California (hotels, transportations, meals, anything they needed; greeting the delegation at the airport.

81. I earned additional compensation from the Embassy of Finland (Tekes) for services rendered, most of which involved event planning. I submitted invoices for such services for which I was reimbursed. **Exhibit BB.**

82. I never used Business Finland funds to pay for my personal debts.

83. As previously stated, my husband and I have always separated our finances. He would give me a lump sum, usually on an annual basis, toward household expenses. By check dated 12/20/2016 I received $24,000.00 from Colangelo Risk Management to pay down my American Express bill as shown in my American Express statement for the period 12/15/15-1/15/17. **Exhibit CC.**

84. In February 2017, I took out a loan in the amount of $50,000.00 from my John

14

Hancock 401k plan which was deposited directly into my Chase -3765 account. **Exhibit DD.** I used this money to continue to lower my American Express balance.

85. Over the years I used my American Express Reward points as payment for many expenses. These credits amounted to approximately $63,108.34. **Exhibit EE.**

86. My monthly pay from Finpro USA Inc. was directly deposited into my Chase Bank Account -3765 which I applied, in part, to my American Express bill. **Exhibit FF.**

87. Attached as **Exhibit GG** are pertinent pages (one to two pages per year from 2011 through 2018) of my American Express statements which show charges relating to Finpro USA Inc.

88. I prepared a spreadsheet from my American Express statements, some of which have been provided to this court and also by Plaintiff in its exhibits, outlining Finpro expenses I paid using my American Express credit card and amount to $1,036,418.91. **Exhibit HH.**

89. After a review of my personal Chase Bank account -3765, I prepared a breakdown of cash withdrawals specifically for Finpro office expenses. **Exhibit II.**

90. Upon a review of my 2015 statements, I prepared a list of the costs for home renovations. The costs totaled $173,032.47. **Exhibit JJ.**

91. The procedures I followed for procuring payment was the accepted custom and practice in place from the time I became employed by Finpro USA Inc. up until I was terminated in 2018.

15

WHEREFORE, I respectfully request that the relief sought by Plaintiff in this

motion be denied in its entirety.

_____
Jaana Bernadotte-Colangelo

Sworn to before me on
July 29, 2020

_____
Notary Public

FRANCES D. MARINELLI
NOTARY PUBLIC, State of New York
No. 4898254
Qualified in Westchester County
Commission Expires 5/18/2023

16

**Exhibit D**

Tomi Rauste

MR. WOOD:  To some extent we may need clarity on which exactly Ron's companies are, but that may come later this week.

Q.    To your knowledge, Mr. Rauste, is there any claim of direct wrongdoing by Ronald Colangelo?

MR. WOOD:  Objection to form and to the extent it calls for a legal conclusion.

A.    No, I'm not aware of, but that's pending the money.

Q.    Is there any claim of theft of money by Ronald Colangelo from Business Finland?

MR. WOOD:  Objection to form and to the extent it calls for a legal conclusion.

A.    No directly.

Q.    I'm going to refer you on the amended complaint to the fifth cause of action which is, this is on page 9, I'm going to draw your attention to the fifth cause of action in position of constructive trust; do you see that one?

Tomi Rauste

A.      Yes.

Q.      There appears to be a reference to Ronald on paragraph number 53 of the amended complaint; do you see that?

A.      Yes.

Q.      Is that the only alligation against Ronald Colangelo in the complaint, to your understanding?

        MR. WOOD:   Objection to the extent it calls for a legal conclusion and the document stands for itself.

A.      Yes, pretty much, but I'm not lawyer, especially not local lawyer, I can't tell what this other saying, but I would say that the main point is here. ,

Q.      With respect to the charges for reimbursement made by Ms. Bernadotte-Colangelo, you stated that Business Finland asked her repeatedly to explain the discrepancies, correct?

A.      Yes.

Q.      And did she ever submit any sort of written response, to your knowledge?

A.      Some false statements again and as far

Tomi Rauste

A.   No, there is no collected list, no. It was case-by-case basis.

Q.   I'm going to show you what we'll mark as Exhibit O for identification.

(Whereupon, a real property title for the Colangelo's home is received and marked as Defendant's Exhibit O for Identification.)

Q.   Mr. Rauste, I'm going to show you what has been marked Exhibit O for identification, do you see that document?

A.   Yes.

Q.   Ever see that document previously?

A.   No.

Q.   To your knowledge, did Business Finland ever have any property interest, real property interest in the Colangelo's home located in Westchester County, New York?

MR. WOOD:  Objection to the extent it calls for a legal conclusion.

A.   What do you mean by interest?

Q.   Did they ever pay money towards purchase of the property?

Tomi Rauste

A.      No, not that I am aware of.

Q.      Did they ever loan money to any party towards the purchase of the property?

        MR. WOOD: Objection to form.

Q.      You can answer anyway.

A.      No, not that I am aware of.

Q.      Did they ever have any easement over the property to your knowledge?

A.      Lease-ment?

Q.      Easement, meaning --

        MR. WOOD: Objection.

Q.      -- a right of way, a right to walk over the property, a legal property interest which was filed in the county.

        MR. WOOD: Objection to the extent it calls for a legal conclusion.

A.      I don't know.

        MR. MCMILLAN: I have no further questions. Thank you Mr. Rauste.

        MR. WOOD: Just one cleanup question on cross.

        Mr. Rauste, as alleged in the

Tomi Rauste

MR. WOOD:  To some extent we may need clarity on which exactly Ron's companies are, but that may come later this week.

Q.    To your knowledge, Mr. Rauste, is there any claim of direct wrongdoing by Ronald Colangelo?

MR. WOOD:  Objection to form and to the extent it calls for a legal conclusion.

A.    No, I'm not aware of, but that's pending the money.

Q.    Is there any claim of theft of money by Ronald Colangelo from Business Finland?

MR. WOOD:  Objection to form and to the extent it calls for a legal conclusion.

A.    No directly.

Q.    I'm going to refer you on the amended complaint to the fifth cause of action which is, this is on page 9, I'm going to draw your attention to the fifth cause of action in position of constructive trust; do you see that one?

Tomi Rauste

A.      Yes.

Q.      There appears to be a reference to Ronald on paragraph number 53 of the amended complaint; do you see that?

A.      Yes.

Q.      Is that the only alligation against Ronald Colangelo in the complaint, to your understanding?

MR. WOOD:  Objection to the extent it calls for a legal conclusion and the document stands for itself.

A.      Yes, pretty much, but I'm not lawyer, especially not local lawyer, I can't tell what this other saying, but I would say that the main point is here.

Q.      With respect to the charges for reimbursement made by Ms. Bernadotte-Colangelo, you stated that Business Finland asked her repeatedly to explain the discrepancies, correct?

A.      Yes.

Q.      And did she ever submit any sort of written response, to your knowledge?

A.      Some false statements again and as far

Tomi Rauste

A.      No, there is no collected list, no. It was case-by-case basis.

Q.      I'm going to show you what we'll mark as Exhibit O for identification.

(Whereupon, a real property title for the Colangelo's home is received and marked as Defendant's Exhibit O for Identification.)

Q.      Mr. Rauste, I'm going to show you what has been marked Exhibit O for identification, do you see that document?

A.      Yes.

Q.      Ever see that document previously?

A.      No.

Q.      To your knowledge, did Business Finland ever have any property interest, real property interest in the Colangelo's home located in Westchester County, New York?

MR. WOOD:  Objection to the extent it calls for a legal conclusion.

A.      What do you mean by interest?

Q.      Did they ever pay money towards purchase of the property?

Tomi Rauste

A.       No, not that I am aware of.

Q.       Did they ever loan money to any party towards the purchase of the property?

MR. WOOD:   Objection to form.

Q.       You can answer anyway.

A.       No, not that I am aware of.

Q.       Did they ever have any easement over the property to your knowledge?

A.       Lease-ment?

Q.       Easement, meaning --

MR. WOOD:   Objection.

Q.       -- a right of way, a right to walk over the property, a legal property interest which was filed in the county.

MR. WOOD:   Objection to the extent it calls for a legal conclusion.

A.       I don't know.

MR. MCMILLAN:   I have no further questions.  Thank you Mr. Rauste.

MR. WOOD:   Just one cleanup question on cross.

Mr. Rauste, as alleged in the

**Exhibit E**



## AUTHORIZATION AND/OR PERMISSION TO SPEAK AND NEGOTIATE

The undersigned, who has/have signed below as either Client or Co-Client, hereby grant National Debt Relief ("NDR") express authorization and/or permission to speak as an agent with the undersigned's creditors and to negotiate the settlement of any and all claims, suits, liens, judgments and/or disputes associated with or related to the debts listed on the List of Creditors attached to the Agreement with NDR. The undersigned further authorizes National Debt Relief to furnish a copy of this Authorization and/or Permission to speak and Negotiate to creditors, collection agencies, or others dealing with the debts listed on the List of Creditors and to certify that such creditor's claims constitute the debts. National Debt Relief may designate one or more employees, agents, or third parties, to assist in the negotiation of these settlements.

The undersigned hereby gives National Debt Relief full power and authority to perform each and every act which may be necessary or convenient to perform the tasks assigned as fully, for all intents and purposes, as the undersigned (and each of them if more than one) might or could do if personally present, hereby ratifying and confirming all that National Debt Relief shall lawfully do or cause to be done in the name of or on behalf of the undersigned. If you are a collection agency, you are not permitted to contact me pursuant to 15 U.S.C. § 1692C.

### NOTICE:

A. The undersigned hereby authorizes and requests that all communications seeking collection of the designated creditor claims from any creditor, collection agent, attorney, credit bureau, or any other third party relating to any debt be directed to National Debt Relief.

B. The recipient of an original, photocopy or facsimile of this document is specifically instructed by the undersigned to direct all communications to National Debt Relief.

C. No creditor or creditors representative may contact the undersigned (or either of us if more than one), regarding any of the creditors' claims that are the subject matter of this Authorization and/or Permission to Speak and Negotiate without the prior written consent of the undersigned.

D. This Authorization and/or Permission to Speak and Negotiate is effective upon signing information to the principals and specifically authorizes the recipient to discuss, disclose and convey documents, and otherwise provide information to National Debt Relief in the same manner recipient would otherwise provide and disclose to the undersigned including but not limited to information concerning any payable, debt, account, lien, suit, or judgment for which the undersigned is allegedly responsible, whether disputed or not.

E. This Authorization and/or Permission to Speak and Negotiate authorizes National Debt Relief to obtain, review and discuss my consumer credit reports, bank and creditor account information, medical bills and condition, employment status, financial information (whether public or non-public), and any other personal information about the undersigned that is necessary or convenient to resolving the creditor claims.

| I have read, understand and agree with all terms and conditions of this agreement | | |
|---|---|---|
| Client (Print Name) Jaana Colangeb | Signature X | Date 3/28/19 |
| Social Security Number: 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 | | |
| Date of Birth 11/15/1968 | | |
| Co-Client (Print Name) | Signature X | Date |
| Social Security Number: | | |
| Date of Birth: | | |

# Current Creditors

| CREDITORS | | | | |
|---|---|---|---|---|
| Creditor Name | Account Number | Creditor Status | Original Balance | Settlement Amount |
| ▸ AMEX | ▆▆▆9804- | Resolved - Payments Completed | $52,607.00 | $15,876.00 |
| CHASE CARD | ▆▆▆-4115- | Enrolled | $17,204.00 | |
| CHASE CARD | ▆▆▆5428- | Enrolled | $15,290.00 | |
| CHASE CARD | ▆▆▆-8135- | Enrolled | $8,710.00 | |
| CAPITAL ONE BANK USA N | ▆▆▆-5542- | Enrolled | $7,506.00 | |
| CHASE CARD | ▆▆▆9764- | Enrolled | $5,426.00 | |
| ONEMAIN | ▆▆▆2155- | Enrolled | $4,897.00 | |
| ▸ BRCLYSBANK | ▆▆▆64- | Resolved - Payments Pending | $4,286.00 | $2,019.00 |
| TD BANK | 9752--- | Enrolled | $574.71 | |



Debt $116,500.71

PAID

3

**Exhibit F**



FINPRO USA, INC. | Contract: 110443

# **withdrawal**details

## Withdrawal information

### Payment amount: $42,749.55

Type of withdrawal: Termination of employment

Name: COLANGELO, JAANA
SSN: xxx-xx-6924

Withdrawal date: 02/06/2018

Transaction number: 2802616416

## Withdrawal information details

Notification: Outstanding loan has been defaulted. The defaulted loan amount has been used in the calculation of taxes, where applicable.

1st Year of Designated Roth Contributions : 2013

| Money type | Account balance($) | Vesting(%) | Available amount($) |
|---|---|---|---|
| EE ELECTIVE DEFERRAL | 24,497.42 | 100.000 | 24,497.42 |
| EE ROTH CONTRIBUTION | 605.99 | 100.000 | 605.99 |
| ER PROFIT SHARING | 13,786.29 | 100.000 | 13,786.29 |
| SAFE HARBOR NON-ELECTIVE CONTR | 26,738.55 | 100.000 | 26,738.55 |

| | |
|---|---|
| Total available amount | 65,628.25 |
| Taxable amount | 65,022.26 |
| State tax | 0.00 |
| Federal tax | 22,866.27 |
| Total payment amount | 42,749.55 |

## Payee payment instructions

### Payee name: JAANA COLANGELO

Payment amount: $42,749.55
Payment method: Direct deposit
Payment to: Participant

### Payee address

JAANA COLANGELO
66 WILSON DRIVE

NEW ROCHELLE, NY 10801
USA

### Bank details

Bank / Branch name: JPMORGAN CHASE BANK
ABA / Routing number: ███████
Credit party name: JAANA COLANGELO

### After Tax Cost Basis

| Money Type | Net Contributions ($) | Net Earnings($) | Withdrawal Amount ($) |
|---|---|---|---|

Feedback

*John Hancock*

FINPRO USA, INC. | Contract: 110443

## **loan** repayment details

**Loan details COLANGELO, JAANA**

**Loan # 1**

| Type of loan | Loan Issue | Loan reason | General Purpose |
|---|---|---|---|
| Interest rate | 4.75% | Loan issue date | 02/03/2017 |
| Loan maturity date | 02/28/2022 | | |

| Money type | Amount ($) |
|---|---|
| EE ELECTIVE DEFERRAL | 50,000.00 |
| Total | 50,000.00 |

**Default provision**

The entire unpaid balance and interest of the loan will become due and payable upon (a) termination of employment with the employer, or (b) failure to make a scheduled payment. Default on the loan will occur if repayment is not made in full by the end of the calendar quarter following the calendar quarter in which either one of the above events occurs.

**Loan repayment details**

| | | | | | |
|---|---|---|---|---|---|
| **Outstanding balance** as of 02/15/2019 | $0.00 | **Last payment total amount** | | $1,223.64 | |
| **Date of last payment** | 01/04/2018 | **Days since last payment** | | 411 | |

**Repayment details**

| Date | Activity | Amount ($) | Principal ($) | Interest ($) | Loan balance ($) |
|---|---|---|---|---|---|
| 02/08/2018 | Loan Closure | | | | 0.00 |
| 01/04/2018 | Repayment | 1,223.64 | 909.87 | 313.77 | 49,090.13 |
| 12/01/2017 | Repayment | 611.82 | 0.00 | 611.82 | 50,000.00 |
| 09/05/2017 | Repayment | 611.82 | 0.00 | 611.82 | 50,000.00 |
| 07/07/2017 | Repayment | 611.82 | 0.00 | 611.82 | 50,000.00 |

Feedback

If you have any questions regarding the information shown here please refer to the 'Getting help' section or contact your John Hancock USA Client Account Representative.

Loan balances indicated on the amortization schedule may not agree with the balance shown here. If there is a minor discrepancy between your records and ours, the amortization schedule will govern. Refer to "How to read this report" for more information or contact your client account representative.

This information does not constitute legal or tax advice with respect to any taxpayer. It was neither written nor intended for use by any such taxpayer for the purpose of avoiding penalties, and it cannot be so used. If it is used or referred to in promoting, marketing, or recommending any transaction or matter addressed herein, it should be understood as having been written to support such promotion, marketing, or recommendation, and any taxpayer receiving it should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

All contract information is confidential and you agree to safeguard and protect such information in accordance with the standards required by law and use such information only for authorized plan administration purposes.

Group annuity contracts and recordkeeping agreements are issued by John Hancock Life Insurance Company (U.S.A.), Boston, MA (not licensed in New York). John Hancock Life Insurance Company (U.S.A.) makes available a platform of investment alternatives to sponsors or administrators of retirement plans without regard to the individualized needs of any plan. Unless otherwise specifically stated in writing, John Hancock Life Insurance Company (U.S.A.) does not, and is not undertaking to, provide impartial investment advice or give advice in a fiduciary capacity.

NOT FDIC INSURED | MAY LOSE VALUE | NOT BANK GUARANTEED

© 2019 All rights reserved.

G-PS 24432

**Exhibit G**

# POINTS CREDITS FOR AMERICAN EXPRESS

# PULLED FROM STATEMENTS

| | |
|---|---|
| 11/20/12 RESTORATION HARDWARE | $775.97 |
| 12/06/2012 RESTORATION HARDWARE | $721.78 |
| 05/13/2013 AMEX TRAVEL CREDIT | $517.80 |
| 04/25/2013WM MASON | $206.76 |
| 05/01/2013 AMEX TRAVEL CREDIT | $79.81 |
| 04/25/2013 WESTHESTER GRANTIE | $450 |
| 02/07/2014 AMEX TRAVEL CREDIT | $1560.39 |
| 01/28/2014 AMEX TRAVEL CREDIT | $609.65 |
| 10/10/2014 Resto home furnishings | $475.77 |
| 10/24/2014 MARRITT  DC | $647.14 |
| 06/25/2014 MAINCINO | $4275.00 |
| 08/13/2014 AMEX TRAVEL CREDIT | $4230.57 |
| 06/05/2015 RENTVILLAS 6500VENTURA | $5392.00 |
| 09/23/2015AMEX TRAVEL CREDIT | $5338.40 |
| 10/08/2015 EAST HAVEN BUILDING | $377.15 |
| 03/28/2015 UNITED OVERHEAD DOOR | $2079.50 |
| 07/31/2015 RESTORATION HARDWARE | $1903.07 |
| 01/16/2015 WILLIAM SONOMA | $270.87 |
| 01/27/2016 AMEX FLEXIBLE  CREDIT | $4265.89 |
| 03/15/2016 DARCY BOWMANMASSAGE | $1350.06 |
| 10/10/2016 TRAVEL POINTS | $307.08 |

_Reno 2015_

_Reno 2015 $28,1_

_Opara used redeemed points in the amount of 38,797 for personal use_

_LA 603_

| Date | Description | Amount |
|---|---|---|
| 10/19/2016 | PICASSO TRAVEL POINTS | $268.28 |
| 10/21/2016 | PICASSO TRAVEL POINTS | $1845.46 |
| 10/21/2016 | PICASSO TRAVEL POINTS | $1845.46 |
| 06/10/2016 | PENN CLUB | $793.34 |
| 06/14/2016 | AMEX TRAVEL POINTS | $516.62 |
| 04/12/2016 | norwegian cruise | $3250.00 |
| 05/02/2016 | WOODLAND DIRECT AMEX PTS | $4428.50 |
| 12/16/2016 | AMAZON POINTS | $274.95 |
| 12/29/2016 | AMEX TRAVELS PTS | $646.53 |
| 02/27/17 | AMEX TRAVEL PTS | $8275.00 |
| 01/18/2018 | POINT FOR CREDIT CHARGES | $2141.93 |

$59,602.85

**DUPLICATE COPY**

p. 3/17

...inum Card®

...ANA COLANGELO
...osing Date 12/10/12

Account Ending 2-61006

## ...nents and Credits

### ...mmary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$41,206.28 | -$1,823.00 | -$43,029.28 |
| Credits | | | |
| JAANA COLANGELO 2-61006 | $0.00 | -$1,497.75 | -$1,497.75 |
| Total Payments and Credits | -$41,206.28 | -$3,320.75 | -$44,527.03 |

| **Detail** | *Indicates posting date | ♦ - denotes Pay Over Time activity |
|---|---|---|

For more information, visit
americanexpress.com/payovertimeinfo

| Payments | | | Amount |
|---|---|---|---|
| 11/10/12* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,621.92 |
| 11/15/12* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,315.83 |
| 11/19/12* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,486.78 |
| 11/29/12* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$13,102.48 |
| 12/01/12* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$11,073.66 |
| 12/02/12* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$12,428.61 |
| Credits | | | Amount |
| 11/20/12 | JAANA COLANGELO | RESTORATION HARDWARECORTE MADERA　　CA<br>800-7621751<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | -$775.97 ♦ |
| 12/06/12 | JAANA COLANGELO | RESTORATION HARDWARECORTE MADERA　　CA<br>800-7621751<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | -$721.78 ♦ |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| JAANA COLANGELO 2-61006 | $27,163.09 | $7,766.62 | $34,929.71 |
| RONALD COLANGELO 2-63028 | $3,244.82 | $0.00 | $3,244.82 |
| Total New Charges | $30,407.91 | $7,766.62 | $38,174.53 |

| **Detail** | ♦ - denotes Pay Over Time activity |
|---|---|

For more information, visit
americanexpress.com/payovertimeinfo

 **JAANA COLANGELO**
Card Ending 2-61006

| | | Foreign Spend | Amount |
|---|---|---|---|
| 11/09/12 | THEWILLETTHOUSE　PORTCHESTER　　NY<br>9149397500<br>SIGN & TRAVEL® / EXTENDED PAYMENT OPTION | | $4,213.38 ♦ |
| 11/09/12 | TEDDY'S HAIR SALON LARCHMONT　　NY<br>BEAUTY/BARBER SHOP | | $30.00 |
| 11/09/12 | THE VORACIOUS READERLARCHMONT　　NY<br>BOOK STORE | | $60.53 |



**Platinum Card®**

JAANA COLANGELO
Closing Date 06/09/13

p. 3/15

Account Ending 2-61006

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$23,617.00 | -$13,223.09 | -$36,840.09 |
| Credits | | | |
| JAANA COLANGELO 2-61006 | $0.00 | -$517.80 | -$517.80 |
| RONALD COLANGELO 2-63028 | -$21.46 | $0.00 | -$21.46 |
| Total Payments and Credits | -$23,638.46 | -$13,740.89 | -$37,379.35 |

### Detail    ªIndicates posting date

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

| Payments | | | Amount |
|---|---|---|---|
| 05/13/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,926.28 |
| 05/15/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,704.19 |
| 05/16/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,674.47 |
| 05/17/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$4,451.11 |
| 05/31/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$13,885.15 |
| 05/31/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$6,988.31 |
| 06/04/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,210.58 |

| Credits | | | Amount |
|---|---|---|---|
| 05/16/13* | JAANA COLANGELO | AMEX TRAVEL PURCHASE WITH MR POINTS CREDIT | -$517.80 ♦ |
| 06/05/13 | RONALD COLANGELO | CVS 1233 01233    LARCHMONT    NY<br>DRUG STORE/PHARMACY | -$21.46 |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| JAANA COLANGELO 2-61006 | $48,051.59 | $17,518.67 | $65,570.26 |
| RONALD COLANGELO 2-63028 | $2,088.59 | $5,390.94 | $7,479.53 |
| Total New Charges | $50,140.18 | $22,909.61 | $73,049.79 |

### Detail

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo



**JAANA COLANGELO**
Card Ending 2-61006

| | | | Amount |
|---|---|---|---|
| 05/09/13 | EQUINOX WEB #998    NEW YORK    NY<br>212-677-0180 | | $60.00 |
| 05/10/13 | SUNOCO 0182863100    LARCHMONT    NY<br>AUTO FUEL DISPENSER | | $80.72 |

Continued on

DUPLICATE COPY



**Platinum Card®**

JAANA COLANGELO
Closing Date 05/10/13

p. 3/19

Account Ending 2-61006

ⓘ **Notice of Changes to Your Membership Rewards Program® Account**
Effective August 1, 2013 Jumeirah Hotels and Resorts will no longer be a
point transfer hotel partner in the Membership Rewards program. Any
Membership Rewards point transfer redemptions for Sirius Points must
be made by July 31, 2013. These redemptions will be considered final,
non-refundable, and subject to the Sirius program terms and conditions.
You can continue to transfer points into other frequent guest programs,
including Best Western Rewards®, Choice Privileges®, Hilton HHonors®
and Starwood Preferred Guest®.
To use points for hotel stays, please visit membershiprewards.com/travel.

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$60,460.06 | -$4,880.37 | -$65,340.43 |
| **Credits** |  |  |  |
| JAANA COLANGELO 2-61006 | -$206.76 | -$79.81 | -$286.57 |
| RONALD COLANGELO 2-63028 | -$502.91 | $0.00 | -$502.91 |
| **Total Payments and Credits** | **-$61,169.73** | **-$4,960.18** | **-$66,129.91** |

### Detail   *indicates posting date

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

| Payments |  |  | Amount |
|---|---|---|---|
| 04/11/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,549.62 |
| 04/13/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$4,878.76 |
| 04/14/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,504.67 |
| 04/15/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$8,101.14 |
| 04/17/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$4,124.97 |
| 04/24/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,245.17 |
| 04/29/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$18,612.99 |
| 04/30/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,707.46 |
| 04/30/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$9,067.85 |
| 04/30/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,428.19 |
| 05/01/13* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$4,119.61 |

| Credits |  |  | Amount |
|---|---|---|---|
| 04/25/13 | JAANA COLANGELO | W B MASON.COM WB MASBROCKTON          MA<br>Goods/Services | -$206.76 |
| 05/01/13* | JAANA COLANGELO | AMEX TRAVEL PURCHASE WITH MR POINTS CREDIT | -$79.81 ♦ |
| 04/11/13 | RONALD COLANGELO | A&J PLUMBING & HEATILARCHMONT          NY<br>9146301625<br>Description          Price<br>PLUMBING/HEATING EQ     $52.91 | -$52.91 |
| 04/25/13 | RONALD COLANGELO | WESTCHESTER GRANITE 914-777-0370<br>Goods/Services | -$450.00 |

NA COLANGELO
sing Date 02/07/14

Account Ending 2-61006

## ents and Credits

### mary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
|  | -$32,182.97 | -$36,028.47 | -$68,211.44 |
| Payments |  |  |  |
| Credits | $0.00 | -$2,170.04 | -$2,170.04 |
| JAANA COLANGELO 2-61006 | -$32,182.97 | -$38,198.51 | -$70,381.48 |
| Total Payments and Credits |  |  |  |

♦ - denotes Pay Over Time activity

### Detail   *Indicates posting date

For more information, visit
americanexpress.com/payovertimeinfo

|  |  |  | Amount |
|---|---|---|---|
| Payments |  |  | -$4,005.86 |
| 01/14/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,192.40 |
| 01/15/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,714.56   *JBC* |
| 01/16/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,047.54   *JBC* |
| 01/21/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,047.54 |
| 01/21/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,443.55 |
| 01/22/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$443.55   *JBC* |
| 01/22/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$44,799.64 |
| 01/24/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,352.66 |
| 01/25/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$10,164.14 |
| 02/07/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | Amount |
| Cre... |  |  |  |
| 01/2... 4* | JAANA COLANGELO | AMEX TRAVEL PURCHASE WITH MR POINTS CREDIT   *used for flt ticket* | -$1,560.39 ♦ |
| 01/28/14* | JAANA COLANGELO | AMEX TRAVEL PURCHASE WITH MR POINTS CREDIT   *used for flight ticket* | -$609.65 ♦ |

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
|  | $43,118.93 | $13,635.86 | $56,754.79 |
| JAANA COLANGELO 2-61006 | $1,226.61 | $1,311.59 | $2,538.20 |
| RONALD COLANGELO 2-63028 | $44,345.54 | $14,947.45 | $59,292.99 |
| Total New Charges |  |  |  |

♦ - denotes Pay Over Time activity

### Detail

For more information, vi
americanexpress.com/payovertimein

| JAANA COLANGELO Card Ending 2-61006 |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|
|  |  |  |  |  | $196.63 |
| 01/10/14 | LARCHMONT WINE & LIQLARCHMONT LIQUOR STORE | NY | *wine for office event* |  |  |
|  |  |  |  |  | $373.98 |
| 01/10/14 | QI *DIAPERS.COM   800-342-7377 800-342-7377 | NJ |  |  |  |

Continued on reverse

DUPLICATE COPY

p. 3/24

atinum Card®

JAANA COLANGELO
Closing Date 11/09/14

Account Ending 2-61006

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| | | -$12,584.84 | -$50,449.60 |
| | -$37,864.76 | | |
| Payments | | $0.00 | -$1,122.91 |
| Credits | -$1,122.91 | | |
| JAANA COLANGELO 2-61006 | -$76.23 | $0.00 | -$76.23 |
| RONALD COLANGELO 2-63028 | -$39,063.90 | -$12,584.84 | -$51,648.74 |
| Total Payments and Credits | | | |

### Detail   #Indicates posting date

| | | | Amount |
|---|---|---|---|
| | | | -$7,329.32 |
| Payments | | | |
| 10/11/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,234.53 |
| 10/15/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,314.12 |
| 10/20/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$31,581.94 |
| 10/27/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$500.06 |
| 10/29/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,687.35 |
| 10/30/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,979.56 |
| 10/30/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$393.12 |
| 10/31/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,429.60 |
| 10/31/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | Amount |
| Credits | | | -$475.77 |
| 10/1?/14 | JAANA COLANGELO | RESTO 989 CW   800-910-9836   CA  MISC HOME FURNISHINGS | |
| 10/24/14 | JAANA COLANGELO | MARRIOTT WARDMAN PARWASHINGTON   DC  Arrival Date  10/24/14  Departure Date  10/24/14  00000000 | -$647.14 |
| 10/31/14 | RONALD COLANGELO | STAPLES 00189   (800)333-3330  00189000133158 10538  HP CE320A BLACK TONER | -$76.2 |

*handwritten annotations: "credit points", "credit points", "credit points"*

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | To |
|---|---|---|---|
| | | $13,174.94 | $69,739 |
| | $56,564.30 | | |
| JAANA COLANGELO 2-61006 | $3,109.91 | $1,601.07 | $4,710 |
| RONALD COLANGELO 2-63028 | $59,674.21 | $14,776.01 | $74,450 |
| Total New Charges | | | |

Continued on r

DUPLICATE COPY

p. 3/19

 ...tinum Card®

JAANA COLANGELO
Closing Date 07/10/14

Account Ending 2-61006

(i) **Important Change to Your Account Benefits**
On September 1, 2014, Sony will discontinue its Sony Cierge service. As of that date, the Sony Cierge service will no longer be available, as a Card benefit or otherwise. You can enroll in and use the service through August 31, 2014.

For more details about this change, please call the number on the back of your card. To learn more about the benefits your Platinum Card® offers, visit americanexpress.com/platinum.

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | $0.00 | -$45,501.47 | -$45,501.47 |
| Credits | $0.00 | $0.00 | $0.00 |
| JAANA COLANGELO 2-61006 | -$4,275.00 | $0.00 | -$4,275.00 |
| RONALD COLANGELO 2-63028 | -$4,275.00 | -$45,501.47 | -$49,776.47 |
| Total Payments and Credits | | | |

### Detail   *Indicates posting date

| | | | Amount |
|---|---|---|---|
| Payments | | | -$5,570.92 |
| 06/10/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$21,144.22 |
| 06/28/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$7,208.88 |
| 07/━━━4* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,698.77 |
| 07/0━/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,402.94 |
| 07/06/14* | JAANA COLANGELO | PAYMENT RECEIVED - THANK YOU | -$5,584.74 |
| 07/07/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,445.50 |
| 07/09/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$445.50 |
| 07/09/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | Amount |
| Credits | | | -$4,275.00 |
| 06/25/14 | RONALD COLANGELO | MANCINO TAILORS   LARCHMONT   NY<br>914-834-9373<br>Description<br>APPAREL/ACCESSORIES | |

*credit*

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Tota |
|---|---|---|---|
| JAANA COLANGELO 2-61006 | $25,679.42 | $22,790.26 | $48,469.6 |
| RONALD COLANGELO 2-63028 | $10,367.71 | $4,440.87 | $14,808.5 |
| Total New Charges | $36,047.13 | $27,231.13 | $63,278.2 |

Continued on rever

DUPLICATE COPY

.num Card®

JAANA COLANGELO
Closing Date 09/09/14

Account Ending 2-61

As a reminder, as of 08/11/2014, our records indicate that your account is
enrolled in one or more optional product(s) which may generate a
charge to your account. Please see Page 13 for more details.

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$47,900.92 | -$13,697.62 | -$61,598.54 |
| Credits | | | |
| JAANA COLANGELO 2-61006 | -$74.75 | -$4,230.57 | -$4,305.32 |
| Total Payments and Credits | -$47,975.67 | -$17,928.19 | -$65,903.86 |

### Detail   *Indicates posting date

♦ - denotes Pay Over Time activi[ty]

For more information, v[isit]
americanexpress.com/payovertime[…]

#### Payments

| | | | Amount |
|---|---|---|---|
| 08/11/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,563.36 |
| 08/12/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,999.98 |
| 08/12/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,284.51 |
| 08/15/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,918.62 |
| 08/18/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$827.53 |
| 08/19/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$827.53 |
| 08/08/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,118.26 |
| 08/28/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$50,058.75 |

#### Credits

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 08/13/14* | JAANA COLANGELO | AMEX TRAVEL PURCHASE WITH MR POINTS CREDIT | | -$4,230.57 |
| 09/05/14 | JAANA COLANGELO | GLOBAL BLUE SERVICE MOLNDAL       SW | 45.39 Pounds Sterling | -$74.75 |
| | | PROFESSIONAL SERVICE | | |
| | | YOUR TAX REFUND TOTALLING 45.39 POUND STERLING | | |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| JAANA COLANGELO 2-61006 | $33,127.86 | $15,995.58 | $49,123.44 |
| RONALD COLANGELO 2-63028 | $1,819.91 | $1,247.45 | $3,067.36 |
| Total New Charges | $34,947.77 | $17,243.03 | $52,190.80 |

**DUPLICATE COPY**

 Platinum Card®

JAANA COLANGELO
Closing Date 06/09/15

Account Ending 2-61(

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$31,241.11 | -$40,636.55 | -$71,877.66 |
| Credits |  |  |  |
| JAANA COLANGELO 2-61006 | $0.00 | -$5,392.00 | -$5,392.00 |
| Total Payments and Credits | -$31,241.11 | -$46,028.55 | -$77,269.66 |

### Detail      *Indicates posting date

♦ - denotes Pay Over Time activi

For more Information,
americanexpress.com/payovertimei

| Payments | | | Amount |
|---|---|---|---|
| 05/12/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$4,672.15 |
| 05/14/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$564.59 |
| 05/15/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,378.52 |
| 05/19/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,927.79 |
| 05/21/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,585.35 |
| 05/26/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$28,043.71 |
| 05/27/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$14,021.77 |
| 05/29/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$4,451.34 |
| 06/03/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$4,000.00 |
| 06/03/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,252.57 |
| 06/04/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,463.85 |
| 06/06/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$728.93 |
| 06/08/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$787.09 |

| Credits | | | Amount |
|---|---|---|---|
| 06/05/15 | JAANA COLANGELO | RENTVILLAS LLC 65000VENTURA        CA | -$5,392.00 ♦ |
|  |  | 8007266702 |  |

| Description | Price |
|---|---|
| APARTMENT BUILDING | $5,392.00 |

*Points used*

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| JAANA COLANGELO 2-61006 | $103,622.84 | $43,395.28 | $147,018.12 |
| RONALD COLANGELO 2-63028 | $2,421.83 | $1,386.69 | $3,808.52 |
| Total New Charges | $106,044.67 | $44,781.97 | $150,826.64 |

**DUPLICATE COPY**

p. 3/19

## Platinum Card®

JAANA COLANGELO
Closing Date 10/09/15

Account Ending 2-61006

ⓘ **Important Change to Your Account Benefits**
As of January 1, 2016, the Limousine Program will no longer be available as a Platinum Card® Member benefit. All Limousine Program bookings made through 11:59 PM EST on December 31, 2015 (including any previously made bookings) will be eligible for 2 extra Membership Rewards® points on each dollar spent.

To learn more about your Platinum Card benefits, visit www.americanexpress.com/platinum.

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| | -$84,275.54 | -$22,703.29 | -$106,978.83 |
| Payments | | | |
| Credits | | -$5,715.55 | -$5,753.46 |
| JAANA COLANGELO 2-61006 | -$37.91 | $0.00 | -$29.95 |
| RONALD COLANGELO 2-63028 | -$29.95 | -$28,418.84 | -$112,762.24 |
| **Total Payments and Credits** | **-$84,343.40** | | |

♦ - denotes Pay Over Time activity

| Detail | *Indicates posting date | | For more information, visit americanexpress.com/payovertimeinfo |
|---|---|---|---|

| | | | Amount |
|---|---|---|---|
| **Payments** | | | -$1,268.23 |
| 09/12/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,064.01 |
| 09/22/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,600.78 |
| 09/24/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,970.08 |
| 09/26/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,801.32 |
| 09/30/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$47,425.70 |
| 09/30/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$37,804.50 |
| 10/01/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,756.37 |
| 10/03/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,756.37 |
| 10/03/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,044.45 |
| 10/05/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$487.02 |
| 10/07/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | |



| | | | Amount |
|---|---|---|---|
| **Credits** | | | -$5,338.40 ♦ |
| 09/23/15* | JAANA COLANGELO | AMEX TRAVEL PURCHASE WITH MR POINTS CREDIT | -$377.15 ♦ |
| 10/08/15 | JAANA COLANGELO | EAST HAVEN BUILDERS EAST HAVEN    CT | |
| | | 952-975-4762 | |
| | | Description | |
| | | BUILDING MATERIAL | |
| 10/09/15* | JAANA COLANGELO | Dispute - EAST HAVEN BUILDERS SUPP | -$37.91 |
| 09/26/15 | RONALD COLANGELO | THEGROMMET.COM   877-862-0222    MA | -$29.95 |
| | | 877-862-0222 | |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| | $71,778.20 | $16,758.03 | $88,536.23 |
| JAANA COLANGELO 2-61006 | | | |

Continued on reverse

DUPLICATE COPY

p. 3/17



## Platinum Card®

JAANA COLANGELO
Closing Date 04/09/15

Account Ending 2-61006

### Payments and Credits

| Summary | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| | | -$46,423.02 | -$66,821.87 |
| | -$20,398.85 | | |
| Payments | | | -$2,079.50 |
| Credits | -$2,079.50 | $0.00 | -$2,079.50 |
| JAANA COLANGELO 2-61006 | | -$46,423.02 | -$68,901.37 |
| Total Payments and Credits | -$22,478.35 | -$46,423.02 | |

| Detail | *Indicates posting date | | Amount |
|---|---|---|---|
| | | | -$61.21 |
| Payments | | | |
| 03/14/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$48,718.45 |
| 03/28/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$8,004.52 |
| 03/29/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$10,037.69 |
| 04/07/15* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | Amount |
| | | | -$2,079.50 |
| Credits | | UNITED OVERHEAD DOORYONKERS      NY    points | |
| 03/28/15 | JAANA COLANGELO | 914-964-0038 | |

### New Charges

| Summary | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| | | $11,329.34 | $32,326.51 |
| | $20,997.17 | | |
| JAANA COLANGELO 2-61006 | | $10,160.00 | $22,862.11 |
| RONALD COLANGELO 2-63028 | $12,702.11 | $21,489.34 | $55,188.62 |
| Total New Charges | $33,699.28 | | ♦ - denotes Pay Over Time activi |

For more information,
americanexpress.com/payovertime

### Detail

**JAANA COLANGELO**
Card Ending 2-61006

| | | | Amoun |
|---|---|---|---|
| | | | $106.9 |
| 03/10/15 | TRADER JOE'S #532 QLARCHMONT    NY | | |
| | 626-599-3700 | | |
| | Description | | |
| | GROCERY STORES,SUPE | | $1,125. |
| 03/10/15 | HAMPSHIRE COUNTRY CL914-6984610    NY | | |
| | 9146984610 | | $12. |
| 03/11/15 | STARBUCKS #07278 LARLarchmont    NY | | |
| | Larchmont | | $1,000 |
| 03/11/15 | AMERICAN-SCANDNVIAN NEW YORK    NY | | |
| | CHARITABLE ORG | | |
| | Description | | |
| | 104440 | | $33 |
| 03/11/15 | CLUTCH HANDBAGS & AC914-315-1434 | | |
| | 914-315-1434 | | $72 |
| 03/11/15 | EXPEDIA*110016177832EXPEDIA.COM    WA | | |
| | TRAVEL AGENCY | | |

Continued on re

n Card®                                               Account Ending 2-61006

COLANGELO
ng Date 02/08/16

## nts and Credits

| mary | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| | | -$18,788.09 | -$29,945.69 |
| | -$11,157.60 | | |
| Payments | | -$149.21 | -$4,414.80 |
| Credits | -$4,265.59 | $0.00 | -$1.95 |
| JAANA COLANGELO 2-61006 | -$1.95 | | |
| RONALD COLANGELO 2-63028 | -$15,425.14 | -$18,937.30 | -$34,362.44 |
| Total Payments and Credits | | | |

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

| Detail | *Indicates posting date | | Amount |
|---|---|---|---|
| | | | -$803.73 |
| **Payments** | | | -$465.46 |
| 01/11/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$660.27 |
| 01/12/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,665.20 |
| 01/15/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,360.51 |
| 01/16/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$10,008.24 |
| 01/19/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,608.24 |
| 01/28/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$4,970.93 |
| 01/28/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,177.16 |
| 01/29/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,225.95 |
| 01/29/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | Amount |
| 02/02/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$149.21 ♦ |

| **Credits** | | | |
|---|---|---|---|
| 01/26/16 | JAANA COLANGELO | CORPORATION SERVICE CO (866)403-5272  DE  MGMT/CONSULTING/PR | |
| | | Points  POINTS | -$4,265.59 |
| | | Flexible Transfer Credit | -$1.95 |
| 01/27/16* | JAANA COLANGELO | PP*9364CODE | |
| 01/31/16 | RONALD COLANGELO | 4029357733  CA  402-935-7733  Description  PROFESSIONAL SERVIC  Credit | |

## New Charges

| Summary | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| | | $18,207.15 | $55,418.17 |
| | $37,211.02 | $108.36 | $4,376.06 |
| JAANA COLANGELO 2-61006 | $4,267.70 | | |
| RONALD COLANGELO 2-63028 | $41,478.72 | $18,315.51 | $59,794.2: |
| Total New Charges | | | |

Continued on reve

DUPLICATE COPY

## Platinum Card®

AMERICAN EXPRESS

JAANA COLANGELO
Closing Date 04/08/16

Account

## Payments and Credits
### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$18,724.38 | -$35,841.67 | -$54,566.05 |
| Credits | | | |
| JAANA COLANGELO 2-61006 | $0.00 | -$1,350.06 | -$1,350.06 |
| Total Payments and Credits | -$18,724.38 | -$37,191.73 | -$55,916.11 |

### Detail   *Indicates posting date

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

| Payments | | | Amount |
|---|---|---|---|
| 03/11/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$131.01 |
| 03/18/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$830.61 |
| 03/21/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$18,759.41 |
| 03/21/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$298.52 |
| 03/21/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$11,432.38 |
| 03/22/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,466.46 |
| 03/31/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$7,574.89 |
| 03/31/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,742.24 |
| 04/05/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,296.10 |
| 04/06/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,264.55 |
| 04/08/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,769.88 |

| Credits | | | Amount |
|---|---|---|---|
| 03/15/16 | JAANA COLANGELO | DARCY BOWMANMASSAGE<br>Pelham Manor    NY<br>squareup.com/receipts | -$1,350.06 ♦ |

*credit*

## New Charges
### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| JAANA COLANGELO 2-61006 | $20,679.92 | $36,023.95 | $56,703.87 |
| RONALD COLANGELO 2-63028 | $4,096.56 | $3,361.67 | $7,458.23 |
| Total New Charges | $24,776.48 | $39,385.62 | $64,162.10 |

### Detail

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

JAANA COLANGELO
Card Ending 2-61006

| | | | Amount |
|---|---|---|---|
| 03/10/16 | AAA NY DUES<br>WWW.NY.AAA.COM   NY<br>516-746-7141<br>Description<br>MEMBERSHIP FEES | | $52.00 |

*office*

Continued on reverse

**DUPLICATE COPY**

p. 3/28

...num Card®

...ANA COLANGELO
...Closing Date 08/10/16

Account Ending 2-61006

Your membership will be renewed next month.  Please refer to the Renewal Notice on **Page 21.**

Please note, your preset line is $100,000.00.  You have spent $70,429.20.



**Pay with your American Express® Card at more places than ever.**
Visit shopsmallnow.com to find nearby small businesses where you can use your Card.

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$22,469.01 | -$46,269.27 | -$68,738.28 |
| Credits |  |  |  |
| JAANA COLANGELO 2-61006 | $0.00 | -$536.23 | -$536.23 |
| Total Payments and Credits | -$22,469.01 | -$46,805.50 | -$69,274.51 |

### Detail  *Indicates posting date

♦ - denotes Pay Over Time activity

For more information, visit americanexpress.com/payovertimeinfo

| Payments | | | Amount |
|---|---|---|---|
| 07/14/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$25,918.72 |
| 07/14/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,405.93 |
| 07/18/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,314.27 |
| 07/20/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$6,336.90 |
| 07/22/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$28,762.46 |

| Credits | | | Amount |
|---|---|---|---|
| 07/19/16* | JAANA COLANGELO | Credit Adjustment for Purchase Finance Charge | -$2.89 ♦ |
| 07/26/16 | JAANA COLANGELO | Norwegian CruiseLine - Reservation | -$250.00 ♦ |
|  |  | MIAMI          FL |  |
|  |  | Ticket No: 31076227 |  |
| 07/28/16* | JAANA COLANGELO | Dispute - AMAZON.COM | -$283.34 ♦ |

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| JAANA COLANGELO 2-61006 | $30,412.15 | $35,770.12 | $66,182.27 |
| RONALD COLANGELO 2-63028 | $1,618.93 | $2,880.89 | $4,499.82 |
| Total New Charges | $32,031.08 | $38,651.01 | $70,682.09 |

COLANGELO
Date 09/09/16

Account Ending 2-61006

(i) Your Platinum Card® Membership includes an annual subscription to Departures magazine (a value of $10). If you do not wish to receive the magazine, please call us at the number on the back of your Card. No credits are offered to Members who elect not to receive the magazine.

(i) Please note, your preset line is $100,000.00. You have spent $78,029.33.



**Pay with your American Express® Card at more places than ever.**
Visit shopsmallnow.com to find nearby small businesses where you can use your Card.

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$32,031.08 | -$23,001.75 | -$55,032.83 |
| Credits |  |  |  |
| JAANA COLANGELO 2-61006 | $0.00 | -$288.23 | -$288.23 |
| Total Payments and Credits | -$32,031.08 | -$23,289.98 | -$55,321.06 |

♦ - denotes Pay Over Time activity

### Detail   *Indicates posting date

For more information, visit
americanexpress.com/payovertimeinfo

| Payments |  |  | Amount |
|---|---|---|---|
| 08/11/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,429.20 |
| 08/11/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,000.00 |
| 08/12/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,953.78 |
| 08/13/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$4,236.99 |
| 08/15/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,114.65 |
| 08/22/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$10,089.09 |
| 09/01/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$4,683.36 |
| 09/02/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,580.00 |
| 09/02/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,500.00 |
| 09/03/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,500.00 |
| 09/07/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,319.14 |
| 09/07/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,626.62 |

| Credits |  |  | Foreign Spend | Amount |
|---|---|---|---|---|
| 09/05/16 | JAANA COLANGELO | GLOBAL BLUE SERVICE AB PAYMENTS | 215.82 Pounds Sterling | -$288.23 ♦ |
|  |  | UK          GB |  |  |
|  |  | PROFESSIONAL SERVICE |  |  |
|  |  | YOUR TAX REFUND TOTALLING 215,82 POUND S |  |  |
|  |  | TERLING |  |  |

Continued on reverse

DUPLICATE COPY

...num Card®
JAANA COLANGELO
Closing Date 11/09/16

Account Ending 2-61006

p. 3/25

Account Ending 2-61006

See page 23   for an Important Change to Your Account Terms.

(i) Please note, your preset line is $100,000.00. You have spent $80,361.35.

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | | | |
| Credits | | | |
| JAANA COLANGELO 2-61006 | -$24,634.92 | | |
| RONALD COLANGELO 2-63028 | | -$14,409.70 | -$39,044.62 |
| Total Payments and Credits | $0.00 | | |
| | -$7.79 | -$4,623.90 | |
| | -$24,642.71 | -$169.73 | -$4,623.90 |
| | | -$19,203.33 | -$177.52 |
| | | | -$43,846.04 |

♦ - denotes Pay Over Time activity
For more information, visit
americanexpress.com/payovertimeinfo

### Detail
*Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 10/11/16* | JAANA COLANGELO | | |
| 10/17/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,129.16 |
| 10/18/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,161.49 |
| 10/20/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$13,724.18 |
| 10/20/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$11,517.88 |
| 11/01/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$755.08 |
| 11/08/16* | JAANA COLANGELO | PAYMENT RECEIVED - THANK YOU | -$6,112.26 |
| Credits | | ONLINE PAYMENT - THANK YOU | |
| 10/10/16 | JAANA COLANGELO | | -$2,644.57 |

| | | | Amount |
|---|---|---|---|
| '19/16 | JAANA COLANGELO | IL LUMBER CORP GREENWICH 1 GREENWICH          CT 708180 06830 INTERSTATE LAKELAND 01 PICASSO TRAVEL NEW YORK          NY TRAVEL AGENCY SERVICE From: N/A | -$357.62 ♦ |

To:
N/A
N/A
N/A
N/A

| | Carrier: | Class: |
|---|---|---|
| | YY | 00 |
| | YY | 00 |
| | YY | 00 |
| | YY | 00 |
| | | 00 |

JAANA COLANGELO

Ticket Number: 89006962362625
Passenger Name: SORTTI/LEENA
Document Type: TRAVEL AGENCY FEE
PICASSO TRAVEL
NEW YORK          NY
TRAVEL AGENCY SERVICE
From:
N/A

To:                                                              -$268.28 ♦
N/A
N/A
N/A
N/A

| | Carrier: | Class: |
|---|---|---|
| | YY | 00 |
| | YY | 00 |
| | YY | 00 |
| | YY | 00 |
| | | 00 |

Ticket Number: 89006962362673
Passenger Name: SORTTI/LEENA
Document Type: TRAVEL AGENCY FEE

-$307.08 ♦

**DUPLICATE COPY**

p. 3/23

Account Ending 2-61006



## More places than ever welcome your Card.

Visit americanexpress.com/shopsmallmap to find nearby small businesses where you can use your Card.

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Payments** | -$25,020.10 | -$50,005.79 | -$75,025.89 |
| **Credits** |  |  |  |
| JAANA COLANGELO 2-61006 | $0.00 | -$1,309.96 | -$1,309.96 |
| RONALD COLANGELO 2-63028 | -$9.94 | $0.00 | -$9.94 |
| **Total Payments and Credits** | -$25,030.04 | -$51,315.75 | -$76,345.79 |

♦ - denotes Pay Over Time activity

### Detail     *Indicates posting date

For more information, visit
americanexpress.com/payovertimeinfo

| | | | Amount |
|---|---|---|---|
| **Payments** | | | -$5,216.53 |
| 06/10/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,000.00 |
| 06/14/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,184.74 |
| 06/16/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$483.04 |
| 06/18/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$6,483.04 |
| 06/18/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,925.93 |
| 06/20/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$13,901.21 |
| 06/22/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$28,604.70 |
| 06/22/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$497.98 |
| 06/24/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$232.73 |
| 06/24/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,710.60 |
| 06/29/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,000.00 |
| 06/30/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,644.38 |
| 06/30/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,530.87 |
| 06/30/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,610.14 |
| 07/01/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | |

| | | | Amount |
|---|---|---|---|
| **Credits** | | | -$793.34 |
| 06/10/16 | JAANA COLANGELO | THE PENN CLUB OF NEW YORK | |
| | | NEW YORK     NY | |
| | | 2127643550 | |
| | | Description          Price | |
| | | MEMBERSHIP ORGANIZA   $793.34 | |
| 06/14/16* | JAANA COLANGELO | AMEX TRAVEL PURCHASE WITH MR POINTS CREDIT | -$516.62 |
| 06/15/16 | RONALD COLANGELO | B&H PHOTO MOTO 000000002 | -$9.94 |
| | | NEW YORK     NY | |
| | | 8006066969 | |

A'd®

_OLANGELO
_ate 05/10/16

Account Ending 2-61006

## s and Credits

### _ary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| | -$26,406.99 | -$23,068.23 | -$49,475.22 |
| _ments | | | |
| Credits | $0.00 | -$7,678.50 | -$7,678.50 |
| JAANA COLANGELO 2-61006 | | | |
| Total Payments and Credits | -$26,406.99 | -$30,746.73 | -$57,153.72 |

♦ - denotes Pay Over Time activity

### Detail   *indicates posting date

For more information, visit
americanexpress.com/payovertimeinfo

| | | | Amount |
|---|---|---|---|
| **Payments** | | | |
| | | | -$1,000.00 |
| 04/09/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,950.48 |
| 04/09/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$171.00 |
| 04/09/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$950.48 |
| 04/10/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,306.16 |
| 04/11/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$11,761.44 |
| 04/20/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$15,322.36 |
| 04/20/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$4,004.00 |
| 04/21/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,004.65 |
| 04/21/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$6,004.65 |
| 04/22/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,000.00 |
| 05/07/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | Amount |
| **Credits** | | | -$3,250.00 ♦ |
| 04/12/16 | JAANA COLANGELO | Norwegian CruiseLine - Reservation | |
| | *credit* | MIAMI       FL | *points*   *Paid trip by points* |
| | | Ticket No: 402157 | |
| | | | -$4,428.50 ♦ |
| 05/02/16 | JAANA COLANGELO | WOODLAND DIRECT | |
| | *credit* | SHELBY TOWNSH     MI | *points*   *paid fireplace by points* |
| | | 586-803-1162 | |
| | | Description | |
| | | FIREPLACES/ACCESSOR | |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| | $26,890.20 | $28,312.15 | $55,202.35 |
| JAANA COLANGELO 2-61006 | | | |
| | $1,539.01 | $2,642.73 | $4,181.74 |
| RONALD COLANGELO 2-63028 | | | |
| Total New Charges | $28,429.21 | $30,954.88 | $59,384.09 |

Continued on reverse

**DUPLICATE COPY**

p. 15/1



## Membership Rewards® Monthly Statement and Program News

Prepared for JAANA COLANGELO    Account Number 1M62473281

| Total Points Balance | 69,448 |
|---|---|

| Points Earned this Period | 69,448 |
|---|---|

### Questions About Your Account?

membershiprewards.com

1-800-297-1300
International Collect: 1-336-393-1111

### Account Summary — December 1, 2016 - December 31, 2016

| | |
|---|---|
| Opening Points Balance | 117,159 |
| Points Earned this Period | +69,448 |
| Points Used this Period | -52,506 |
| Reinstated Points and Adjustments | -64,653 |
| Total Points Balance | 69,448 |

Points Earned this Period are pending until charges are paid in full and all your accounts are in good standing.

### Did You Know?

**Use Points For Your Charges**
Use your Card for charges like travel, dining, groceries, and more, then go online and use the points you earned toward your eligible charges.

Learn more at
**membershiprewards.com/yourcharges.**

---

### Points Transaction Detail — December 1, 2016 - December 31, 2016

| Points Earned this Period | Points Activity On Eligible Charges | Bonus Points Awarded | Total Points Activity Per Card |
|---|---|---|---|
| Platinum XXXX-XXXXX2-61006 | 61,575 | 4,076 PLATINUM CARD 5X PA5 | 65,651 |
| Add'l Platinum XXXX-XXXXX2-63028 | 3,797 | 0 | 3,797 |
| Total | 65,372 | 4,076 | 69,448 |

| Points Used this Period | Total Points Used This Period | Request Date |
|---|---|---|
| Pay with Points - AMAZON Order Confirmed | -6,280 | 12/01/1( |
| Pay with Points - AMAZON Order Confirmed | -6,283 | 12/01/1( |
| Pay with Points - AMAZON Order Confirmed | -7,143 | 12/01/1( |
| Pay with Points - AMAZON Order Confirmed | -4,140 | 12/01/1( |
| Pay with Points - AMAZON Order Confirmed | -8,840 | 12/02/1 |
| Pay with Points - AMAZON Order Confirmed | -12,509 | 12/13/1 |
| Pay with Points - AMAZON Order Confirmed | -851 | 12/21/1 |
| Pay with Points - AMAZON Order Confirmed | -1,421 | 12/22/1 |
| Pay with Points - AMAZON Order Confirmed | -1,421 | 12/22/1 |
| Pay with Points - AMAZON Order Confirmed | -3,039 | 12/22/1 |
| Pay with Points - AMAZON Order Confirmed | -1,421 | 12/22/1 |
| Pay with Points - AMAZON Order Confirmed | -1,421 | 12/22/1 |
| Pay with Points - AMAZON Order Confirmed | -1,421 | 12/22/1 |
| Pay with Points - AMAZON Order Confirmed | -2,000 | 12/27/1 |
| Pay with Points - AMAZON Returned | 1,421 | 12/22/1 |

 Platinum Card®

p. 3/17

JAANA COLANGELO
Closing Date 07/10/17

Account Ending 2-62004

For information on your Pay Over Time feature and limit, see **page 14** .

(i) Please note, your preset line is $56,000.00. You have spent $50,307.91.



# You Spoke. We Listened.

**Over 1 million more places** in the U.S. started accepting American Express® Cards in 2016.

**Visit shopsmallnow.com**

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$4,427.50 | -$33,705.09 | -$38,132.59 |
| Credits | | | |
| JAANA COLANGELO 2-62004 | -$73.52 | $0.00 | -$73.52 |
| RONALD COLANGELO 2-64026 | -$4.32 | -$1,158.00 | -$1,162.32 |
| Total Payments and Credits | -$4,505.34 | -$34,863.09 | -$39,368.43 |

### Detail   *Indicates posting date

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

| Payments | | | Amount |
|---|---|---|---|
| 06/10/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,000.00 |
| 06/10/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,500.00 |
| 06/15/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,449.05 |
| 06/16/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$4,074.74 |
| 06/21/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$461.15 |
| 06/23/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$556.64 |
| 06/24/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$500.00 |
| 06/29/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,793.01 |
| 06/29/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,000.00 |
| 06/30/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$6,798.00 |
| 07/09/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,000.00 |
| 07/10/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,000.00 |

| Credits | | | Amount |
|---|---|---|---|
| 06/14/17 | JAANA COLANGELO | AMAZON DIGITAL SVCS AMZN.COM/BILL   WA DIRECT MKTG INTERNET | -$3.25 |
| 06/27/17 | JAANA COLANGELO | AMAZON MKTPLACE PMTS AMZN.COM/BILL   WA DIRECT MKTG MISC | -$70.27 |
| 06/10/17 | RONALD COLANGELO | CVS/PHARMACY #01949 000001949 LARCHMONT   NY 8007467287 | -$300.00 |

Description     Price
PHARMACIES     $300.00

*POINTS* *POINTS* *POINTS* (handwritten annotations)

Continued on reverse

**DUPLICATE COPY**



**Platinum Card®**

JAANA COLANGELO
Closing Date 01/10/17

p. 3/1

Account Ending 2-61006

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$44,334.91 | -$32,335.92 | -$76,670.83 |
| Credits |  |  |  |
| JAANA COLANGELO 2-61006 | $0.00 | -$1,221.48 | -$1,221.48 |
| Total Payments and Credits | -$44,334.91 | -$33,557.40 | -$77,892.31 |

### Detail   *Indicates posting date

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

**Payments**

| Date | Name | Description | Amount |
|---|---|---|---|
| 12/10/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$10,860.23 |
| 12/10/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$10,500.00 |
| 12/10/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,000.00 |
| 12/13/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,375.04 |
| 12/13/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,375.04 |
| 12/15/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,776.16 |
| 12/19/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$275.30 |
| 12/22/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$354.86 |
| 12/23/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,500.00 |
| 12/23/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$9,723.85 |
| 12/29/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,445.79 |
| 12/30/16* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$452.48 |
| 01/03/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,681.78 |
| 01/03/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$3,816.30 |
| 01/03/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,000.00 |
| 01/03/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$11,000.00 |
| 01/03/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$5,681.78 |
| 01/04/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$295.92 |
| 01/05/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,231.38 |
| 01/06/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,261.93 |
| 01/07/17* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,062.99 |

**Credits**

| Date | Name | Description | Amount |
|---|---|---|---|
| 12/16/16 | JAANA COLANGELO | AMAZON MKTPLACE PMTS AMZN.COM/BILL    WA DIRECT MKTG MISC | -$274.95 ♦ |
| 12/28/16 | JAANA COLANGELO | GREENWICH HOSPITAL GREENWICH    CT 855-547-4584 Description MEDICAL SERVICES | -$300.00 ♦ |
| 12/29/16* | JAANA COLANGELO | AMEX TRAVEL PURCHASE WITH MR POINTS CREDIT | -$646.53 ♦ |

*points*

*points*

*points*

*credits*

*points*

p. 3/20



**Platinum Card®**

JAANA COLANGELO
Closing Date 02/07/18



Account Ending 2-63002

→ See Page 13  for an Important Notice About a Change to Your Cardmember Agreement.

→ **See page 15**  **for Important Information About Your Account Terms.**

→ For information on your Pay Over Time feature and limit, see **page 10**

ⓘ Please note, your preset line is $56,000.00. You have spent $55,581.86.

ⓘ Effective February 28, 2018, Card Members will no longer earn 2X Membership Rewards® points on Uber rides.

ⓘ We want to let you know that starting on 2/8/2018, we'll be making some changes to simplify the way your transaction details are displayed in your paper statement. You can continue to view the full details of each transaction when you log into your account at americanexpress.com.

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments |  -$5,173.25 | -$5,420.06 | -$10,593.31 |
| Credits | -$631.41 | -$1,532.45 | -$2,163.86 |
| JAANA COLANGELO 2-63002 |  |  |  |
| Total Payments and Credits | -$5,804.66 | -$6,952.51 | -$12,757.17 |

♦ - denotes Pay Over Time activity

### Detail  *Indicates posting date

For more Information, visit americanexpress.com/payovertimeInfo

| | | | Amount |
|---|---|---|---|
| **Payments** | | | |
| 01/11/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,000.00 |
| 01/11/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,000.00 |
| 01/11/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$872.66 |
| 01/11/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,213.35 |
| 01/12/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,400.09 |
| 01/13/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$390.00 |
| 01/16/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$799.61 |
| 01/17/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$763.68 |
| 01/22/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$223.46 |
| 01/30/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$44.57 |
| 02/01/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$886.55 |
| 02/02/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$171.24 |
| 02/04/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$106.31 |
| 02/06/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$421.79 |
| 02/06/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$300.00 |
| | | | Amount |
| **Credits** | | | |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | -$75.1 |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | -$57.6 |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | -$65.0 |

Continued on rever

**DUPLICATE COPY**

JAANA COLANGELO

Account Ending 2-63002

| | | | | Amount |
|---|---|---|---|---|
| Detail Continued | *Indicates posting date | | | ♦ - denotes Pay Over Time active |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$38.46 |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$202.53 |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$18.21 |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$4.99 |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$117.02 ♦ |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$147.40 ♦ |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$43.33 |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$12.50 |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$59.95 |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$7.47 |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$30.00 |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$109.70 ♦ |
| 01/18/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$16.25 |
| 01/20/18* | JAANA COLANGELO | POINTS FOR YOUR CHARGES CREDIT | | -$1,158.33 ♦ |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| JAANA COLANGELO 2-63002 | $2,004.68 | $5,205.15 | $7,209.83 |
| RONALD COLANGELO 2-64026 | $3,715.88 | $2,626.26 | $6,342.14 |
| Total New Charges | $5,720.56 | $7,831.41 | $13,551.97 |

### Detail

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

**JAANA COLANGELO**
Card Ending 2-63002

| | | | Foreign Spend | Amount |
|---|---|---|---|---|
| 01/10/18 | HAMPSHIRE COUNTRY C914-6984610 | NY | | $1,158.33 ♦ |
| 01/10/18 | ADOBE *ACROPRO SUBSSAN JOSE | CA | | $16.25 |
| 01/11/18 | WASABI 9148342833 | LARCHMONT NY | | $144.95 ♦ |
| 01/11/18 | LINKEDIN-358*3832534 SUBSCRIPTION | LNKD.IN/BILL CA | | $65.01 |
| 01/12/18 | REALTY *TRAC SUBSCR877-888-8722 | CA | | $59.95 |
| 01/12/18 | CREDITSECURE 1-866-617-1893 Description $18.41+$1.42 NY TAX | CostaMesa CA | | $18.41 |
| 01/13/18 | NYTimes.COM NY TIME(800)698-4637 | NY | | $12.50 |
| 01/14/18 | AMAZON DIGITAL SVCS DIGITAL | AMZN.COM/BILL WA | | $4.99 |
| 01/15/18 | NEW YORK TIMES SUB5800-698-4637 | NY | | $442.00 ♦ |
| 01/16/18 | MUSIKA LESSONS 0244NEW YORK | NY | | $568.00 ♦ |
| 01/16/18 | TRANSUNION 800-493-3292 | CA | | $21.63 |
| 01/16/18 | TRANSUNION 800-493-3292 | CA | | $21.63 |
| 01/17/18 | HEALTHY PAWS PET INBELLEVUE | WA | | $48.56 |

.im Card®

.NA COLANGELO
.sing Date 04/09/18



p. 3/1

Account Ending 2-63002

ⓘ Your billing inquiry is under investigation. **No payment on the amount under review of $266.98 is required at this time.** To view the status of your investigation, please visit us at **americanexpress.com/inquirycenter.**

ⓘ Please note, your preset line is $56,000.00. You have spent $56,048.27.

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | -$7,192.18 | -$3,961.00 | -$11,153.18 |
| Credits | | | |
| JAANA COLANGELO 2-63002 | -$92.96 | -$1,787.11 | -$1,880.07 |
| Total Payments and Credits | -$7,285.14 | -$5,748.11 | -$13,033.25 |

### Detail   *Indicates posting date                    ♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

| Payments | | | Amount |
|---|---|---|---|
| 03/10/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,500.00 |
| 03/10/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$421.79 |
| 03/22/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,044.55 |
| 03/24/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$100.00 |
| 03/24/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$347.55 |
| 03/26/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$176.51 |
| 03/26/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$404.86 |
| 03/27/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,500.00 |
| 03/27/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$549.24 |
| 03/27/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,340.48 |
| 03/27/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$643.00 |
| 03/28/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$573.59 |
| 03/28/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$589.77 |
| 03/29/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$200.00 |
| 03/31/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$962.17 |
| 04/06/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$299.67 |
| 04/07/18* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$500.00 |
| **Credits** | | | **Amount** |
| 03/09/18 | JAANA COLANGELO | AIFS AUPAIRINAMERIC203-399-5035    CT | -$1,783.47 ♦ |
| 03/30/18* | JAANA COLANGELO | Credit Adjustment for Purchase Finance Charge | -$3.64 ♦ |
| 04/03/18 | JAANA COLANGELO | CSC E-FILE<br>888-690-2468    DE<br>LEGAL SERVICE | -$38.01 |
| 04/06/18* | JAANA COLANGELO | Dispute - MOONKOOL.COM | -$54.95 |

Continued on reverse

# POINTS CREDITS FOR AMERICAN EXPRESS

## PULLED FROM STATEMENTS

| | |
|---|---|
| 02/19/2011 POINTS CREDIT | $114.22 |
| 04/27/2011 POINTS CREDIT | $433.37 |
| 0514/20011 POINTS CREDIT | $72.82 |
| 06/23/2011 POINTS CREDIT | $171.05 |
| 07/18/2012 AMEX TRAVEL POINTS | $860.21 |
| 07/19/2012 AMEX POINTS USED | $597.19 |
| 08/26/2012 POINTS FOR GROCERIES | $246.81 |
| 11/20/2012 RESTORATION HARDWARE | $775.97 |
| 12/06/2012 RESTORATION HARDWARE | $721.78 |
| 01/15/2013  AMEX TRAVEL POINTS | $154.22 |
| 05/13/2013 AMEX TRAVEL CREDIT | $517.80 |
| 05/01/2013 AMEX TRAVEL CREDIT | $79.81 |
| 12/20/2013  AMEX GIFT CARD POINTS | $209.95 |
| 02/07/2014 AMEX TRAVEL CREDIT | $1560.39 |
| 01/28/2014 AMEX TRAVEL CREDIT | $609.65 |
| 10/10/2014 Resto home furnishings | $475.77 |
| 10/24/2014 MARRITT  DC | $647.14 |
| 06/25/2014 MAINCINO | $4275.00 |
| 08/13/2014 AMEX TRAVEL CREDIT | $4230.57 |
| 06/05/2015 RENTVILLAS 6500VENTURA | $5392.00 |
| 09/23/2015AMEX TRAVEL CREDIT | $5338.40 |
| 10/08/2015 EAST HAVEN BUILDING | $377.15 |
| 11/15/2015 MR POINTS CREDITS | $171.02 |
| 03/28/2015 UNITED OVERHEAD DOOR | $2079.50 |
| 07/31/2015 RESTORATION HARDWARE | $1903.07 |
| 01/16/2015 WILLIAM SONOMA | $270.87 |
| 01/27/2016  AMEX FLEXIBLE  CREDIT | $4265.89 |
| 03/15/2016 DARCY BOWMANMASSAGE | $1350.06 |
| 06/14/2016 AMEX TRAVEL POINTS | $516.62 |
| 10/10/2016  AMEX TRAVEL POINTS | $307.08 |
| 10/19/2016 PICASSO TRAVEL POINTS | $268.28 |
| 10/21/2016 PICASSO TRAVEL POINTS | $1845.46 |
| 10/21/2016 PICASSO TRAVEL POINTS | $1845.46 |
| 12/29/2016 AMEX TRAVEL POINTS | $646.53 |
| 06/14/2016  AMEX TRAVEL POINTS | $516.62 |
| 04/12/2016 Norwegian Cruise | $3250.00 |
| 05/02/2016 WOODLAND DIRECT AMEX | $4428.50 |
| 12/16/2016 AMAZON POINTS | $274.95 |
| 12/29/2016 AMEX TRAVELS PTS | $646.53 |
| 02/27/17 AMEX TRAVEL PTS | $8275.00 |
| 01/18/2018 POINT FOR CREDIT CHARGES | $2164.19 |
| 02/23/2018 AMEX TRAVEL POINTS | $221.44 |

Total $63,108.34

**DUPLICATE COPY**

**Platinum Card®**

JAANA COLANGELO
Closing Date 02/07/14

p. 3/21

Account Ending 2-61006

## Payments and Credits

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Payments** | -$32,182.97 | -$36,028.47 | -$68,211.44 |
| **Credits** | | | |
| JAANA COLANGELO 2-61006 | $0.00 | -$2,170.04 | -$2,170.04 |
| **Total Payments and Credits** | -$32,182.97 | -$38,198.51 | -$70,381.48 |

### Detail   *Indicates posting date

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

| Payments | | | Amount |
|---|---|---|---|
| 01/14/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$4,005.86 |
| 01/15/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,192.40 |
| 01/16/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,714.56 |
| 01/21/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,047.54 |
| 01/21/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,047.54 |
| 01/22/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$1,443.55 |
| 01/22/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$443.55 |
| 01/24/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$44,799.64 |
| 01/25/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$2,352.66 |
| 02/07/14* | JAANA COLANGELO | ONLINE PAYMENT - THANK YOU | -$10,164.14 |
| **Credits** | | | **Amount** |
| 01/21/14* | JAANA COLANGELO | AMEX TRAVEL PURCHASE WITH MR POINTS CREDIT | -$1,560.39 ♦ |
| 01/28/14* | JAANA COLANGELO | AMEX TRAVEL PURCHASE WITH MR POINTS CREDIT | -$609.65 ♦ |

## New Charges

### Summary

| | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| JAANA COLANGELO 2-61006 | $43,118.93 | $13,635.86 | $56,754.79 |
| RONALD COLANGELO 2-63028 | $1,226.61 | $1,311.59 | $2,538.20 |
| **Total New Charges** | $44,345.54 | $14,947.45 | $59,292.99 |

### Detail

♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

**JAANA COLANGELO**
Card Ending 2-61006

| | | Foreign Spend | Amount |
|---|---|---|---|
| 01/10/14 | LARCHMONT WINE & LIQLARCHMONT     NY LIQUOR STORE | | $196.63 ♦ |
| 01/10/14 | QI*DIAPERS.COM   800-342-7377   NJ 800-342-7377 | | $373.98 ♦ |

Continued on reverse

**Platinum Card®**

JAANA COLANGELO
Closing Date 11/09/15    Next Closing Date 12/10/15

*10/2015*
*$8,344.34*

Account Ending 2-61006

| | |
|---|---|
| New Balance | $85,515.25 |
| Minimum Payment Due | $40,029.51 |

Payment Due Date  *0, $11,009.86*    12/04/15‡

‡ **Late Payment Warning:** Your Payment Due Date is 12/04/15. If you do not pay your Minimum Payment Due by your Next Closing Date of 12/10/15, you may have to pay a late fee of up to $37.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.24%.

*used    149,417 points    $8,988.34*

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the Pay Over Time balance shown on this statement in about... | And for the Pay Over Time balance you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 34 years | $104,660 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

ⓘ New York residents may contact the New York Department of Financial Services to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**See Page 15    for Important Changes to Your Account Benefits.**

ⓘ Please note, your preset line is $100,000.00. You have spent $85,515.25.

**Membership Rewards® Points**
Available and Pending as of 09/30/15    550,493
For up to date point balance and full program details, visit membershiprewards.com

## Account Summary

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $74,467.89 |
| Payments/Credits | -$74,467.89 |
| New Charges | +$38,993.51 |
| Fees | +$0.00 |
| New Balance          = | $38,993.51 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $39,780.61 |
| Payments/Credits | -$21,448.47 |
| New Charges | +$27,613.47 |
| Fees | +$0.00 |
| Interest Charged | +$576.13 |
| New Balance          = | $46,521.74 |
| Minimum Due | $1,036.00 |

**Account Total**
| | |
|---|---|
| Previous Balance | $114,248.50 |
| Payments/Credits | -$95,916.36 |
| New Charges | +$66,606.98 |
| Fees | +$0.00 |
| Interest Charged | +$576.13 |

| | |
|---|---|
| New Balance | $85,515.25 |
| Minimum Payment Due | $40,029.51 |

Days in Billing Period: 31

## Customer Care

**Pay by Computer**
americanexpress.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-525-3355 | 1-800-472-9297 |

See Page 2 for additional Information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/pbc

**Pay by Phone**
1-800-472-9297

Account Ending 2-61006

Enter 15 digit account # on all payments.
Make check payable to American Express.

JAANA COLANGELO
66 WILSON DR
NEW ROCHELLE NY 10801-4648

| | |
|---|---|
| Payment Due Date | **12/04/15** |
| New Balance | $85,515.25 |
| Minimum Payment Due | $40,029.51 |

$ _____
Amount Enclosed

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

0000349990719304025 00855152500400295l 06 ᴅ

**Exhibit H**

# RON COLANGELO INDIVIDUAL FIDELITY ACCOUNT CHECK GIVING TO JAANA

| | | |
|---|---|---|
| 12/3/2010 | PAID TO JAANA | $2,160.00 |
| 01/04/2011 | PAID TO JAANA | $9,300.00 |
| 10/01/2011 | PAID TO JAANA | $3,100.00 |
| 10/14/2011 | PAID TO JAANA | $1,800.00 |
| 03/18/2011 | PIAD TO JAANA | $5,400.00 |
| 04/7/2011 | PAID TO JAANA | $18,850.00 |
| 02/16/2011 | PAID TO JAANA | $7,000.00 |
| 03/11/2011 | PAID TO JAANA | $1,000.00 |
| 05/03/2011 | PAID TO JAANA | $4,147.50 |
| 05/10/2011 | PAID TO JAANA | $1,065.00 |
| 01/03/2012 | PAID TO JAANA | $3,100.00 |
| 02/10/2012 | PAID TO JAANA | $3,100.00 |
| 04/27/2012 | PAID TO JAANA | $11,740.00 |
| 04/29/2013 | PAID TO JAANA | $6,100.00 |
| 06/01/2013 | PAID TO JAANA | $8,500.00 |
| 01/10/2014 | PAID TO JAANA | $21,000.00 |

**$107,362.00**



**RONALD B COLANGELO**
66 WILSON DR
NEW ROCHELLE, NY 10801

2412

Date Dec 3/2018   80-568/1012

Pay to the
Order of    Tara Colangelo                    $ 2160 00/xx

Two thousand and one hundred sixty ——————— Dollars

EXPENSE CODE   **Fidelity** INVESTMENTS   UMB Bank
Warsaw, National Association

For  Expenses                    Ron Colangelo   MP



























n-20

22Jan20-2499

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

## CHASE

December 14, 2013 through January 15, 2014
Primary Account ████████65

**TRANSACTION DETAIL** (continued)

*In Stamard Finpro used cash weDtem exp*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 12/27 | Chase Quickpay Electronic Transfer 3661393222 To Patricia Briscoe | -160.00 | 782.32 |
| 12/30 | ATM Withdrawal    12/30 125 Chatsworth Ave Larchmont NY Card 1050 | -100.00 | 682.32 |
| 12/30 | Hann    Loan Pmt 24412253885   Web ID: 1210397927 | -590.70 | 91.62 |
| 01/06 | Finpro USA Inc  ACH Pmt    PPD ID: 9200502235 | 3,467.98 | 3,559.60 |
| 01/06 | Chase Quickpay Electronic Transfer 3677924484 To Patricia Briscoe | -40.00 | 3,519.60 |
| 01/06 | Chase Quickpay Electronic Transfer 3677922106 To Patricia Briscoe | -60.00 | 3,459.60 |
| 01/06 | Chase Quickpay Electronic Transfer 3677921647 To Patricia Briscoe | -40.00 | 3,419.60 |
| 01/06 | Chase Quickpay Electronic Transfer 3677923977 To Patricia Briscoe | -40.00 | 3,379.60 |
| 01/06 | ATM Withdrawal    01/04 125 Chatsworth Ave Larchmont NY Card 1050 | -200.00 | 3,179.60 |
| 01/06 | Chase Quickpay Electronic Transfer 3679313795 To Patricia Briscoe | -120.00 | 3,059.60 |
| 01/06 | Bk of Amer Vi/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -1,483.00 | 1,576.60 |
| 01/06 | Bank of America  Online Pmt Ckf662913374POS Web ID: 9500000000 | -900.00 | 676.60 |
| 01/07 | Chase Quickpay Electronic Transfer 3682788143 To Patricia Briscoe | -140.00 | 536.60 |
| 01/07 | Capital One    Online Pmt 400739919261229 Web ID: 9279744991 | -125.00 | 411.60 |
| 01/07 | Comenity Pay Sb  Web Pymt  856373056414159 Web ID: 1133163498 | -113.00 | 298.60 |
| 01/08 | Capital One    Online Pmt 400839919108260 Web ID: 9279744991 | -125.00 | 173.60 |
| 01/10 | ATM Check Deposit    01/10 125 Chatsworth Ave Larchmont NY Card 1050 | 3,000.00 | 3,173.60 |
| 01/10 | Deposit    1291414831 | 21,000.00 | 24,173.60 |
| 01/10 | ATM Withdrawal    01/10 125 Chatsworth Ave Larchmont NY Card 1050 | -200.00 | 23,973.60 |
| 01/10 | 01/10 Payment To Chase Card Ending IN 8159 | -1,176.73 | 22,796.87 |
| 01/10 | 01/10 Online Payment 3688671277 To Homeequity Line 6707 | -354.14 | 22,442.73 |
| 01/10 | Chase Quickpay Electronic Transfer 3688629099 To Patricia Briscoe | -70.00 | 22,372.73 |
| 01/10 | Chase Quickpay Electronic Transfer 3688627777 To Patricia Briscoe | -60.00 | 22,312.73 |
| 01/10 | American Express ACH Pmt  W4828    Web ID: 2005032111 | -2,619.71 | 19,693.02 |
| 01/13 | ATM Withdrawal    01/13 125 Chatsworth Ave Larchmont NY Card 1050 | -200.00 | 19,493.02 |
| 01/13 | Oxford Health 2 Ebpp Pmt  Oxford    Web ID: 1222797560 | -1,651.91 | 17,841.11 |
| 01/13 | Bk of Amer Vi/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -1,549.00 | 16,292.11 |
| 01/13 | Bank of America  Online Pmt Ckf662913374POS Web ID: 9500000000 | -800.00 | 15,492.11 |
| 01/13 | Home Depot    Online Pmt 121273000737920 Web ID: Citictp | -713.74 | 14,778.37 |
| 01/13 | Hann    Loan Pmt 24412253885   Web ID: 1210397927 | -590.70 | 14,187.67 |
| 01/14 | 01/14 Payment To Chase Card Ending IN 8159 | -21.20 | 14,166.47 |
| 01/14 | 01/14 Online Payment 3694785613 To Mortgage 0680 | -3,153.75 | 11,012.72 |
| 01/14 | Chase Quickpay Electronic Transfer 3694779368 To Patricia Briscoe | -40.00 | 10,972.72 |
| 01/14 | American Express ACH Pmt  W7346    Web ID: 2005032111 | -4,005.86 | 6,966.86 |
| 01/14 | Comenity Pay Sb  Web Pymt  856373056414159 Web ID: 1133163498 | -718.61 | 6,248.25 |
| 01/14 | Bk of Amer Vi/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -325.45 | 5,922.80 |
| 01/14 | Bank of America  Online Pmt Ckf662913374POS Web ID: 9500000000 | -96.16 | 5,826.64 |
| 01/15 | Finpro USA Inc  Payroll    PPD ID: 9002214151 | 4,350.23 | 10,176.87 |
| 01/15 | Card Purchase    01/15 Starbucks #07278 Larchm Larchmont NY Card 1050 | -2.42 | 10,174.45 |
| 01/15 | American Express ACH Pmt  W6360    Web ID: 2005032111 | -1,192.40 | 8,982.05 |
| 01/15 | Capital One    Online Pmt 401539919391124 Web ID: 9279744991 | -879.72 | 8,102.33 |
|  | Ending Balance |  | $8,102.33 |

*money from Ron B for our monthly exp.*

*FINPRO MONTHLY SALARY 1/2014*

Page 3 of 6

**Exhibit I**

# RON'S INDIVIDUAL TD  BANK ACCOUNT
# PAYMENT TO JAANA AND RENO

## PAID TO JAANA

| | | |
|---|---|---|
| 01/01/2014 | $10,000.00 | PAID TO  JAANA |
| 05/15/2015 | $ 7,367.00 | PAID TO  JAANA |
| 01/20/2015 | $8,700.00 | PAID TO JAANA |
| 04/10/2017 | $4,000.00 | PAID TO JAANA |

**$30,067.00**

## RON PAID RENO

| | | |
|---|---|---|
| 05/12/2014 | $4,000.00 | PAID MONTI CONTRACTORS |
| 06/14/2014 | $2,200.00 | PAID MONTI CONTRACTORS |
| 12/02/2015 | $13,000.00 | PAID BILOTTA KITCHENS |
| 10/5/2016 | $5,000.00 | PAID MONTENEGRO ROOF |

**$24,200.00**

**$54,267.70**

**TD Bank**

America's Most Convenient Bank®

E

STATEMENT OF ACCOUNT

RONALD B COLANGELO

Page:                                    3 of    3
Statement Period:    Dec 26 2013–Jan 25 2014
Cust Ref #:              7920039497-631-E-***
Primary Account #:              792-0039497

#357        1/10      $10,000.00

**Bank**

America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

RONALD B COLANGELO

Page:                          4 of   4
Statement Period:    Apr 26 2015-May 25 2015
Cust Ref #:              7920039497-631-E-***
Primary Account #:



#367    4/27    $375.00

#372    5/18    $7,367.00

#373    5/21    $380.00

23-Jan-20

23Jan20-1096

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
**GROUP ID G23Jan20-1096**
Sequence number 009870700851  Posting date 17-Apr-17 Amount 4000.00



**TD Bank**

America's Most Convenient Bank®

E

STATEMENT OF ACCOUNT

RONALD B COLANGELO

Page:                                               4 of   4
Statement Period:      Jan 26 2015-Feb 25 2015
Cust Ref #:                7920039497-631-E-***
Primary Account #:

#365      2/03      $8,700.00



money for
vens

Account: ██████████
Amount: 8,700.00
PostDate: 20150203
Tran_ID: 570304511
CheckNum: 365
DIN: 570305051
ReturnReasonCode:

# TD Bank

**America's Most Convenient Bank®**

E   STATEMENT OF ACCOUNT

RONALD B COLANGELO

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Apr 26 2014-May 25 2014 |
| Cust Ref #: | 7920039497-631-E-*** |
| Primary Account #: | |

RONALD B. COLANGELO
66 WILSON DRIVE
NEW ROCHELLE, NY 10801

363

5/12/2014

Pay to the Order of  Monti Contractors  $ 4000 00

Four Thousand  Dollars

TD Bank
America's Most Convenient Bank®

0363

#363      5/13      $4,000.00

**TD Bank**

America's Most Convenient Bank®                    E           STATEMENT OF ACCOUNT

RONALD B COLANGELO

Page:                                    4 of   4
Statement Period:     May 26 2014-Jun 25 2014
Cust Ref #:            7920039497-631-E-***
Primary Account #:

#359        6/20        $2,200.00

**TD Bank**
America's Most Convenient Bank®

E         STATEMENT OF ACCOUNT

RONALD B COLANGELO

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Nov 26 2015-Dec 25 2015 |
| Cust Ref #: | 7920039497-631-E-*** |
| Primary Account #: | |



#265      12/22      $2,475.00

#326      12/07      $13,000.00



Account: ████
Amount: 13,000.00
PostDate: 20151207
Tran_ID: 573437881
CheckNum: 326
DIN: 573438271
ReturnReasonCode:

**TD Bank**

America's Most Convenient Bank®

E          STATEMENT OF ACCOUNT

RONALD B COLANGELO

Page:                                    4 of   4
Statement Period:    Sep 26 2016-Oct 25 2016
Cust Ref #:          7920039497-631-E-***
Primary Account #:



#267        10/18    $186.00



#328        10/13    $5,000.00

Exhibit J

# COLANGELO RISK MANAGEMENT PAYMENTS TO JAANA

01/01/2014        $3,000.00    PAID TO JAANA
12/20/2016        $24,000.00 PAID TO JAANA


**$27,000.00**

23-Jan-20                                                                23Jan20-1096

**THIS ITEM IS PART OF A STATEMENT RECONSTRUCTION**
GROUP ID G23Jan20-1096
Sequence number 006080890576  Posting date 30-Dec-16 Amount 24000.00

COLANGELO RISK MANAGEMENT INC.  10-10        1-2/210 466        1158
2525 PALMER AVE.
NEW ROCHELLE, NY  10801-4478        12/20/16

Pay to the order of A Colangelo        $ 24000 00

Twenty-four thousand        Dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

for Business

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

all check #53,937,81

**21-Jul-20**

**21Jul20-2818**

**THIS ITEM IS PART OF A SPECIFIC ITEM REQUEST
GROUP ID G21Jul20-2818**
Sequence number 004790395636  Posting date 10-Jan-14 Amount 3000.00

**COLANGELO RISK MANAGEMENT INC.** 10-10
2525 PALMER AVE.
NEW ROCHELLE, NY 10801-4478

1279

Date 1/1/14

Pay to the order of _Juane Clengly_                    $ 3000 00

_Three Thousand_                                        dollars

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

for _Brenen_

FOR DEPOSIT ONLY

ENDORSE HERE

# Exhibit K

# RON'S COLANGELO RISK TD BUSINESS BANK CHECKS PAID TO CONTRACTORS ACCT #3733
## RENO
## CHECKS CONTRACTORS

9/1/2015      $4,000.00  CONTACTOR DIPIETRO
9/1/2015      $1,500.00  CONTRACTOR DIPIETRO
9/23/2015     $65.00 FLOORING
8/21/2015     $5,000.00 CONTRACTOR  DIPIETRO
12/04/2015  $12,859.00 BILOTTA KITCHENS
12/10/2015  $9,859.68 LIBERTS ROYAL GREEN
12/15/2015  $1,275.00 ALEXANDER EJLLI
12/11/2015  $1,275.00  ALEXANDER EJLLI
11/19/2015   $520.00  AC VENTING
05/7/2016    $4,000.00 MONTI CONTRACTING
05/17/2016  $3,000.00 MONTI CONTRACTING
11/11/2016  $1,000.00 MONTENEGRO ROOF
03/10/2016  $19,000.00 PREMIER FLOORING
04/10/2016  $5,000.00 MONTI CONTRACTOR
10/15/2018  $3,365.00  TO JAANA
12/06/2018   $5645.00 TO JAANA


$77,363.68

 **Bank**

America's Most Convenient Bank®

E   STATEMENT OF ACCOUNT

COLANGELO RISK MANAGEMENT INC
TRUST ACCOUNT

Page:                                    3 of   3
Statement Period:    Aug 01 2015–Aug 31 2015
Cust Ref #:                    4302133733-717-E-***
Primary Account #:

#131    8/10    $799.00

#152    8/25    $5,000.00

#190    8/12    $2,398.48

#191    8/12    $1,371.83

#193    8/06    $6,495.00

#195    8/11    $1,709.00

 **Bank**

America's Most Convenient Bank®

E          STATEMENT OF ACCOUNT

COLANGELO RISK MANAGEMENT INC
TRUST ACCOUNT

Page:                              3 of   3
Statement Period:     Sep 01 2015–Sep 30 2015
Cust Ref #:                4302133733-717-E-***
Primary Account #:

#104      9/22      $65.00

#153      9/02      $4,000.00

#154      9/28      $1,500.00

 **Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

COLANGELO RISK MANAGEMENT INC
TRUST ACCOUNT

Page:                                3 of   3
Statement Period:    Dec 01 2015-Dec 31 2015
Cust Ref #:              4302133733-717-E-***
Primary Account #:

#107    12/01    $2,391.75

#108    12/02    $9,116.57

#109    12/11    $9,859.68

#109    12/22    $9,859.68

#157    12/11    $12,859.00

#161    12/14    $1,275.00

#162    12/18    $1,275.00

#196    12/01    $520.00

# TD Bank

**America's Most Convenient Bank®**

E   STATEMENT OF ACCOUNT

COLANGELO RISK MANAGEMENT INC
TRUST ACCOUNT

Page:                                    4 of   4
Statement Period:   Mar 01 2016-Mar 31 2016
Cust Ref #:              4302133733-717-E-***
Primary Account #:



#134    3/25    $25.00

#135    3/22    $13,061.05

#136    3/22    $1,497.35

#158    3/14    $2,497.34

#163    3/11    $19,000.00

#164    3/31    $204.00

# TD Bank

America's Most Convenient Bank®

E      STATEMENT OF ACCOUNT

COLANGELO RISK MANAGEMENT INC
TRUST ACCOUNT

Page:                                3 of   3
Statement Period:   Apr 01 2016-Apr 30 2016
Cust Ref #:              4302133733-717-E-***
Primary Account #:



#133      4/12     $2,850.00

#165      4/19     $389.90

#168      4/15     $14,369.40



#160      4/12     $244.26

#167      4/19     $5,000.00

**TD Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

COLANGELO RISK MANAGEMENT INC
TRUST ACCOUNT

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | May 01 2016-May 31 2016 |
| Cust Ref #: | 4302133733-717-E-*** |
| Primary Account #: | |

#110    5/11    $4,000.00

#169    5/19    $3,000.00

## TD Bank
**America's Most Convenient Bank®**

E          STATEMENT OF ACCOUNT

COLANGELO RISK MANAGEMENT INC
TRUST ACCOUNT

Page:                            3 of   3
Statement Period:    Nov 01 2016-Nov 30 2016
Cust Ref #:              4302133733-717-E-***
Primary Account #:



#137      11/07   $2,787.73

#138      11/14   $1,000.00

# Bank

### America's Most Convenient Bank®

COLANGELO RISK MANAGEMENT INC
TRUST ACCOUNT

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Dec 01 2018-Dec 31 2018 |
| Cust Ref #: | 4302133733-717-E-*** |
| Primary Account #: | |



#272          12/06          $5,645.00

#273          12/07          $195.00



#274          12/07          $160.00

**Exhibit L**

## BLACKLABRADOR.COM BUSINESS ACCOUNT CHECKS
## PAID TO JAANA AND RENO

| | | |
|---|---|---|
| 01/10/2014 | $11,000.00 | CHECK PAID TO JAANA |
| 03/24/14 | $4,677.50 | CHECK PAID TO JAANA |
| 01/12/2015 | $12,000.00 | CHECK PAID TO JAANA |
| 06/10/2016 | $5,000.00 | PAID TO MONTI CONTRACTING |
| 10/13/2016 | $7,000,00 | MONETRGRA ROOFING |
| 12/22/2017 | $12,000.00 | CHECK PAID TO JAANA |
| 03/26/2018 | $8,341.00 | CHECK PAID TO JAANA |
| 04/06/2018 | $4,877.00 | CHECK PAID TO JAANA |
| 01/09/2018 | $9,000.00 | CHECK PAID TO JAANA |

**$75,242.61**



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1085 ^ | | 01/09 | $11,000.00 |
| 1086 ^ | | 01/12 | 290.00 |
| **Total Checks Paid** | | | **$11,290.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Card Purchase          12/29 The Source At White P White Plains NY Card 0169 | $3.00 |
| 01/02 | Card Purchase          12/30 Red Mango Larchmont 247 Larchmont NY Card 0169 | 4.54 |
| 01/24 | Card Purchase          01/23 Sq *Green Life Mamaroneck NY Card 0169 | 8.59 |
| 01/26 | Card Purchase          01/25 Panera Bread #204361 White Plains NY Card 0169 | 13.20 |
| 01/26 | Card Purchase          01/25 Dunkin #351044 Q35 Scarsdale NY Card 0169 | 2.48 |
| 01/29 | Card Purchase With Pin  01/29 Walgreens Store 1333 B Larchmont NY Card 0169 | 9.66 |
| **Total ATM & Debit Card Withdrawals** | | **$41.47** |

## ATM & DEBIT CARD SUMMARY

Ronald Colangelo  Card 0169

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $41.47 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $41.47 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/16 | Paypal        Inst Xfer  Vineyardvin      Web ID: Paypalsi77 | $35.29 |
| 01/31 | Paypal        Inst Xfer  Friendsread      Web ID: Paypalsi77 | 20.00 |
| 01/31 | Paypal        Inst Xfer  US.Moo.Com       Web ID: Paypalsi77 | 16.49 |
| **Total Electronic Withdrawals** | | **$71.78** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/02 | $16,993.55 |
| 01/09 | 5,993.55 |
| 01/12 | 5,703.55 |
| 01/16 | 5,668.26 |
| 01/24 | 5,659.67 |
| 01/26 | 5,643.99 |
| 01/29 | 5,634.33 |
| 01/31 | 5,597.84 |



CHASE 🔾

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

March 31, 2018 through April 30, 2018

Account Number: ███████ 0145

00262678 DRE 802 219 12118 NNNNNNNNNNN  1 000000000 64 0000

BLACKLABRADOR COM
66 WILSON DR
NEW ROCHELLE NY 10801-4648

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



## CHECKING SUMMARY

Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$12,766.62** |
| Deposits and Additions | 2 | 20,015.60 |
| Checks Paid | 2 | -19,877.00 |
| ATM & Debit Card Withdrawals | 4 | -168.06 |
| Electronic Withdrawals | 5 | -4,346.52 |
| **Ending Balance** | **13** | **$8,390.64** |

Your monthly service fee was waived because you maintained an average checking balance of $7,500 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/23 | Online Transfer From Chk ...0825 Transaction#: 7087479980 | $19,950.39 |
| 04/25 | Online Transfer From Chk ...0825 Transaction#: 7092690625 | 65.21 |
| **Total Deposits and Additions** | | **$20,015.60** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1003  ^ | | 04/24 | $15,000.00 |
| 1090  * ^ | | 04/06 | 4,877.00 |
| **Total Checks Paid** | | | **$19,877.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



March 01, 2018 through March 30, 2018

Account Number: ███████ 0145

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/12 | Quickpay With Zelle Payment From Jaana Colangelo 6974195887 | $262.50 |
| **Total Deposits and Additions** | | **$262.50** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1080  ^ | | 03/09 | $250.00 |
| 1081  ^ | | 03/09 | 200.00 |
| 1087  * ^ | | 03/12 | 262.00 |
| 1088  ^ | | 03/26 | 8,341.00 |
| **Total Checks Paid** | | | **$9,053.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 03/06 | Card Purchase | 03/05 Sq *Green Life Mamaroneck NY Card 0169 | $11.27 |
| 03/15 | Card Purchase | 03/13 Lefteris Gyro Two Mount Kisco NY Card 0169 | 19.55 |
| 03/19 | Card Purchase | 03/16 Tommy K's Fitness II Mamaroneck NY Card 0169 | 44.99 |
| 03/20 | Card Purchase | 03/13 Logoup.Com 561-2411122 FL Card 0169 | 141.87 |
| 03/30 | ATM Withdrawal | 03/30 125 Chatsworth Ave Larchmont NY Card 0169 | 100.00 |
| **Total ATM & Debit Card Withdrawals** | | | **$317.68** |

## ATM & DEBIT CARD SUMMARY

Ronald Colangelo  Card 0169

| | |
|---|---|
| Total ATM Withdrawals & Debits | $100.00 |
| Total Card Purchases | $217.68 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $100.00 |
| Total Card Purchases | $217.68 |
| Total Card Deposits & Credits | $0.00 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 03/06 | $21,863.53 |
| 03/09 | 21,413.53 |
| 03/12 | 21,414.03 |
| 03/15 | 21,394.48 |
| 03/19 | 21,349.49 |
| 03/20 | 21,207.62 |
| 03/26 | 12,866.62 |
| 03/30 | 12,766.62 |

# CHASE ○

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

December 01, 2017 through December 29, 2017

Account Number: ████████0145



00242481 DRE 802 219 36417 NNNNNNNNNNN  1 000000000 64 0000

BLACKLABRADOR COM
66 WILSON DR
NEW ROCHELLE NY 10801-4648

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY | Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$28,678.34** |
| Deposits and Additions | 3 | 851.08 |
| Checks Paid | 1 | -12,000.00 |
| ATM & Debit Card Withdrawals | 9 | -415.83 |
| Electronic Withdrawals | 6 | -112.50 |
| **Ending Balance** | **19** | **$17,001.09** |

*paid to Jaana* (handwritten)

Your monthly service fee was waived because you maintained an average checking balance of $7,500 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | Quickpay With Zelle Payment From Jaana Colangelo 6736455888 | $700.00 |
| 12/14 | Card Purchase Return    12/13 Dick's Sporting Goods White Plains NY Card 0169 | 26.08 |
| 12/19 | Quickpay With Zelle Payment From Jaana Colangelo 6757402650 | 125.00 |
| **Total Deposits and Additions** | | **$851.08** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1084  ^ | | 12/22 | $12,000.00 |
| **Total Checks Paid** | | | **$12,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

**22-Jul-20**                                                                                   **21Jul20-2819**

**THIS ITEM IS PART OF A SPECIFIC ITEM REQUEST
GROUP ID G21Jul20-2819**
Sequence number 002290170578  Posting date 15-Jun-16 Amount 5000.00



**22-Jul-20**

**21Jul20-2819**

**THIS ITEM IS PART OF A SPECIFIC ITEM REQUEST
GROUP ID G21Jul20-2819**
Sequence number 001390727869  Posting date 12-Jan-15 Amount 12000.00

BLACKLABRADOR COM   10-10
66 WILSON DR.
NEW ROCHELLE, NY   10801

1-2
210  3555

1064

Pay to the order of _Aasna Colorful_ _____ $ 12000 00/xx

_Twelve Thousand_ _____ dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

For DEPOSIT only



**CHASE** ⚙

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

January 01, 2015 through January 30, 2015
Account Number: ████████ **0145**

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



00078682 DRE 802 143 03115 NNNNNNNNNNN T 1 000000000 64 0000

BLACKLABRADOR COM
66 WILSON DR
NEW ROCHELLE NY 10801-4648



---

## CHECKING SUMMARY | Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$18,563.81** |
| Checks Paid | 1 | - 12,000.00 |
| ATM & Debit Card Withdrawals | 10 | - 256.60 |
| **Ending Balance** | **11** | **$6,307.21** |

Your monthly service fee was waived because you maintained an average checking balance of $7,500 or more during the statement period.

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1064  ^ | | 01/12 | $12,000.00 |
| **Total Checks Paid** | | | **$12,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05 | Card Purchase With Pin  01/05 Marshalls Marshalls New Rochelle NY Card 9816 | $20.55 |
| 01/07 | Card Purchase      01/05 Andy's Pure Food Rye NY Card 9816 | 8.95 |
| 01/08 | Card Purchase      01/06 Mcdonald's F506 Mamaroneck NY Card 9816 | 2.57 |
| 01/08 | Card Purchase      01/07 Esys Kafe Mamaroneck NY Card 9816 | 12.77 |
| 01/13 | Card Purchase      01/12 Nordstrom Direct #080 888-282-6060 IA Card 9816 | 122.45 |
| 01/20 | Card Purchase      01/17 Andy's Pure Food Rye NY Card 9816 | 11.45 |
| 01/22 | Card Purchase      01/21 Park 143 Bistro Bronxville NY Card 9816 | 42.21 |

 **CHASE**

January 01, 2014 through January 31, 2014

Account Number: ▇▇▇▇0145

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1033  ^ | | 01/10 | $11,000.00 |
| **Total Checks Paid** | | | **$11,000.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.   *Joan*

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/09 | Card Purchase  01/08 Dunkin #300485    Q35 Larchmont NY Card 9816 | $2.14 |
| 01/21 | Card Purchase  01/19 Livingsocial* 202-695-8945 DC Card 9816 | 45.00 |
| 01/22 | Card Purchase  01/22 Starbucks #07278 Larchm Larchmont NY Card 9816 | 2.09 |
| 01/22 | Card Purchase With Pin  01/22 Shoprite New Rchell S New Rochelle NY Card 9816 | 7.07 |
| 01/24 | Card Purchase  01/23 Sfi*Photosbyshutterfl 800-986-1065 CA Card 9816 | 10.78 |
| 01/24 | Card Purchase With Pin  01/24 Cvs 01949 Larchmont NY Card 9816 | 101.34 |
| 01/29 | Card Purchase  01/28 Starbucks #00813 Rye Rye NY Card 9816 | 2.09 |
| 01/30 | Card Purchase  01/29 Dunkin #330367    Q3 New Rochelle NY Card 9816 | 2.16 |
| 01/31 | Card Purchase  01/29 Paybbrhelp.Com 661-705-5055 FL Card 9816 | 1.35 |
| **Total ATM & Debit Card Withdrawals** | | **$174.02** |

## ATM & DEBIT CARD SUMMARY

Ronald Colangelo  Card 9816

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $174.02 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $174.02 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/13 | 01/13 Online Transfer To Chk ...0825 Transaction#: 3693664881 | $5,000.00 |
| **Total Electronic Withdrawals** | | **$5,000.00** |

# CHASE 🔾

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

March 01, 2014 through March 31, 2014
Account Number: ███████0145

|..||||...|.|.||....||.|.|.|||....|..||.|.||...||...||..|

00075183 DRE 802 143 09114 NNNNNNNNNNN T 1 000000000 64 0000

BLACKLABRADOR COM
66 WILSON DR
NEW ROCHELLE NY 10801-4648



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY | Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$8,713.89** |
| Deposits and Additions | 1 | 21,900.00 |
| Checks Paid | 1 | - 4,677.50 |
| ATM & Debit Card Withdrawals | 8 | - 99.69 |
| **Ending Balance** | **10** | **$25,836.70** |

Your monthly service fee was waived because you maintained an average checking balance of $7,500 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | Online Transfer From Chk ...0825 Transaction#: 3811094432 | $21,900.00 |
| **Total Deposits and Additions** | | **$21,900.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1001   ^ | | 03/24 | $4,677.50 |
| **Total Checks Paid** | | | **$4,677.50** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

# Exhibit M

# JAANA'S PERSONAL CHASE ACCT END #3765 PAYMENTS TO PERSONAL AMEX ACCT FROM 2014- 2017

| | | |
|---|---|---|
| 12/14 -1/15 | 2014 | $7,817.97 |
| 01/16- 2/16 | 2014 | $3,205.65 |
| 08/15 -9/15 | 2014 | $1,945.79 |
| 09/16-10/15 | 2014 | $1,234.53 |
| 10/16- 11/17 | 2014 | $3,211.72 |
| 12/13-1/15 | 2015 | $330.00 |
| 01/16-2/13 | 2015 | $4,978.57 |
| 03/14-4/14 | 2015 | $61.21 |
| 04/15-5/14 | 2015 | $564.59 |
| 05/15-6/12 | 2015 | $5,442.79 |
| 7/15/-08/14 | 2015 | $8,248.70 |
| 08/15-9/15 | 2015 | $3,742.64 |
| 09/16-10/15 | 2015 | $5,930.78 |
| 10/16-11/16 | 2015 | $2,625.00 |
| 11/17-12/14 | 2015 | $4,901.00 |
| 12/15-01/15 | 2016 | $4,963.00 |
| 01/16-02/12 | 2016 | $1,611.00 |
| 02/13-03/14 | 2016 | $2,897.00 |
| 03/15-04/14 | 2016 | $6,378.00 |
| 04/15-05/13 | 2016 | $1,004.00 |
| 05/14-06/14 | 2016 | $8,354.00 |
| 06/15-07/15 | 2016 | $729.00 |

08/16-09/12   2016   $2,712.00
09/16/-10/17 2016   $1,161.00
11/15-12/14   2016   $3,924.00
12/15-01/17   2017   $25,292.00
01/18-02/14   2017   $46,660.00
02/15-03/14   2017   $17,763.00
03/15-04/14   2017   $7,869.00
04/15-05/12   2017   $6,121.00
06/15-07/17   2017   $4,532.00
07/18-08/14   2017   $7,853.00
08/15-09/15   2017   $18,882.00
09/16-10/16   2017   $9,691.00
10/17-11/14   2017   $4,831.00
11/15-12/14   2017   $16,703.00
12/15-01/16   2018   $20,928.00

## 2014 THRU 2017 TOTAL PAYMENTS FROM PERSONAL CHASE TO AMEX $275,098.94

22Jan20-2499

22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

## CHASE ◉

May 15, 2015 through June 12, 2015
Primary Account ███████████ 3765

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $2,274.66 |
| 05/15 | Finpro USA Inc   Payroll          PPD ID. 9002214151 | 4,200.45 | 6,475.11 |
| 05/15 | Chase Quickpay Electronic Transfer 4628838225 To Angelo | - 10.00 | 6,465.11 |
| 05/15 | 05/15 Payment To Chase Card Ending IN 3842 | - 1,098.87 | 5,366.24 |
| 05/15 | Chase Quickpay Electronic Transfer 4630934117 To Angelo | - 464.00 | 4,902.24 |
| 05/15 | ATM Withdrawal      05/15 125 Chatsworth Ave Larchmont NY Card 1050 | - 500.00 | 4,402.24 |
| 05/15 | American Express ACH Pmt   W4588        Web ID: 2005032111 | - 1,378.52 | 3,023.72 |
| 05/18 | ATM Check Deposit     05/16 125 Chatsworth Ave Larchmont NY Card 1050 | 7,367.00 | 10,390.72 |
| 05/18 | Card Purchase       05/16 Starbucks #07278 Larchm Larchmont NY Card 1050 | - 31.91 | 10,358.81 |
| 05/18 | 05/18 Online Payment 4637049001 To Mario Miceli | - 235.00 | 10,123.81 |
| 05/18 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | - 500.00 | 9,623.81 |
| 05/18 | Capital One    Online Pmt 513639919215783 Web ID: 9279744991 | - 59.52 | 9,564.29 |
| 05/19 | 05/19 Payment To Chase Card Ending IN 3842 | - 555.27 | 9,009.02 |
| 05/19 | American Express ACH Pmt   W0574        Web ID. 2005032111 | - 3,927.79 | 5,081.23 |
| 05/21 | Finpro USA Inc   ACH Pmt         PPD ID. 9200502235 | 3,945.67 | 9,026.90 |
| 05/21 | 05/21 Payment To Chase Card Ending IN 3842 | - 816.82 | 8,210.08 |
| 05/21 | ATM Withdrawal      05/21 125 Chatsworth Ave Larchmont NY Card 1050 | - 400.00 | 7,810.08 |
| 05/21 | American Express ACH Pmt   W9522        Web ID: 2005032111 | - 3,585.35 | 4,224.73 |
| 05/21 | Paypal      Echeck    Framingtini   Web ID: Paypalec88 | - 2,000.00 | 2,224.73 |
| 05/21 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | - 500.00 | 1,724.73 |
| 05/22 | Check           # 902 | - 200.00 | 1,524.73 |
| 05/22 | Comenity Pay Sb Web Pymt  856373033774451 Web ID: 1133163498 | - 154.73 | 1,370.00 |
| 05/26 | Finpro USA Inc   ACH Pmt         PPD ID. 9200502235 | 2,967.98 | 4,337.98 |
| 05/26 | 05/23 Payment To Chase Card Ending IN 3842 | - 465.11 | 3,872.87 |
| 05/26 | ATM Withdrawal      05/23 125 Chatsworth Ave Larchmont NY Card 1050 | 400.00 | 3,472.87 |
| 05/26 | Chase Quickpay Electronic Transfer 4643150699 To Angelo | - 348.00 | 3,124.87 |
| 05/26 | Chase Quickpay Electronic Transfer 4643148709 To Angelo | - 290.00 | 2,834.87 |
| 05/28 | ATM Check Deposit     05/28 125 Chatsworth Ave Larchmont NY Card 1050 | 2,836.97 | 5,671.84 |
| 05/28 | Card Purchase With Pin  05/28 Balducci's #314 Scarsdale NY Card 1050 | - 253.36 | 5,418.48 |
| 05/29 | Card Purchase With Pin  05/29 Balducci's #314 Scarsdale NY Card 1050 | - 11.00 | 5,407.48 |
| 05/29 | Capital One    Online Pmt 514939919341870 Web ID: 9279744991 | - 1,000.00 | 4,407.48 |
| 06/01 | Card Purchase      05/30 IN *Clutch Handbags & 914-3151434 NY Card 1050 | - 85.80 | 4,321.68 |
| 06/01 | ATM Withdrawal      05/30 125 Chatsworth Ave Larchmont NY Card 1050 | - 300.00 | 4,021.68 |
| 06/01 | 05/31 Payment To Chase Card Ending IN 3842 | - 1,448.52 | 2,573.16 |
| 06/01 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | - 1,000.00 | 1,573.16 |
| 06/04 | Chase Quickpay Electronic Transfer 4671863061 To Patricia Briscoe | 250.00 | 1,323.16 |
| 06/05 | Finpro USA Inc   ACH Pmt         PPD ID: 9200502235 | 4,936.90 | 6,260.06 |
| 06/05 | 06/05 Payment To Chase Card Ending IN 3842 | - 771.23 | 5,488.83 |
| 06/05 | ATM Withdrawal      06/05 125 Chatsworth Ave Larchmont NY Card 1050 | - 500.00 | 4,988.83 |
| 06/05 | Card Purchase With Pin  06/05 Village Paint S/2084 B Larchmont NY Card 1050 | - 67.15 | 4,921.68 |
| 06/05 | Card Purchase With Pin  06/05 Stop & Shop 0529 New Rochelle NY Card 1050 | - 93.03 | 4,828.65 |

22-Jan-20

22Jan20-2499

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

 **CHASE**

May 15, 2015 through June 12, 2015
Primary Account ▮▮▮765

## TRANSACTION DETAIL  (continued)

| DATE | DESCRIPTION | | AMOUNT | BALANCE |
|---|---|---|---|---|
| 06/08 | Card Purchase | 06/05 Dunkin #330367    Q3 New Rochelle NY Card 1050 | - 36.39 | 4,792.26 |
| 06/08 | Card Purchase | 06/05 Sq *Estelle Gourmet Larchmont NY Card 1050 | - 30.07 | 4,762.19 |
| 06/08 | Card Purchase | 06/05 Yamafuji Steakhouse IN Larchmont NY Card 1050 | - 180.20 | 4,581.99 |
| 06/08 | American Express ACH Pmt    W6562    Web ID: 2005032111 | | - 787.09 | 3,794.90 |
| 06/08 | American Express ACH Pmt    W6026    Web ID: 2005032111 | | - 728.93 | 3,065.97 |
| 06/09 | Chase Quickpay Electronic Transfer 4681778408 To Patricia Briscoe | | - 70.00 | 2,995.97 |
| 06/09 | Chase Quickpay Electronic Transfer 4681779464 To Patricia Briscoe | | - 160.00 | 2,835.97 |
| 06/09 | Oxford Health 2 Ebpp Pmt  Oxford    Web ID: 1222797560 | | - 1,945.98 | 889.99 |
| 06/10 | Card Purchase | 06/04 Leonardo's Larchmont NY Card 1050 | - 85.00 | 804.99 |
| 06/10 | ATM Withdrawal | 06/10 125 Chatsworth Ave Larchmont NY Card 1050 | - 200.00 | 604.99 |
| 06/10 | Card Purchase With Pin  06/10 Ann Taylor #387 Larchmont NY Card 1050 | | - 221.50 | 383.49 |
| 06/11 | Card Purchase | 06/10 Starbucks #07278 Larchm Larchmont NY Card 1050 | - 8.00 | 375.49 |
| 06/11 | Card Purchase | 06/10 Lusardis Larchmont Palm Larchmont NY Card 1050 | - 100.00 | 275.49 |
| 06/11 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | | - 138.00 | 137.49 |
| 06/12 | ODP Transfer From CR Card ***********8159 | | 200.00 | 337.49 |
| 06/12 | ATM Withdrawal | 06/12 125 Chatsworth Ave Larchmont NY Card 1050 | - 300.00 | 37.49 |
| 06/12 | ODP Transfer Fee | | - 10.00 | 27.49 |
| | **Ending Balance** | | | **$27.49** |

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

| | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $.00 | $34.00 |
| Total Returned Item Fees | $.00 | $.00 |

* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

22Jan20-2499

**CHASE** 🔵

May 14, 2016 through June 14, 2016
Primary Account ████████ 8765

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 05/31 | Chase Quickpay Electronic Transfer 5425739518 To Rosa | - 140.00 | 8,061.91 |
| 05/31 | Chase Quickpay Electronic Transfer 5418469474 To Debbie Briscoe | - 40.00 | 8,021.91 |
| 05/31 | ATM Withdrawal    05/31 125 Chatsworth Ave Larchmont NY Card 1582 | - 500.00 | 7,521.91 |
| 05/31 | Chase Quickpay Electronic Transfer 5427843163 To Rosa | - 30.00 | 7,491.91 |
| 05/31 | Chase Quickpay Electronic Transfer 5429349461 To Marie Powell | - 50.00 | 7,441.91 |
| 05/31 | Oxford Health 2 Ebpp Pmt  Oxford    Web ID: 1222797560 | - 2,069.30 | 5,372.61 |
| 06/01 | Chase Quickpay Electronic Transfer 5429784581 To Debbie Briscoe | - 100.00 | 5,272.61 |
| 06/01 | Chase Quickpay Electronic Transfer 5430722066 To Rosa | - 30.00 | 5,242.61 |
| 06/01 | Chase Quickpay Electronic Transfer 5433165070 To Marie Powell | - 100.00 | 5,142.61 |
| 06/01 | Chase Quickpay Electronic Transfer 5433229727 To Debbie Briscoe | - 150.00 | 4,992.61 |
| 06/02 | 06/02 Payment To Chase Card Ending IN 3842 | - 304.29 | 4,688.32 |
| 06/02 | 06/02 Online Payment 5434805803 To Auto Lease 0462 | - 200.00 | 4,488.32 |
| 06/02 | Chase Quickpay Electronic Transfer 5434330441 To Rosa | - 30.00 | 4,458.32 |
| 06/02 | 06/02 Online Transfer To Sav ...4761 Transaction#: 5435487177 | - 100.00 | 4,358.32 |
| 06/02 | 06/02 Online Transfer To Sav ...4852 Transaction#: 5435487923 | - 100.00 | 4,258.32 |
| 06/02 | 06/02 Online Transfer To Sav ...4779 Transaction#: 5435488642 | - 100.00 | 4,158.32 |
| 06/02 | 06/02 Online Transfer To Sav ...4753 Transaction#: 5435489369 | - 100.00 | 4,058.32 |
| 06/02 | 06/02 Online Payment 5435492933 To Homeequity Line 6707 | - 302.67 | 3,755.65 |
| 06/02 | 06/02 Online Payment 5435494666 To Auto Lease 0462 | - 200.00 | 3,555.65 |
| 06/02 | Chase Quickpay Electronic Transfer 5436078260 To Marie Powell | - 50.00 | 3,505.65 |
| 06/03 | Finpro USA Inc  ACH Pmt    PPD ID: 9200502235 | 9,367.89 | 12,873.54 |
| 06/03 | Chase Quickpay Electronic Transfer 5436135513 To Debbie Briscoe | - 65.00 | 12,808.54 |
| 06/03 | Chase Quickpay Electronic Transfer 5437569591 To Yolanda Lopez | - 140.00 | 12,668.54 |
| 06/03 | 06/03 Online Payment 5437702551 To Auto Lease 0462 | - 200.00 | 12,468.54 |
| 06/03 | Chase Quickpay Electronic Transfer 5438803436 To Rosa | - 160.00 | 12,308.54 |
| 06/03 | Paypal    Inst Xfer  Blacklabrad    Web ID: Paypalsi77 | - 1,000.00 | 11,308.54 |
| 06/03 | Paypal    Inst Xfer  Blacklabrad    Web ID: Paypalsi77 | - 1,000.00 | 10,308.54 |
| 06/03 | Spng Fin Web Pay Loan W-Pay 350521557068   Web ID: 1350416090 | - 1,000.00 | 9,308.54 |
| 06/06 | Chase Quickpay Electronic Transfer 5439694896 To Marie Powell | - 75.00 | 9,233.54 |
| 06/06 | Chase Quickpay Electronic Transfer 5440493173 To Debbie Briscoe | - 50.00 | 9,183.54 |
| 06/06 | Chase Quickpay Electronic Transfer 5441504387 To Rosa | - 120.00 | 9,063.54 |
| 06/06 | 06/05 Payment To Chase Card Ending IN 3842 | - 179.20 | 8,884.34 |
| 06/06 | Chase Quickpay Electronic Transfer 5442824731 To Rosa | - 100.00 | 8,784.34 |
| 06/06 | 06/06 Online Payment 5443464701 To Auto Lease 0462 | - 200.00 | 8,584.34 |
| 06/06 | Chase Quickpay Electronic Transfer 5443619889 To Yolanda Lopez | - 140.00 | 8,444.34 |
| 06/06 | Chase Quickpay Electronic Transfer 5443714242 To Rosa | - 80.00 | 8,364.34 |
| 06/06 | Chase Quickpay Electronic Transfer 5445086363 To Marie Powell | - 50.00 | 8,314.34 |
| 06/06 | American Express ACH Pmt  M9062    Web ID: 2005032111 | - 1,914.87 | 6,399.47 |
| 06/06 | American Express ACH Pmt  W3274    Web ID: 2005032111 | - 1,104.62 | 5,294.85 |
| 06/06 | American Express ACH Pmt  M4746    Web ID: 2005032111 | - 1,000.00 | 4,294.85 |
| 06/07 | Chase Quickpay Electronic Transfer 5446436733 To Rosa | - 80.00 | 4,214.85 |
| 06/07 | Chase Quickpay Electronic Transfer 5447208915 To Marie Powell | - 50.00 | 4,164.85 |
| 06/08 | Chase Quickpay Electronic Transfer 5448072557 To Rosa | - 50.00 | 4,114.85 |
| 06/08 | American Express ACH Pmt  M5502    Web ID: 2005032111 | - 644.83 | 3,470.02 |
| 06/09 | 06/09 Online Payment 5449916217 To Auto Lease 0462 | - 200.00 | 3,270.02 |
| 06/09 | Chase Quickpay Electronic Transfer 5449419427 To Rosa | - 180.00 | 3,090.02 |
| 06/09 | Chase Quickpay Electronic Transfer 5450253754 To Rosa | - 60.00 | 3,030.02 |
| 06/09 | ATM Withdrawal    06/09 125 Chatsworth Ave Larchmont NY Card 1582 | - 500.00 | 2,530.02 |

Page 4 of 8

*Rent 0, deposits*

*office related exp. Stamford office getting ready to move*

22-Jan-20                                                                    22Jan20-2499

## CHASE 🟠



June 15, 2016 through July 15, 2016

Primary Account: ▉▉▉▉▉3765

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 06/21 | Chase Quickpay Electronic Transfer 5476111901 To Rosa | - 40.00 | 3,733.93 |
| 06/21 | Comenity Pay Sb  Web Pymt  P16171021219842 Web ID: 1133163498 | - 567.00 | 3,166.93 |
| 06/22 | 06/22 Online Payment 5477067573 To Auto Lease 0462 | - 200.00 | 2,966.93 |
| 06/22 | 06/22 Online Payment 5477071596 To Homeequity Line 6707 | - 200.00 | 2,766.93 |
| 06/22 | Chase Quickpay Electronic Transfer 5477184793 To Liliam | - 46.25 | 2,720.68 |
| 06/22 | Chase Quickpay Electronic Transfer 5476538641 To Rosa | - 120.00 | 2,600.68 |
| 06/22 | Chase Quickpay Electronic Transfer 5453248722 To Ronald Colangelo | - 300.00 | 2,300.68 |
| 06/22 | Chase Quickpay Electronic Transfer 5478027086 To Rosa | - 40.00 | 2,260.68 |
| 06/22 | Chase Quickpay Electronic Transfer 5478716459 To Rosa | - 100.00 | 2,160.68 |
| 06/23 | Finpro USA Inc  ACH Pmt          PPD ID: 9200502235 | 9,378.89 | 11,539.57 |
| 06/23 | 06/23 Online Payment 5479444883 To Mortgage 0680 | - 1,780.60 | 9,758.97 |
| 06/23 | 06/23 Online Payment 5480012898 To Auto Lease 0462 | - 200.00 | 9,558.97 |
| 06/23 | Chase Quickpay Electronic Transfer 5479657160 To Marie Powell | - 50.00 | 9,508.97 |
| 06/23 | Capital One    Online Pmt 617539919223512 Web ID: 9279744991 | - 2,820.99 | 6,687.98 |
| 06/24 | 06/24 Payment To Chase Card Ending IN 3842 | - 134.80 | 6,553.18 |
| 06/24 | Chase Quickpay Electronic Transfer 5481748119 To Liliam | - 200.00 | 6,353.18 |
| 06/24 | Chase Quickpay Electronic Transfer 5481751696 To Liliam | - 200.00 | 6,153.18 |
| 06/24 | Chase Quickpay Electronic Transfer 5482464503 To Yolanda Lopez | - 140.00 | 6,013.18 |
| 06/24 | Spng Fin Web Pay Loan W-Pay 350521557068    Web ID: 1350416090 | - 1,000.00 | 5,013.18 |
| 06/24 | American Express ACH Pmt   W5146        Web ID: 2005032111 | - 497.98 | 4,515.20 |
| 06/24 | American Express ACH Pmt   W5634        Web ID: 2005032111 | - 232.73 | 4,282.47 |
| 06/27 | Chase Quickpay Electronic Transfer 5484124765 To Rosa | - 110.00 | 4,172.47 |
| 06/27 | ATM Withdrawal       06/25 125 Chatsworth Ave Larchmont NY Card 1582 | - 500.00 | 3,672.47 |
| 06/27 | 06/27 Online Payment 5487480638 To Mario Miceli | - 2,250.00 | 1,422.47 |
| 06/27 | Chase Quickpay Electronic Transfer 5487486475 To Yolanda Lopez | - 140.00 | 1,282.47 |
| 06/27 | Chase Quickpay Electronic Transfer 5487969025 To Laurence | - 250.00 | 1,032.47 |
| 06/28 | Chase Quickpay Electronic Transfer 5489838111 To Marie Powell | - 75.00 | 957.47 |
| 06/29 | Finpro USA Inc  ACH Pmt          PPD ID: 9200502235 | 1,934.78 | 2,892.25 |
| 06/29 | Finpro USA Inc  ACH Pmt          PPD ID: 9200502235 | 714.96 | 3,607.21 |
| 06/30 | Chase Quickpay Electronic Transfer 5494374451 To Liliam | - 200.00 | 3,407.21 |
| 06/30 | Chase Quickpay Electronic Transfer 5494379260 To Liliam | - 200.00 | 3,207.21 |
| 06/30 | 06/30 Online Payment 5494743570 To Auto Lease 0462 | - 200.00 | 3,007.21 |
| 06/30 | Chase Quickpay Electronic Transfer 5494741026 To Debbie Briscoe | - 90.00 | 2,917.21 |
| 06/30 | Chase Quickpay Electronic Transfer 5494927132 To Marie Powell | - 100.00 | 2,817.21 |
| 07/05 | Chase Quickpay Electronic Transfer 5503390835 To Yolanda Lopez | - 140.00 | 2,677.21 |
| 07/05 | 07/04 Online Payment 5504725447 To Mario Miceli | - 195.00 | 2,482.21 |
| 07/05 | Chase Quickpay Electronic Transfer 5504605324 To Debbie Briscoe | - 50.00 | 2,432.21 |
| 07/05 | Chase Quickpay Electronic Transfer 5504606004 To Debbie Briscoe | - 30.00 | 2,402.21 |
| 07/05 | Chase Quickpay Electronic Transfer 5504642466 To Debbie Briscoe | - 30.00 | 2,372.21 |
| 07/05 | Chase Quickpay Electronic Transfer 5506100505 To Liliam | - 17.12 | 2,355.09 |
| 07/05 | Chase Quickpay Electronic Transfer 5506101734 To Liliam | - 117.60 | 2,237.49 |
| 07/05 | Chase Quickpay Electronic Transfer 5506421514 To Marie Powell | - 100.00 | 2,137.49 |
| 07/05 | Chase Quickpay Electronic Transfer 5506998997 To Liliam | - 70.99 | 2,066.50 |
| 07/05 | Chase Quickpay Electronic Transfer 5507000705 To Liliam | - 67.67 | 1,998.83 |
| 07/05 | Chase Quickpay Electronic Transfer 5507005819 To Liliam | - 10.33 | 1,988.50 |
| 07/05 | ATM Withdrawal       07/05 125 Chatsworth Ave Larchmont NY Card 1582 | - 200.00 | 1,788.50 |
| 07/06 | Chase Quickpay Electronic Transfer 5509358439 To Marie Powell | - 100.00 | 1,688.50 |

*(handwritten margin notes: "moving exp. rents", "webten")*



**CHASE** 

September 16, 2016 through October 17, 2016
Primary Account: ████████ 3765



CHASE WORKPLACE CHECKING

MRS JAANA COLANGELO

OR RONALD COLANGELO

Account Number: ████████ 3765

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $4,312.32 |
| Deposits and Additions | 55,104.86 |
| ATM & Debit Card Withdrawals | - 1,152.14 |
| Electronic Withdrawals | - 50,516.56 |
| **Ending Balance** | **$7,748.48** |
| Annual Percentage Yield Earned This Period | 0.00% |

Your account ending in 4731 is linked to this account for overdraft protection.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $4,312.32 |
| 09/16 | Chase Quickpay Electronic Transfer 5666866834 To Yolanda Lopez | - 140.00 | 4,172.32 |
| 09/16 | Chase Quickpay Electronic Transfer 5666884687 To Rosa | - 60.00 | 4,112.32 |
| 09/16 | Oxford Health 2 Ebpp Pmt Oxford Web ID: 1222797560 | - 2,069.30 | 2,043.02 |
| 09/19 | Chase Quickpay Electronic Transfer 5669435623 To Rosa | - 100.00 | 1,943.02 |
| 09/19 | Chase Quickpay Electronic Transfer 5669436541 To Rosa | - 20.00 | 1,923.02 |
| 09/19 | Chase Quickpay Electronic Transfer 5669438653 To Debbie Briscoe | - 140.00 | 1,783.02 |
| 09/19 | Chase Quickpay Electronic Transfer 5672372379 To Yolanda Lopez | - 140.00 | 1,643.02 |
| 09/19 | Chase Quickpay Electronic Transfer 5672373330 To Yolanda Lopez | - 16.12 | 1,626.90 |
| 09/19 | 09/19 Online Payment 5672992076 To Mario Miceli | - 160.00 | 1,466.90 |
| 09/20 | Chase Quickpay Electronic Transfer 5673995225 To Debbie Briscoe | - 90.00 | 1,376.90 |
| 09/20 | Chase Quickpay Electronic Transfer 5673996293 To Rosa | - 80.00 | 1,296.90 |
| 09/21 | Comenity Pay Sb Web Pymt P16264038067093 Web ID: 1133163498 | - 203.00 | 1,093.90 |
| 09/22 | Online Transfer From Sav ...4761 Transaction#: 5679446317 | 500.00 | 1,593.90 |
| 09/22 | Online Transfer From Sav ...4852 Transaction#: 5679449872 | 500.00 | 2,093.90 |
| 09/22 | Online Transfer From Sav ...4753 Transaction#: 5679450714 | 500.00 | 2,593.90 |
| 09/22 | Online Transfer From Sav ...4779 Transaction#: 5679455650 | 500.00 | 3,093.90 |
| 09/22 | Chase Quickpay Electronic Transfer 5679451792 To Ron B Colangelo | - 1,300.00 | 1,793.90 |
| 09/22 | Chase Quickpay Electronic Transfer 5679821504 To Rosa | - 80.00 | 1,713.90 |
| 09/22 | Chase Quickpay Electronic Transfer 5679982325 To Marie Powell | - 75.00 | 1,638.90 |
| 09/23 | Finpro USA Inc ACH Pmt PPD ID: 9200502235 | 1,958.78 | 3,597.68 |
| 09/23 | Chase Quickpay Electronic Transfer 5680975462 To Ronald Colangelo | - 1,000.00 | 2,597.68 |
| 09/23 | Chase Quickpay Electronic Transfer 5682444675 To Yolanda Lopez | - 140.00 | 2,457.68 |
| 09/23 | Chase Quickpay Electronic Transfer 5682446381 To Manon Prevot | - 200.00 | 2,257.68 |
| 09/23 | Chase Quickpay Electronic Transfer 5683251226 To Marie Powell | - 75.00 | 2,182.68 |
| 09/23 | American Express ACH Pmt M7184 Web ID: 2005032111 | - 1,000.00 | 1,182.68 |
| 09/26 | Online Transfer From Sav ...4779 Transaction#: 5683861513 | 200.00 | 1,382.68 |

22Jan20-2499

22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

**CHASE ⬭**

September 16, 2016 through October 17, 2016
Primary Account ████████3765

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | | - 2,069.30 | 4,413.14 |
| 10/14 | Oxford Health 2 Ebpp Pmt  Oxford        Web ID: 1222797560 | - 203.99 | 4,209.15 |
| 10/14 | Suez        Suez     05302512430000  Web ID: 1023927101 | - 99.76 | 4,109.39 |
| 10/14 | Capital One    Online Pmt 628839919524001 Web ID: 9279744991 | 2,228.28 | 6,337.67 |
| 10/17 | ATM Check Deposit      10/17 125 Chatsworth Ave Larchmont NY Card 1582 | 3,978.90 | 10,316.57 |
| 10/17 | Finpro USA Inc  ACH Pmt           PPD ID: 9200502235 | - 30.00 | 10,286.57 |
| 10/17 | Chase Quickpay Electronic Transfer 5732759772 To Debbie Briscoe | - 50.00 | 10,236.57 |
| 10/17 | Chase Quickpay Electronic Transfer 5732761209 To Debbie Briscoe | - 200.00 | 10,036.57 |
| 10/17 | Chase Quickpay Electronic Transfer 5732762351 To Auto Lease 0462 | - 140.00 | 9,896.57 |
| 10/17 | 10/15 Online Payment 5736272674 To Yolanda Lopez | 1,161.49 | 8,735.08 |
| 10/17 | Chase Quickpay Electronic Transfer  W9368     Web ID: 2005032111 | - 559.00 | 8,176.08 |
| 10/17 | American Express ACH Pmt  W9368       Web ID: 1350416090 | - 427.60 | 7,748.48 |
| 10/17 | Spng Fin Web Pay Loan W-Pay 350521557068   Web ID: 1350416090 | | 7,748.48 |
| 10/17 | Bk of Amer VI/Mc Online Pmt Ckt662913374POS Web ID: 9500000000 | | $7,748.48 |
| | **Ending Balance** | | |

**CHASE PREMIER CHECKING**                         Account Number: ████████1502

RONALD COLANGELO
OR MRS JAANA COLANGELO

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| | $132.62 |
| Beginning Balance | 2,000.00 |
| Deposits and Additions | - 1,350.00 |
| Electronic Withdrawals | $782.62 |
| Ending Balance | |
| Annual Percentage Yield Earned This Period | 0.00% |

Good news. Your Chase Premier Checking Monthly Service Fee was waived because you kept an average daily balance of
$15,000 in qualifying linked deposits, investments and credit cards, mortgage and other loans during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | | | $132.62 |
| | **Beginning Balance** | 2,000.00 | 2,132.62 |
| 09/29 | Online Transfer From Chk ...3765 Transaction#: 5693854229 | - 700.00 | 1,432.62 |
| 09/29 | 09/29 Online Transfer To Sav ...4779 Transaction#: 5693856735 | - 600.00 | 832.62 |
| 09/29 | 09/29 Online Transfer To Sav ...4753 Transaction#: 5693858471 | - 50.00 | 782.62 |
| 09/29 | 09/29 Online Transfer To Sav ...4753 Transaction#: 5693860065 | | $782.62 |
| | **Ending Balance** | | |

22-Jan-20

22Jan20-2499

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

**CHASE**

November 16, 2016 through December 14, 2016
Primary Account:        ▮765

CHASE WORKPLACE CHECKING

MRS JAANA COLANGELO

Account Number:        ▮765

OR RONALD COLANGELO

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $2,017.81 |
| Deposits and Additions | 24,403.31 |
| ATM & Debit Card Withdrawals | -1,200.00 |
| Electronic Withdrawals | -20,696.15 |
| Ending Balance | $4,524.97 |

Annual Percentage Yield Earned This Period         0.00%

Your account ending in 4731 is linked to this account for overdraft protection.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $2,017.81 |
| 11/16 | ATM Withdrawal      11/16 125 Chatsworth Ave Larchmont NY Card 1582 | - 200.00 | 1,817.81 |
| 11/16 | Chase Quickpay Electronic Transfer 5803661390 To Debbie Briscoe | - 50.00 | 1,767.81 |
| 11/16 | Chase Quickpay Electronic Transfer 5803662463 To Debbie Briscoe | - 50.00 | 1,717.81 |
| 11/17 | Chase Quickpay Electronic Transfer 5804793583 To Manon Prevot | - 22.40 | 1,695.41 |
| 11/17 | ATM Withdrawal      11/17 125 Chatsworth Ave Larchmont NY Card 1582 | - 1,000.00 | 695.41 |
| 11/17 | Comenity Pay Sb  Web Pymt  P16321049342504 Web ID: 1133163498 | - 145.00 | 550.41 |
| 11/18 | Finpro USA Inc  ACH Pmt        PPD ID: 9200502235 | 3,856.78 | 4,407.19 |
| 11/18 | American Express ACH Pmt   M8796        Web ID: 2005032111 | 1,145.86 | 3,261.33 |
| 11/21 | American Express ACH Pmt   W6456        Web ID: 2005032111 | - 754.91 | 2,506.42 |
| 11/21 | American Express ACH Pmt   W5140        Web ID: 2005032111 | - 650.18 | 1,856.24 |
| 11/28 | 11/27 Online Payment 5824776280 To GM Financial | - 1,130.90 | 725.34 |
| 11/28 | Chase Quickpay Electronic Transfer 5825320316 To Debbie Briscoe | - 90.00 | 635.34 |
| 11/28 | Chase Quickpay Electronic Transfer 5825321600 To Debbie Briscoe | - 50.00 | 585.34 |
| 11/28 | Chase Quickpay Electronic Transfer 5825323465 To Yolanda Lopez | - 140.00 | 445.34 |
| 11/28 | Chase Quickpay Electronic Transfer 5826574710 To Yolanda Lopez | - 140.00 | 305.34 |
| 11/29 | Finpro USA Inc  ACH Pmt        PPD ID: 9200502235 | 1,698.67 | 2,004.01 |
| 11/29 | Chase Quickpay Electronic Transfer 5828586759 To Debbie Briscoe | - 50.00 | 1,954.01 |
| 11/29 | Chase Quickpay Electronic Transfer 5829960171 To Rosa | - 180.00 | 1,774.01 |
| 11/29 | Chase Quickpay Electronic Transfer 5829961456 To Debbie Briscoe | - 90.00 | 1,684.01 |
| 11/29 | Chase Quickpay Electronic Transfer 5829963470 To Debbie Briscoe | - 50.00 | 1,634.01 |
| 11/30 | Chase Quickpay Electronic Transfer 5831279067 To Manon Prevot | - 200.00 | 1,434.01 |
| 12/01 | Chase Quickpay Electronic Transfer 5834211817 To Manon Prevot | - 56.25 | 1,377.76 |
| 12/02 | Chase Quickpay Electronic Transfer 5839249805 To Debbie Briscoe | - 50.00 | 1,327.76 |
| 12/02 | Chase Quickpay Electronic Transfer 5839252330 To Yolanda Lopez | - 140.00 | 1,187.76 |
| 12/05 | Chase Quickpay Electronic Transfer 5841742976 To Yolanda Lopez | - 30.81 | 1,156.95 |
| 12/05 | Chase Quickpay Electronic Transfer 5843679777 To Rosa | - 160.00 | 996.95 |

*handwritten notes: reception cash, webtem exp., webtem*

Page 2 of 8

22-Jan-20

22Jan20-2499

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

**CHASE**

December 15, 2016 through January 17, 2017
Primary Account:        ▊765

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 12/23 | ATM Withdrawal      12/23 125 Chatsworth Ave Larchmont NY Card 1582 | - 500.00 | 2,528.45 |
| 12/23 | Chase Quickpay Electronic Transfer 5887679858 To Yolanda Lopez | - 140.00 | 2,388.45 |
| 12/27 | Card Purchase      12/23 Starbucks Store 07278 Larchmont NY Card 1582 | - 7.29 | 2,381.16 |
| 12/27 | Chase Quickpay Electronic Transfer 5889361454 To Manon Prevot | - 60.00 | 2,321.16 |
| 12/27 | Chase Quickpay Electronic Transfer 5891389287 To Manon Prevot | - 100.00 | 2,221.16 |
| 12/27 | Chase Quickpay Electronic Transfer 5891389704 To Manon Prevot | - 100.00 | 2,121.16 |
| 12/27 | Chase Quickpay Electronic Transfer 5891874650 To Yolanda Lopez | - 140.00 | 1,981.16 |
| 12/27 | Chase Quickpay Electronic Transfer 5893280183 To Manon Prevot | - 200.00 | 1,781.16 |
| 12/28 | 12/28 Payment To Chase Card Ending IN 9594 | - 261.51 | 1,519.65 |
| 12/28 | Spng Fin Web Pay Loan W-Pay 350521557068    Web ID: 1350416090 | - 259.00 | 1,260.65 |
| 12/29 | Finpro USA Inc  ACH Pmt        PPD ID: 9200502235 | 2,967.78 | 4,228.43 |
| 12/29 | ATM Withdrawal      12/29 125 Chatsworth Ave Larchmont NY Card 1582 | - 500.00 | 3,728.43 |
| 12/29 | Chase Quickpay Electronic Transfer 5899926886 To Manon Prevot | - 20.00 | 3,708.43 |
| 12/29 | Chase Quickpay Electronic Transfer 5899927645 To Debbie Briscoe | - 90.00 | 3,618.43 |
| 12/29 | Chase Quickpay Electronic Transfer 5899928295 To Debbie Briscoe | - 50.00 | 3,568.43 |
| 12/29 | American Express ACH Pmt   W4102      Web ID: 2005032111 | - 1,445.79 | 2,122.64 |
| 12/30 | ATM Check Deposit      12/30 125 Chatsworth Ave Larchmont NY Card 1582 | 24,000.00 | 26,122.64 |
| 12/30 | Chase Quickpay Electronic Transfer 5902659117 To Debbie Briscoe | - 50.00 | 26,072.64 |
| 12/30 | American Express ACH Pmt   W3212      Web ID: 2005032111 | - 452.48 | 25,620.16 |
| 01/03 | Online Transfer From Chk ...1502 Transaction#: 5911860691 | 500.00 | 26,120.16 |
| 01/03 | Online Transfer From Sav ...4761 Transaction#: 5911862101 | 500.00 | 26,620.16 |
| 01/03 | Online Transfer From Chk ...1502 Transaction#: 5911863029 | 500.00 | 27,120.16 |
| 01/03 | Online Transfer From Sav ...4761 Transaction#: 5911864007 | 500.00 | 27,620.16 |
| 01/03 | Online Transfer From Sav ...4779 Transaction#: 5911869944 | 500.00 | 28,120.16 |
| 01/03 | Chase Quickpay Electronic Transfer 5904500917 To Yolanda Lopez | - 140.00 | 27,980.16 |
| 01/03 | Chase Quickpay Electronic Transfer 5907888566 To Yolanda Lopez | - 140.00 | 27,840.16 |
| 01/03 | Chase Quickpay Electronic Transfer 5908040652 To Debbie Briscoe | - 50.00 | 27,790.16 |
| 01/03 | Chase Quickpay Electronic Transfer 5908041848 To Debbie Briscoe | - 60.00 | 27,730.16 |
| 01/03 | Chase Quickpay Electronic Transfer 5908046398 To Manon Prevot | - 200.00 | 27,530.16 |
| 01/03 | 01/02 Online Payment 5908214206 To A Perfect Goldman | - 158.00 | 27,372.16 |
| 01/03 | Chase Quickpay Electronic Transfer 5908745573 To Debbie Briscoe | - 50.00 | 27,322.16 |
| 01/03 | Chase Quickpay Electronic Transfer 5911212214 To Manon Prevot | - 165.00 | 27,157.16 |
| 01/03 | Card Purchase With Pin  01/03 Decicco Market Larchmont NY Card 1582 | - 163.49 | 26,993.67 |
| 01/03 | American Express ACH Pmt   W4600      Web ID: 2005032111 | - 11,000.00 | 15,993.67 |
| 01/03 | American Express ACH Pmt   W9620      Web ID: 2005032111 | - 5,681.78 | 10,311.89 |
| 01/03 | American Express ACH Pmt   W1344      Web ID: 2005032111 | - 3,816.30 | 6,495.59 |
| 01/03 | American Express ACH Pmt   W9604      Web ID: 2005032111 | - 2,000.00 | 4,495.59 |
| 01/03 | American Express ACH Pmt   W1608      Web ID: 2005032111 | - 1,681.78 | 2,813.81 |
| 01/04 | Chase Quickpay Electronic Transfer 5913473814 To Rosa | - 140.00 | 2,673.81 |
| 01/04 | Chase Quickpay Electronic Transfer 5913475463 To Debbie Briscoe | - 50.00 | 2,623.81 |
| 01/04 | Chase Quickpay Electronic Transfer 5914763451 To Debbie Briscoe | - 50.00 | 2,573.81 |
| 01/04 | American Express ACH Pmt   W9606      Web ID: 2005032111 | - 295.92 | 2,277.89 |
| 01/05 | Card Purchase With Pin  01/05 Balducci's #314 Scarsdale NY Card 1582 | - 144.99 | 2,132.90 |
| 01/05 | American Express ACH Pmt   W3938      Web ID: 2005032111 | - 1,231.38 | 901.52 |
| 01/06 | Chase Quickpay Electronic Transfer 5919981135 To Yolanda Lopez | - 140.00 | 761.52 |
| 01/06 | Spng Fin Web Pay Loan W-Pay 350521557068   Web ID: 1350416090 | - 159.00 | 602.52 |

*(handwritten margin notes: "webson", "> cash exp.", "Ron gave money for monthly exp.")*



Page 3 of 8

22-Jan-20

22Jan20-2499

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

## CHASE 🦪

January 16, 2017 through February 14, 2017
Primary Account ████████████ 765



## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 01/31 | Online Transfer From Sav ...4753 Transaction#: 5974012861 | 25.00 | 1,435.25 |
| 01/31 | Chase Quickpay Electronic Transfer 5971552742 To Yolanda Lopez | - 140.00 | 1,295.25 |
| 01/31 | Chase Quickpay Electronic Transfer 5973998849 To Debbie Briscoe | - 30.00 | 1,265.25 |
| 01/31 | Chase Quickpay Electronic Transfer 5974004471 To Bernadotte-Colangelo Travel Serv | - 100.00 | 1,165.25 |
| 01/31 | 01/31 Online Payment 5974007003 To GM Financial | - 1,130.90 | 34.35 |
| 01/31 | Chase Quickpay Electronic Transfer 5974052075 To Debbie Briscoe | - 30.00 | 4.35 |
| 02/01 | Book Transfer Credit B/O Finpro USA Inc New Rochelle, NY 108014648 Ref Flight Ticket To Finland IN September/Bnf/Flight Ticket To Finland IN September Trn: 5274900032Es | 2,349.00 | 2,353.35 |
| 02/01 | Finpro USA Inc   ACH Pmt          PPD ID: 9200502235 | 2,459.00 | 4,812.35 |
| 02/01 | Chase Quickpay Electronic Transfer 5976292003 To Debbie Briscoe | - 30.00 | 4,782.35 |
| 02/01 | Chase Quickpay Electronic Transfer 5976293509 To Debbie Briscoe | - 50.00 | 4,732.35 |
| 02/01 | Chase Quickpay Electronic Transfer 5976295960 To Manon Prevot | - 200.00 | 4,532.35 |
| 02/01 | 02/01 Online Payment 5976298476 To Mario Miceli | - 695.00 | 3,837.35 |
| 02/01 | 02/01 Online Payment 5976303884 To Auto Lease 0462 | - 300.00 | 3,537.35 |
| 02/01 | 02/01 Payment To Chase Card Ending IN 3842 | - 200.00 | 3,337.35 |
| 02/02 | 02/02 Payment To Chase Card Ending IN 9594 | - 200.00 | 3,137.35 |
| 02/02 | Chase Quickpay Electronic Transfer 5980012503 To Manon Prevot | - 188.35 | 2,949.00 |
| 02/02 | Chase Quickpay Electronic Transfer 5980014168 To Manon Prevot | - 34.88 | 2,914.12 |
| 02/02 | ATM Withdrawal          02/02 125 Chatsworth Ave Larchmont NY Card 1582 | - 20.00 | 2,894.12 |
| 02/02 | American Express ACH Pmt   M3924          Web ID: 2005032111 | - 578.89 | 2,315.23 |
| 02/03 | 02/03 Online Payment 5982136615 To Auto Lease 0462 | - 726.92 | 1,588.31 |
| 02/03 | Chase Quickpay Electronic Transfer 5982827414 To Yolanda Lopez | - 18.15 | 1,570.16 |
| 02/03 | Chase Quickpay Electronic Transfer 5982829878 To Yolanda Lopez | - 140.00 | 1,430.16 |
| 02/03 | Capital One    Online Pmt 7034539919479042 Web ID: 9279744991 | - 447.96 | 982.20 |
| 02/06 | Chase Quickpay Electronic Transfer 5989843730 To Yolanda Lopez | - 140.00 | 842.20 |
| 02/06 | Spng Fin Web Pay Loan W-Pay 350521557068    Web ID: 1350416090 | - 234.00 | 608.20 |
| 02/07 | Manulife Financi Payment          CCD ID: 0003284979 | 50,000.00 | 50,608.20 |
| 02/07 | 02/07 Payment To Chase Card Ending IN 9594 | - 210.97 | 50,397.23 |
| 02/07 | 02/07 Online Payment 5991466951 To Mortgage 0680 | - 1,580.60 | 48,816.63 |
| 02/07 | Chase Quickpay Electronic Transfer 5991468085 To Debbie Briscoe | - 50.00 | 48,766.63 |
| 02/07 | 02/07 Online Payment 5993068051 To Homeequity Line 6707 | - 282.16 | 48,484.47 |
| 02/07 | American Express ACH Pmt   W6544          Web ID: 2005032111 | - 23,772.80 | 24,711.67 |
| 02/07 | American Express ACH Pmt   W4474          Web ID: 2005032111 | - 13,772.80 | 10,938.87 |
| 02/07 | American Express ACH Pmt   W9656          Web ID: 2005032111 | - 1,958.03 | 8,980.84 |
| 02/08 | American Express ACH Pmt   W8614          Web ID: 2005032111 | - 3,772.80 | 5,208.04 |
| 02/08 | American Express ACH Pmt   W6230          Web ID: 2005032111 | - 1,145.39 | 4,062.65 |
| 02/08 | American Express ACH Pmt   W4394          Web ID: 2005032111 | - 1,145.39 | 2,917.26 |
| 02/08 | American Express ACH Pmt   W5458          Web ID: 2005032111 | - 1,000.14 | 1,917.12 |
| 02/08 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | - 554.00 | 1,363.12 |
| 02/09 | Spng Fin Web Pay Loan W-Pay 350521557068    Web ID: 1350416090 | - 134.00 | 1,229.12 |
| 02/10 | Chase Quickpay Electronic Transfer 5999729087 To Manon Prevot | - 200.00 | 1,029.12 |
| 02/10 | Chase Quickpay Electronic Transfer 5999724591 To Yolanda Lopez | - 140.00 | 889.12 |
| 02/13 | Chase Quickpay Electronic Transfer 6001417053 To Rosa | - 120.00 | 769.12 |
| 02/13 | Chase Quickpay Electronic Transfer 6004751101 To Yolanda Lopez | - 140.00 | 629.12 |
| 02/14 | Capital One    Online Pmt 7045339919243086 Web ID: 9279744991 | - 188.00 | 441.12 |
| 02/14 | American Express ACH Pmt   M0366          Web ID: 2005032111 | - 93.57 | 347.55 |
| | Ending Balance | | $347.55 |

*(handwritten notes in margins: "webham", "money from Jaana's dad")*



22-Jan-20

22Jan20-2499



CHASE 🪙

February 15, 2017 through March 14, 2017
Primary Account: ███████765

Your account ending in 4731 is linked to this account for overdraft protection.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $347.55 |
| 02/15 | Finpro USA Inc  Payroll          PPD ID: 9002214151 | 4,201.91 | 4,549.46 |
| 02/15 | Chase Quickpay Electronic Transfer 6008835901 To Ron B Colangelo | -1,419.62 | 3,129.84 |
| 02/15 | Chase Quickpay Electronic Transfer 6008836406 To Manon Prevot | -200.00 | 2,929.84 |
| 02/15 | Chase Quickpay Electronic Transfer 6008836888 To Manon Prevot | -200.00 | 2,729.84 |
| 02/15 | 02/15 Payment To Chase Card Ending IN 9594 | -500.00 | 2,229.84 |
| 02/15 | 02/15 Payment To Chase Card Ending IN 3842 | -500.39 | 1,729.45 |
| 02/15 | ATM Withdrawal        02/15 125 Chatsworth Ave Larchmont NY Card 1582 | -500.00 | 1,229.45 |
| 02/16 | Deposit      1625412150 | 1,421.80 | 2,651.25 |
| 02/16 | 02/16 Payment To Chase Card Ending IN 9594 | -200.00 | 2,451.25 |
| 02/16 | ATM Withdrawal        02/16 125 Chatsworth Ave Larchmont NY Card 1582 | -500.00 | 1,951.25 |
| 02/16 | Card Purchase With Pin  02/16 Marshalls 200 Petersv New Rochelle NY Card 1582 | -161.91 | 1,789.34 |
| 02/16 | Card Purchase With Pin  02/16 Gap US 7028 Larchmont NY Card 1582 | -189.89 | 1,599.45 |
| 02/16 | Spng Fin Web Pay Loan W-Pay 350521557068    Web ID: 1350416090 | -234.00 | 1,365.45 |
| 02/17 | Card Purchase        02/17 New Palmer Nails Larchmont NY Card 1582 | -184.00 | 1,181.45 |
| 02/17 | Card Purchase        02/16 Sq *Estelle Gourmet Scarsdale NY Card 1582 | -25.61 | 1,155.84 |
| 02/17 | 02/17 Online Payment 6015010480 To Chase Cardmember Services | -225.00 | 930.84 |
| 02/17 | Chase Quickpay Electronic Transfer 6016029925 To Yolanda Lopez | -140.00 | 790.84 |
| 02/17 | Card Purchase With Pin  02/17 Decicco Market Larchmont NY Card 1582 | -9.77 | 781.07 |
| 02/17 | Comenity Pay Sb  Web Pymt  P17047069320334 Web ID: 1133163498 | -194.00 | 587.07 |
| 02/21 | Online Transfer From Sav ...4761 Transaction#: 6017953512 | 25.00 | 612.07 |
| 02/21 | Card Purchase        02/17 Sq *Estelle Gourmet Scarsdale NY Card 1582 | -135.14 | 476.93 |
| 02/21 | Card Purchase        02/17 Jetblue    27926072 Salt Lake Cty UT Card 1582 | -25.00 | 451.93 |
| 02/21 | 02/18 Payment To Chase Card Ending IN 3842 | -100.00 | 351.93 |
| 02/21 | Chase Quickpay Electronic Transfer 6018019465 To Manon Prevot | -20.00 | 331.93 |
| 02/23 | Book Transfer Credit B/O: Finpro USA Inc New Rochelle, NY 108014648 Ref  Flight Ticket To Finland IN September/Bnf/Flight Ticket To Finland IN September Trn: 3554600054Es | 2,458.58 | 2,790.51 |
| 02/24 | Finpro USA Inc  ACH Pmt          PPD ID: 9200502235 | 2,856.78 | 5,647.29 |
| 02/24 | Oxford Health 2 Ebpp Pmt  Oxford      Web ID: 1222797560 | -2,069.30 | 3,577.99 |
| 02/24 | American Express ACH Pmt  W4552      Web ID: 2005032111 | -1,751.72 | 1,826.27 |
| 02/27 | Finpro USA Inc  ACH Pmt          PPD ID: 9200502235 | 9,397.67 | 11,223.94 |
| 02/27 | Finpro USA Inc  ACH Pmt          PPD ID: 9200502235 | 9,278.67 | 20,502.61 |
| 02/27 | Finpro USA Inc  ACH Pmt          PPD ID: 9200502235 | 8,398.67 | 28,901.28 |
| 02/27 | Chase Quickpay Electronic Transfer 6034913644 To Debbie Briscoe | -50.00 | 28,851.28 |
| 02/27 | Card Purchase With Pin  02/26 Pet Pantry Warehouse L Larchmont NY Card 1582 | -65.47 | 28,785.81 |
| 02/27 | Chase Quickpay Electronic Transfer 6035611601 To Rosa | -160.00 | 28,625.81 |
| 02/27 | Chase Quickpay Electronic Transfer 6035612847 To Rosa | -200.00 | 28,425.81 |
| 02/27 | Chase Quickpay Electronic Transfer 6036826924 To Yolanda Lopez | -140.00 | 28,285.81 |
| 02/27 | Chase Quickpay Electronic Transfer 6036827993 To Ron B Colangelo | -990.30 | 27,295.51 |
| 02/27 | 02/27 Payment To Chase Card Ending IN 3842 | -1,561.84 | 25,733.67 |
| 02/27 | 02/27 Payment To Chase Card Ending IN 9594 | -1,414.07 | 24,319.60 |

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G22Jan20-2499**

 CHASE ○

February 15, 2017 through March 14, 2017
Primary Account: ████████ 3765

## TRANSACTION DETAIL *(continued)*



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 02/27 | 02/27 Online Payment 6036840427 To GM Financial | -1,130.90 | 23,188.70 |
| 02/27 | Card Purchase With Pin  02/27 Decicco Market Larchmont NY Card 1582 | -185.25 | 23,003.45 |
| 02/27 | Card Purchase With Pin  02/27 Larchmont Pharm Larchmont NY Card 1582 | -39.26 | 22,964.19 |
| 02/27 | 02/27 Online Payment 6037530738 To Homeequity Line 6707 | -273.58 | 22,690.61 |
| 02/27 | Chase Quickpay Electronic Transfer 6038149712 To Debbie Briscoe | -50.00 | 22,640.61 |
| 02/27 | Chase Quickpay Electronic Transfer 6038150960 To Rosa | -60.00 | 22,580.61 |
| 02/27 | 02/27 Online Payment 6038152981 To Mortgage 0680 | -1,580.60 | 21,000.01 |
| 02/27 | American Express ACH Pmt   M9128        Web ID: 2005032111 | -5,696.01 | 15,304.00 |
| 02/27 | American Express ACH Pmt   W2608        Web ID: 2005032111 | -3,015.89 | 12,288.11 |
| 02/27 | American Express ACH Pmt   M1502        Web ID: 2005032111 | -3,000.00 | 9,288.11 |
| 02/27 | American Express ACH Pmt   W7566        Web ID: 2005032111 | -2,480.41 | 6,807.70 |
| 02/27 | Capital One     Online Pmt 705839919738005 Web ID: 9279744991 | -780.09 | 6,027.61 |
| 02/28 | Finpro USA Inc  ACH Pmt           PPD ID: 9200502235 | 9,367.89 | 15,395.50 |
| 02/28 | Card Purchase        02/27 Chb*Chubb Insurance-P 800-682-4822 NJ Card 1582 | -431.91 | 14,963.59 |
| 02/28 | Card Purchase        02/27 Chb*Chubb Insurance-P 800-682-4822 NJ Card 1582 | -541.81 | 14,421.78 |
| 02/28 | Card Purchase        02/27 Safeco Insurance CO 800-332-3226 MA Card 1582 | -469.70 | 13,952.08 |
| 02/28 | 02/28 Online Payment 6039377827 To Auto Lease 0462 | -1,026.92 | 12,925.16 |
| 02/28 | Card Purchase With Pin  02/28 Decicco Market Larchmont NY Card 1582 | -18.26 | 12,906.90 |
| 02/28 | 02/28 Online Payment 6041024216 To Mortgage 0680 | -1,580.60 | 11,326.30 |
| 02/28 | American Express ACH Pmt   M2478        Web ID: 2005032111 | -1,404.41 | 9,921.89 |
| 02/28 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -952.56 | 8,969.33 |
| 02/28 | Spng Fin Web Pay Loan W-Pay 350521557068    Web ID: 1350416090 | -534.00 | 8,435.33 |
| 02/28 | Capital One     Online Pmt 705939919531122 Web ID: 9279744991 | -500.00 | 7,935.33 |
| 03/01 | Card Purchase        02/28 Cvs/Pharmacy #01233 Larchmont NY Card 1582 | -97.90 | 7,837.43 |
| 03/01 | Card Purchase        02/28 Durian Thai Inc Larchmont NY Card 1582 | -55.84 | 7,781.59 |
| 03/01 | Card Purchase        02/28 Auray Gourmet Larchmont NY Card 1582 | -21.02 | 7,760.57 |
| 03/01 | 03/01 Online Payment 6043383768 To Mortgage 0680 | -1,580.60 | 6,179.97 |
| 03/01 | 03/01 Payment To Chase Card Ending IN 3842 | -240.75 | 5,939.22 |
| 03/01 | 03/01 Payment To Chase Card Ending IN 9594 | -1,000.00 | 4,939.22 |
| 03/01 | Chase Quickpay Electronic Transfer 6044860946 To Debbie Briscoe | -50.00 | 4,889.22 |
| 03/01 | Chase Quickpay Electronic Transfer 6044862419 To Debbie Briscoe | -200.00 | 4,689.22 |
| 03/01 | American Express ACH Pmt   W0758        Web ID: 2005032111 | -706.71 | 3,982.51 |
| 03/01 | Comenity Pay Sb  Web Pymt   P17059071985124 Web ID: 1133163498 | -186.23 | 3,796.28 |
| 03/02 | Finpro USA Inc  ACH Pmt           PPD ID: 9200502235 | 7,398.78 | 11,195.06 |
| 03/02 | Chase Quickpay Electronic Transfer 6046613605 To Debbie Briscoe | -50.00 | 11,145.06 |
| 03/02 | Chase Quickpay Electronic Transfer 6047746390 To Manon Prevot | -200.00 | 10,945.06 |
| 03/02 | 03/02 Online Payment 6047750182 To Mortgage 0680 | -1,580.60 | 9,364.46 |
| 03/02 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -600.00 | 8,764.46 |
| 03/03 | 03/03 Online Payment 6049735752 To Mortgage 0680 | -1,580.60 | 7,183.86 |
| 03/03 | Chase Quickpay Electronic Transfer 6051462059 To Yolanda Lopez | -140.00 | 7,043.86 |
| 03/03 | Chase Quickpay Electronic Transfer 6051466538 To Debbie Briscoe | -50.00 | 6,993.86 |
| 03/03 | 03/03 Payment To Chase Card Ending IN 3842 | -579.00 | 6,414.86 |
| 03/03 | American Express ACH Pmt   W6716        Web ID: 2005032111 | -310.62 | 6,104.24 |
| 03/06 | Chase Quickpay Electronic Transfer 6053264356 To Rosa | -60.00 | 6,044.24 |
| 03/06 | Chase Quickpay Electronic Transfer 6053324085 To Debbie Briscoe | -30.00 | 6,014.24 |

22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

22Jan20-2499



February 15, 2017 through March 14, 2017
Primary Account: ███████3765

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 03/06 | Chase Quickpay Electronic Transfer 6054806998 To Rosa | -250.00 | 5,764.24 |
| 03/06 | Chase Quickpay Electronic Transfer 6056549245 To Debbie Briscoe | -30.00 | 5,734.24 |
| 03/06 | Chase Quickpay Electronic Transfer 6056549583 To Debbie Briscoe | -30.00 | 5,704.24 |
| 03/06 | Chase Quickpay Electronic Transfer 6056549902 To Debbie Briscoe | -50.00 | 5,654.24 |
| 03/06 | 03/06 Online Payment 6057398908 To Mortgage 0680 | -160.37 | 5,493.87 |
| 03/06 | Chase Quickpay Electronic Transfer 6057688898 To Yolanda Lopez | -140.00 | 5,353.87 |
| 03/06 | Bk of Amer Vi/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -500.00 | 4,853.87 |
| 03/07 | Chase Quickpay Electronic Transfer 6060345795 To Rosa | -140.00 | 4,713.87 |
| 03/08 | 03/08 Online Payment 6061555358 To Mortgage 0680 | -500.00 | 4,213.87 |
| 03/08 | Chase Quickpay Electronic Transfer 6062590935 To Manon Prevot | -200.00 | 4,013.87 |
| 03/08 | ATM Withdrawal         03/08 125 Chatsworth Ave Larchmont NY Card 1582 | -200.00 | 3,813.87 |
| 03/09 | Bk of Amer Vi/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -600.00 | 3,213.87 |
| 03/10 | Chase Quickpay Electronic Transfer 6066934846 To Yolanda Lopez | -140.00 | 3,073.87 |
| 03/10 | Comenity Pay Sb Web Pymt P17068074460007 Web ID: 1133163498 | -279.00 | 2,794.87 |
| 03/13 | Chase Quickpay Electronic Transfer 6070707107 To Rosa | -220.00 | 2,574.87 |
| 03/13 | Chase Quickpay Electronic Transfer 6073460318 To Yolanda Lopez | -140.00 | 2,434.87 |
| 03/13 | Chase Quickpay Electronic Transfer 6074149220 To Debbie Briscoe | -50.00 | 2,384.87 |
| 03/13 | American Express ACH Pmt   M4054         Web ID: 2005032111 | -969.65 | 1,415.22 |
| 03/13 | American Express ACH Pmt   W9366         Web ID: 2005032111 | -442.28 | 972.94 |
| 03/13 | American Express ACH Pmt   W0458         Web ID: 2005032111 | -100.00 | 872.94 |
| 03/14 | Chase Quickpay Electronic Transfer 6075385576 To Rosa | -100.00 | 772.94 |
| | Ending Balance | | $772.94 |

*[handwritten: cash 24p.]*

## CHASE PREMIER CHECKING

RONALD COLANGELO                                    Account Number: ██████502
OR MRS JAANA COLANGELO

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $25.27 |
| Ending Balance | $25.27 |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.01 |

Interest paid in 2016 for account 000000798641502 was $0.02.

Good news. Your Chase Premier Checking Monthly Service Fee was waived because you kept an average daily balance of $15,000 in qualifying linked deposits, investments and credit cards, mortgage and other loans during the statement period.

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G22Jan20-2499**



**CHASE** 🠒

March 15, 2017 through April 14, 2017
Primary Account: ▆▆▆▆3765

**CHASE WORKPLACE CHECKING**

MRS JAANA COLANGELO

Account Number: ▆▆▆▆3765

OR RONALD COLANGELO

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $772.94 |
| Deposits and Additions | 31,415.39 |
| ATM & Debit Card Withdrawals | -2,337.55 |
| Electronic Withdrawals | -25,373.05 |
| **Ending Balance** | **$4,477.73** |

Annual Percentage Yield Earned This Period            0.00%

Your account ending in 4731 is linked to this account for overdraft protection.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $772.94 |
| 03/15 | Finpro USA Inc   Payroll            PPD ID: 9002214151 | 5,584.29 | 6,357.23 |
| 03/15 | Card Purchase With Pin  03/15 Decicco Market Larchmont NY Card 1582 | -300.50 | 6,056.73 |
| 03/16 | 03/16 Payment To Chase Card Ending IN 3842 | -128.09 | 5,928.64 |
| 03/16 | 03/16 Online Payment 6080413907 To Mario Miceli | -175.00 | 5,753.64 |
| 03/16 | 03/16 Online Payment 6080414175 To Mortgage 0680 | -100.00 | 5,653.64 |
| 03/16 | 03/16 Online Payment 6080414454 To Auto Lease 0462 | -200.00 | 5,453.64 |
| 03/16 | Chase Quickpay Electronic Transfer 6080414848 To Manon Prevot | -200.00 | 5,253.64 |
| 03/16 | ATM Withdrawal        03/16 125 Chatsworth Ave Larchmont NY Card 1582 | -200.00 | 5,053.64 |
| 03/17 | 03/17 Online Payment 6083306664 To Mortgage 0680 | -500.00 | 4,553.64 |
| 03/17 | 03/17 Online Payment 6083311690 To Auto Lease 0462 | -200.00 | 4,353.64 |
| 03/17 | Chase Quickpay Electronic Transfer 6083642633 To Yolanda Lopez | -140.00 | 4,213.64 |
| 03/17 | Capital One     Mobile Pmt 707539809244765 Web ID: 9279744980 | -500.00 | 3,713.64 |
| 03/17 | Spng Fin Web Pay Loan W-Pay 350521557068    Web ID: 1350416090 | -334.00 | 3,379.64 |
| 03/20 | Finpro USA Inc   ACH Pmt            PPD ID: 9200502235 | 3,517.90 | 6,897.54 |
| 03/20 | ATM Withdrawal        03/18 125 Chatsworth Ave Larchmont NY Card 1582 | -400.00 | 6,497.54 |
| 03/20 | Chase Quickpay Electronic Transfer 6087379710 To Rosa | -240.00 | 6,257.54 |
| 03/21 | Chase Quickpay Electronic Transfer 6091454644 To Yolanda Lopez | -140.00 | 6,117.54 |
| 03/21 | Chase Quickpay Electronic Transfer 6091454892 To Debbie Briscoe | -50.00 | 6,067.54 |
| 03/21 | Chase Quickpay Electronic Transfer 6092465353 To Manon Prevot | -79.11 | 5,988.43 |
| 03/21 | Chase Quickpay Electronic Transfer 6092678403 To Debbie Briscoe | -50.00 | 5,938.43 |
| 03/21 | American Express ACH Pmt   M2490        Web ID: 2005032111 | 1,795.43 | 4,143.00 |
| 03/21 | Comenity Pay Sb  Web Pymt  P17077076581248 Web ID: 1133163498 | -578.28 | 3,564.72 |
| 03/22 | Chase Quickpay Electronic Transfer 6093804283 To Manon Prevot | -200.00 | 3,364.72 |
| 03/22 | Card Purchase With Pin  03/22 Decicco Market Larchmont NY Card 1582 | -19.95 | 3,344.77 |
| 03/23 | Card Purchase         03/22 Rudys Limousine Service Stamford CT Card 1582 | -163.01 | 3,181.76 |

22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

22Jan20-2499



**CHASE**

March 15, 2017 through April 14, 2017
Primary Account: ███████3765

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 03/23 | Chase Quickpay Electronic Transfer 6095730785 To Rosa | -60.00 | 3,121.76 |
| 03/23 | 03/23 Payment To Chase Card Ending IN 3842 | -148.46 | 2,973.30 |
| 03/23 | Oxford Health 2 Ebpp Pmt  Oxford       Web ID: 1222797560 | -2,069.30 | 904.00 |
| 03/24 | Card Purchase       03/22 Larchmont Mamaroneck Ey Mamaroneck NY Card 1582 | -30.00 | 874.00 |
| 03/24 | Chase Quickpay Electronic Transfer 6099318942 To Yolanda Lopez | -23.13 | 850.87 |
| 03/24 | Chase Quickpay Electronic Transfer 6099321832 To Yolanda Lopez | -140.00 | 710.87 |
| 03/27 | Chase Quickpay Electronic Transfer 8102258827 To Rosa | -180.00 | 530.87 |
| 03/28 | Chase Quickpay Electronic Transfer 6106907662 To Yolanda Lopez | -140.00 | 390.87 |
| 03/29 | Card Purchase       03/28 Rudys Limousine Service Stamford CT Card 1582 | -164.01 | 226.86 |
| 03/30 | Book Transfer Credit B/O: Finpro USA Inc New Rochelle, NY 108014648 Ref  Flight Ticket To Finland IN September/Bnf/Flight Ticket To Finland IN September Trn: 5083800089Es | 3,562.85 | 3,789.71 |
| 03/31 | 03/31 Payment To Chase Card Ending IN 9594 | -319.52 | 3,470.19 |
| 03/31 | 03/31 Online Payment 6114406864 To Auto Lease 0462 | -200.00 | 3,270.19 |
| 03/31 | Chase Quickpay Electronic Transfer 6114413621 To Manon Prevot | -200.00 | 3,070.19 |
| 03/31 | Chase Quickpay Electronic Transfer 6115601993 To Yolanda Lopez | -140.00 | 2,930.19 |
| 03/31 | 03/31 Online Payment 6115606878 To A Perfect Goldman | -240.00 | 2,690.19 |
| 04/03 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 749.90 | 3,440.09 |
| 04/03 | Card Purchase       03/31 Vintage 1891 Kitchen Larchmont NY Card 1582 | -196.07 | 3,244.02 |
| 04/03 | 04/01 Online Payment 6118343194 To Auto Lease 0462 | -426.92 | 2,817.10 |
| 04/03 | ATM Withdrawal       04/01 125 Chatsworth Ave Larchmont NY Card 1582 | -200.00 | 2,617.10 |
| 04/03 | Chase Quickpay Electronic Transfer 6123790155 To Yolanda Lopez | -140.00 | 2,477.10 |
| 04/03 | American Express ACH Pmt   M9642       Web ID: 2005032111 | -548.80 | 1,928.30 |
| 04/03 | American Express ACH Pmt   W7822       Web ID: 2005032111 | -500.00 | 1,428.30 |
| 04/03 | American Express ACH Pmt   W9454       Web ID: 2005032111 | -326.20 | 1,102.10 |
| 04/03 | Spng Fin Web Pay Loan W-Pay 350521557068   Web ID: 1350416090 | -195.00 | 907.10 |
| 04/04 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 3,900.00 | 4,807.10 |
| 04/04 | Online Transfer From Mma ...4731 Transaction#: 6125847159 | 50.00 | 4,857.10 |
| 04/04 | Online Transfer From Sav ...4852 Transaction#: 6125847794 | 50.00 | 4,907.10 |
| 04/04 | Online Transfer From Sav ...4761 Transaction#: 6126979163 | 40.00 | 4,947.10 |
| 04/04 | Online Transfer From Sav ...4779 Transaction#: 6126980282 | 25.00 | 4,972.10 |
| 04/04 | Online Transfer From Chk ...1502 Transaction#: 6126981376 | 20.00 | 4,992.10 |
| 04/04 | Online Transfer From Sav ...4753 Transaction#: 6126982082 | 10.00 | 5,002.10 |
| 04/04 | American Express ACH Pmt   W2090       Web ID: 2005032111 | -2,700.00 | 2,302.10 |
| 04/04 | American Express ACH Pmt   W9340       Web ID: 2005032111 | -2,000.00 | 302.10 |
| 04/05 | Cash Redemption | 313.82 | 615.92 |
| 04/06 | Chase Quickpay Electronic Transfer 6132760299 To Manon Prevot | -200.00 | 415.92 |
| 04/07 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 1,504.27 | 1,920.19 |
| 04/07 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 1,269.49 | 3,189.68 |
| 04/07 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 1,166.53 | 4,356.21 |
| 04/07 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 847.10 | 5,203.31 |
| 04/07 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 269.71 | 5,473.02 |
| 04/07 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 219.84 | 5,692.86 |
| 04/07 | Chase Quickpay Electronic Transfer 6134409353 To Yolanda Lopez | -140.00 | 5,552.86 |
| 04/07 | 04/07 Online Payment 6134414979 To GM Financial | -1,130.90 | 4,421.96 |
| 04/07 | ATM Withdrawal       04/07 125 Chatsworth Ave Larchmont NY Card 1582 | -200.00 | 4,221.96 |
| 04/10 | 04/08 Payment To Chase Card Ending IN 9594 | -1,133.00 | 3,088.96 |

22-Jan-20

22Jan20-2499

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

**CHASE**

April 15, 2017 through May 12, 2017
Primary Account:  3765

Your account ending in 4731 is linked to this account for overdraft protection.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $4,477.73 |
| 04/17 | ATM Check Deposit    04/15 125 Chatsworth Ave Larchmont NY Card 1582 | 4,000.00 | 8,477.73 |
| 04/17 | Finpro USA Inc  ACH Pmt         PPD ID: 9200502235 | 2,331.00 | 10,808.73 |
| 04/17 | Finpro USA Inc  ACH Pmt         PPD ID: 9200502235 | 1,443.42 | 12,252.15 |
| 04/17 | Card Purchase       04/14 Esys Kafe Mamaroneck NY Card 1582 | -72.25 | 12,179.90 |
| 04/17 | ATM Withdrawal      04/15 125 Chatsworth Ave Larchmont NY Card 1582 | -500.00 | 11,679.90 |
| 04/17 | 04/15 Online Payment 6154210551 To Homeequity Line 6707 | -279.75 | 11,400.15 |
| 04/17 | 04/15 Online Payment 6154211471 To Auto Lease 0462 | -126.92 | 11,273.23 |
| 04/17 | Chase Quickpay Electronic Transfer 6155986269 To Manon Prevot | -39.00 | 11,234.23 |
| 04/17 | Chase Quickpay Electronic Transfer 6155987683 To Debbie Briscoe | -150.00 | 11,084.23 |
| 04/17 | Chase Quickpay Electronic Transfer 6156072705 To Manon Prevot | -39.00 | 11,045.23 |
| 04/17 | Chase Quickpay Electronic Transfer 6156074682 To Manon Prevot | -39.00 | 11,006.23 |
| 04/17 | Chase Quickpay Electronic Transfer 6156077711 To Manon Prevot | -39.00 | 10,967.23 |
| 04/17 | Chase Quickpay Electronic Transfer 6156079221 To Manon Prevot | -39.00 | 10,928.23 |
| 04/17 | American Express ACH Pmt  M0294       Web ID: 2005032111 | -1,822.12 | 9,106.11 |
| 04/17 | American Express ACH Pmt  W0968       Web ID: 2005032111 | -1,138.94 | 7,967.17 |
| 04/17 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -903.92 | 7,063.25 |
| 04/17 | Capital One    Online Pmt 710739919226536 Web ID: 9279744991 | -772.15 | 6,291.10 |
| 04/17 | Spng Fin Web Pay Loan W-Pay 350521557068   Web ID: 1350416090 | -295.00 | 5,996.10 |
| 04/18 | Finpro USA Inc  ACH Pmt         PPD ID: 9200502235 | 818.40 | 6,814.50 |
| 04/18 | Chase Quickpay Electronic Transfer 6158037356 To Debbie Briscoe | -150.00 | 6,664.50 |
| 04/18 | Chase Quickpay Electronic Transfer 6159576586 To Debbie Briscoe | -150.00 | 6,514.50 |
| 04/18 | Comenity Pay Sb  Web Pymt  P17107082641686 Web ID: 1133163498 | -291.21 | 6,223.29 |
| 04/19 | Chase Quickpay Electronic Transfer 6161113450 To Debbie Briscoe | -150.00 | 6,073.29 |
| 04/20 | Chase Quickpay Electronic Transfer 6163295331 To Debbie Briscoe | -150.00 | 5,923.29 |
| 04/20 | Chase Quickpay Electronic Transfer 6164229424 To Rosa | -200.00 | 5,723.29 |
| 04/20 | Chase Quickpay Electronic Transfer 6164233144 To Rosa | -700.00 | 5,023.29 |
| 04/20 | American Express ACH Pmt  M2986       Web ID: 2005032111 | -645.75 | 4,377.54 |
| 04/21 | Chase Quickpay Electronic Transfer 6167517178 To Yolanda Lopez | -140.00 | 4,237.54 |
| 04/21 | American Express ACH Pmt  M8214       Web ID: 2005032111 | -342.39 | 3,895.15 |
| 04/24 | Chase Quickpay Electronic Transfer 6169127426 To Rosa | -130.00 | 3,765.15 |
| 04/24 | Chase Quickpay Electronic Transfer 6171920869 To Manon Prevot | -200.00 | 3,565.15 |
| 04/24 | Chase Quickpay Electronic Transfer 6172298606 To Yolanda Lopez | -140.00 | 3,425.15 |
| 04/24 | 04/24 Online Payment 6172300419 To Auto Lease 0462 | -200.00 | 3,225.15 |
| 04/28 | Chase Quickpay Electronic Transfer 6182595596 To Manon Prevot | -200.00 | 3,025.15 |
| 04/28 | Chase Quickpay Electronic Transfer 6182597627 To Yolanda Lopez | -140.00 | 2,885.15 |
| 04/28 | Comenity Pay Sb  Web Pymt  P17117084553132 Web ID: 1133163498 | -398.28 | 2,486.87 |
| 04/28 | Spng Fin Web Pay Loan W-Pay 350521557068   Web ID: 1350416090 | -295.00 | 2,191.87 |
| 05/01 | Finpro USA Inc  ACH Pmt         PPD ID: 9200502235 | 3,857.89 | 6,049.76 |
| 05/01 | Chase Quickpay Electronic Transfer 6185030586 To Debbie Briscoe | -50.00 | 5,999.76 |
| 05/01 | Chase Quickpay Electronic Transfer 6185158841 To Debbie Briscoe | -35.00 | 5,964.76 |
| 05/01 | Chase Quickpay Electronic Transfer 6185209337 To Debbie Briscoe | -30.00 | 5,934.76 |
| 05/01 | Chase Quickpay Electronic Transfer 6186834797 To Rosa | -110.00 | 5,824.76 |

22-Jan-20

22Jan20-2499

**CHASE**

April 15, 2017 through May 12, 2017
Primary Account: ███████3765

## TRANSACTION DETAIL (continued)



| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 05/01 | Chase Quickpay Electronic Transfer 6190132624 To Yolanda Lopez | -140.00 | 5,684.76 |
| 05/01 | Chase Quickpay Electronic Transfer 6190135096 To Yolanda Lopez | -50.00 | 5,634.76 |
| 05/01 | 05/01 Online Payment 6191836020 To Auto Lease 0462 | -300.00 | 5,334.76 |
| 05/01 | Oxford Health 2 Ebpp Pmt Oxford         Web ID: 1222797560 | -2,276.29 | 3,058.47 |
| 05/02 | 05/01 Online Payment 6191834601 To GM Financial | -1,130.90 | 1,927.57 |
| 05/02 | Chase Quickpay Electronic Transfer 6194034710 To Manon Prevot | -37.70 | 1,889.87 |
| 05/03 | Book Transfer Credit B/O Finpro USA Inc New Rochelle, NY 108014648 Ref Flight Ticket To Finland IN September/Bnf/Flight Ticket To Finland IN September Trn: 5434900123Es | 1,415.56 | 3,305.43 |
| 05/03 | American Express ACH Pmt  M1584         Web ID: 2005032111 | -785.81 | 2,519.62 |
| 05/04 | Card Purchase         05/03 Larchmont Nurseries And Larchmont NY Card 1582 | -33.24 | 2,486.38 |
| 05/04 | 05/04 Online Payment 6198318172 To Auto Lease 0462 | -400.00 | 2,086.38 |
| 05/05 | 05/05 Payment To Chase Card Ending IN 3842 | -100.00 | 1,986.38 |
| 05/05 | Chase Quickpay Electronic Transfer 6201997346 To Manon Prevot | -200.00 | 1,786.38 |
| 05/05 | Chase Quickpay Electronic Transfer 6203180938 To Yolanda Lopez | -140.00 | 1,646.38 |
| 05/05 | American Express ACH Pmt  M3540         Web ID: 2005032111 | -729.87 | 916.51 |
| 05/08 | Finpro USA Inc  ACH Pmt         PPD ID: 9200502235 | 389.90 | 1,306.41 |
| 05/08 | Finpro USA Inc  ACH Pmt         PPD ID: 9200502235 | 256.89 | 1,563.30 |
| 05/08 | ATM Withdrawal         05/06 125 Chatsworth Ave Larchmont NY Card 1582 | -500.00 | 1,063.30 |
| 05/08 | Card Purchase With Pin  05/06 Larchmont Pharm Larchmont NY Card 1582 | -4.92 | 1,058.38 |
| 05/08 | Chase Quickpay Electronic Transfer 6206236667 To Manon Prevot | -60.00 | 998.38 |
| 05/08 | Chase Quickpay Electronic Transfer 6206237057 To Debbie Briscoe | -50.00 | 948.38 |
| 05/08 | Chase Quickpay Electronic Transfer 6206237670 To Debbie Briscoe | -80.00 | 868.38 |
| 05/08 | Chase Quickpay Electronic Transfer 6207865884 To Manon Prevot | -40.00 | 828.38 |
| 05/08 | Chase Quickpay Electronic Transfer 6208539818 To Yolanda Lopez | -150.00 | 678.38 |
| 05/08 | American Express ACH Pmt  M5346         Web ID: 2005032111 | -659.98 | 18.40 |
| 05/09 | Cash Redemption | 326.95 | 345.35 |
| 05/10 | Chase Quickpay Electronic Transfer 6213870059 To Manon Prevot | -29.33 | 316.02 |
| 05/10 | Chase Quickpay Electronic Transfer 6213872910 To Manon Prevot | -5.00 | 311.02 |
| 05/11 | Finpro USA Inc  ACH Pmt         PPD ID: 9200502235 | 1,173.78 | 1,484.80 |
| 05/11 | Finpro USA Inc  ACH Pmt         PPD ID: 9200502235 | 1,091.76 | 2,576.56 |
| 05/11 | 05/11 Payment To Chase Card Ending IN 3842 | -556.60 | 2,019.96 |
| 05/11 | 05/11 Payment To Chase Card Ending IN 9594 | -674.87 | 1,345.09 |
| 05/12 | Chase Quickpay Electronic Transfer 6217415551 To Manon Prevot | -200.00 | 1,145.09 |
| 05/12 | Chase Quickpay Electronic Transfer 6218303347 To Yolanda Lopez | -17.08 | 1,128.01 |
| 05/12 | Chase Quickpay Electronic Transfer 6218304782 To Yolanda Lopez | -140.00 | 988.01 |
| | **Ending Balance** | | **$988.01** |

22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

22Jan20-2499

## CHASE ○

June 15, 2017 through July 17, 2017
Primary Account ███████ 3765

Your account ending in 4731 is linked to this account for overdraft protection.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $1,456.26 |
| 06/15 | Finpro USA Inc  Payroll          PPD ID: 9002214151 | 4,112.77 | 5,569.03 |
| 06/15 | Chase Quickpay Electronic Transfer 6298635559 To Rosa | -130.00 | 5,439.03 |
| 06/16 | Chase Quickpay Electronic Transfer 6301790795 To Yolanda Lopez | -140.00 | 5,299.03 |
| 06/19 | ATM Withdrawal       06/17 125 Chatsworth Ave Larchmont NY Card 1582 | -200.00 | 5,099.03 |
| 06/19 | Chase Quickpay Electronic Transfer 6306583087 To Yolanda Lopez | -20.04 | 5,078.99 |
| 06/19 | Chase Quickpay Electronic Transfer 6306584191 To Yolanda Lopez | -150.00 | 4,928.99 |
| 06/19 | Chase Quickpay Electronic Transfer 6307432971 To Rosa | -120.00 | 4,808.99 |
| 06/19 | Chase Quickpay Electronic Transfer 6307436689 To Rosa | -1,150.00 | 3,658.99 |
| 06/20 | Finpro USA Inc  ACH Pmt          PPD ID: 9200502235 | 3,678.90 | 7,337.89 |
| 06/20 | Chase Quickpay Electronic Transfer 6308560411 To Rosa | -1,150.00 | 6,187.89 |
| 06/20 | 06/20 Online Payment 6308560815 To GM Financial | -1,130.90 | 5,056.99 |
| 06/21 | Chase Quickpay Electronic Transfer 6311025071 To Rosa | -120.00 | 4,936.99 |
| 06/21 | Chase Quickpay Electronic Transfer 6311025919 To Rosa | -650.00 | 4,286.99 |
| 06/21 | Comenity Pay Sb  Web Pymt  P17171096608082 Web ID: 1133163498 | -505.00 | 3,781.99 |
| 06/21 | American Express ACH Pmt  M8980       Web ID: 2005032111 | -461.15 | 3,320.84 |
| 06/21 | Capital One     Online Pmt 717239919264884 Web ID: 9279744991 | -212.22 | 3,108.62 |
| 06/22 | Finpro USA Inc  ACH Pmt          PPD ID: 9200502235 | 2,389.67 | 5,498.29 |
| 06/22 | Chase Quickpay Electronic Transfer 6314899114 To Manon Prevot | -200.00 | 5,298.29 |
| 06/22 | Chase Quickpay Electronic Transfer 6314900142 To Manon Prevot | -30.00 | 5,268.29 |
| 06/22 | Chase Quickpay Electronic Transfer 6314903191 To Rosa | -80.00 | 5,188.29 |
| 06/22 | Spng Fin Web Pay Loan W-Pay 350521557068     Web ID: 1350416090 | -295.00 | 4,893.29 |
| 06/23 | Book Transfer Credit B/O. Finpro USA Inc New Rochelle, NY 108014648 Ref. Flight Ticket To Finland IN September/Bnf/Flight Ticket To Finland IN September Trn. 4719400174Es | 835.56 | 5,728.85 |
| 06/23 | Chase Quickpay Electronic Transfer 6314904941 To Yolanda Lopez | -70.00 | 5,658.85 |
| 06/23 | Chase Quickpay Electronic Transfer 6316974424 To Debbie Briscoe | -50.00 | 5,608.85 |
| 06/23 | Chase Quickpay Electronic Transfer 6316976228 To Debbie Briscoe | -50.00 | 5,558.85 |
| 06/23 | Chase Quickpay Electronic Transfer 6316978011 To Yolanda Lopez | -150.00 | 5,408.85 |
| 06/23 | American Express ACH Pmt  M7480       Web ID: 2005032111 | -556.64 | 4,852.21 |
| 06/26 | Chase Quickpay Electronic Transfer 6320479229 To Debbie Briscoe | -50.00 | 4,802.21 |
| 06/26 | Chase Quickpay Electronic Transfer 6320480070 To Debbie Briscoe | -50.00 | 4,752.21 |
| 06/26 | Chase Quickpay Electronic Transfer 6320480957 To Rosa | -120.00 | 4,632.21 |
| 06/26 | American Express ACH Pmt  M2488       Web ID: 2005032111 | -500.00 | 4,132.21 |
| 06/27 | Chase Quickpay Electronic Transfer 6324213311 To Yolanda Lopez | -150.00 | 3,982.21 |
| 06/27 | Chase Quickpay Electronic Transfer 6324216596 To Manon Prevot | -39.00 | 3,943.21 |
| 06/27 | 06/27 Payment To Chase Card Ending IN 3842 | -164.00 | 3,779.21 |
| 06/27 | 06/27 Payment To Chase Card Ending IN 9594 | -100.00 | 3,679.21 |
| 06/29 | Chase Quickpay Electronic Transfer 6329389915 To Rosa | -120.00 | 3,559.21 |
| 06/29 | ATM Withdrawal       06/29 125 Chatsworth Ave Larchmont NY Card 1582 | -200.00 | 3,359.21 |
| 07/03 | Finpro USA Inc  ACH Pmt          PPD ID: 9200502235 | 7,984.67 | 11,343.88 |
| 07/03 | Chase Quickpay Electronic Transfer 6336608278 To Debbie Briscoe | -50.00 | 11,293.88 |
| 07/03 | Chase Quickpay Electronic Transfer 6336609792 To Yolanda Lopez | -150.00 | 11,143.88 |
| 07/03 | Chase Quickpay Electronic Transfer 6336618026 To Manon Prevot | -39.00 | 11,104.88 |

*Handwritten margin notes:* payroll 6/17 — cash exp — webtems — flight tkt — web tem — cash

22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

22Jan20-2499


CHASE

June 15, 2017 through July 17, 2017
Primary Account:          ████ 3765



## TRANSACTION DETAIL  *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 07/03 | Chase Quickpay Electronic Transfer 6336620719 To Manon Prevot | -39.00 | 11,065.88 |
| 07/03 | Chase Quickpay Electronic Transfer 6336622570 To Manon Prevot | -39.00 | 11,026.88 |
| 07/03 | Chase Quickpay Electronic Transfer 6336623949 To Manon Prevot | -39.00 | 10,987.88 |
| 07/03 | 07/01 Online Payment 6336625532 To Auto Lease 0462 | -1,026.92 | 9,960.96 |
| 07/03 | Chase Quickpay Electronic Transfer 6340551271 To Debbie Briscoe | -50.00 | 9,910.96 |
| 07/03 | Chase Quickpay Electronic Transfer 6340551518 To Debbie Briscoe | -50.00 | 9,860.96 |
| 07/03 | Chase Quickpay Electronic Transfer 6340886933 To Manon Prevot | -200.00 | 9,660.96 |
| 07/03 | 07/03 Online Payment 6340888872 To Mortgage 0680 | -164.10 | 9,496.86 |
| 07/03 | Oxford Health 2 Ebpp Pmt   Oxford       Web ID: 1222797560 | -2,276.29 | 7,220.57 |
| 07/03 | Capital One     Online Pmt 718439919649262 Web ID: 9279744991 | -192.55 | 7,028.02 |
| 07/05 | Chase Quickpay Electronic Transfer 6342588653 To Debbie Briscoe | -50.00 | 6,978.02 |
| 07/05 | Chase Quickpay Electronic Transfer 6342589261 To Rosa | -120.00 | 6,858.02 |
| 07/05 | 07/05 Online Payment 6345021777 To Mortgage 0680 | -100.00 | 6,758.02 |
| 07/05 | 07/05 Online Payment 6345013180 To Homeequity Line 6707 | -475.23 | 6,282.79 |
| 07/05 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -600.00 | 5,682.79 |
| 07/05 | Spng Fin Web Pay Loan W-Pay 350521557068    Web ID: 1350416090 | -195.00 | 5,487.79 |
| 07/06 | 07/06 Online Payment 6348245599 To Mortgage 0680 | -100.00 | 5,387.79 |
| 07/06 | 07/06 Online Payment 6348250320 To Auto Lease 0462 | -126.92 | 5,260.87 |
| 07/06 | 07/06 Online Payment 6348247881 To Homeequity Line 6707 | -29.14 | 5,231.73 |
| 07/06 | Chase Quickpay Electronic Transfer 6349211846 To Debbie Briscoe | -50.00 | 5,181.73 |
| 07/06 | Chase Quickpay Electronic Transfer 6349213232 To Debbie Briscoe | -50.00 | 5,131.73 |
| 07/06 | Comenity Pay Sb  Web Pymt  P17185099441994 Web ID: 1133163498 | -100.00 | 5,031.73 |
| 07/07 | Chase Quickpay Electronic Transfer 6351838034 To Debbie Briscoe | -50.00 | 4,981.73 |
| 07/07 | Chase Quickpay Electronic Transfer 6351840308 To Yolanda Lopez | -150.00 | 4,831.73 |
| 07/07 | Chase Quickpay Electronic Transfer 6352518248 To Manon Prevot | -32.40 | 4,799.33 |
| 07/07 | Chase Quickpay Electronic Transfer 6352519884 To Manon Prevot | -88.05 | 4,711.28 |
| 07/07 | Chase Quickpay Electronic Transfer 6352523740 To Manon Prevot | -200.00 | 4,511.28 |
| 07/07 | 07/07 Online Payment 6352525667 To Auto Lease 0462 | -200.00 | 4,311.28 |
| 07/07 | Spng Fin Web Pay Loan W-Pay 350521557068    Web ID: 1350416090 | -195.00 | 4,116.28 |
| 07/10 | 07/08 Payment To Chase Card Ending IN 9594 | -534.28 | 3,582.00 |
| 07/10 | Chase Quickpay Electronic Transfer 6357435745 To Rosa | -140.00 | 3,442.00 |
| 07/10 | Chase Quickpay Electronic Transfer 6357436849 To Yolanda Lopez | -150.00 | 3,292.00 |
| 07/10 | Chase Quickpay Electronic Transfer 6357438102 To Debbie Briscoe | -150.00 | 3,142.00 |
| 07/10 | American Express ACH Pmt   M0562        Web ID: 2005032111 | -1,000.00 | 2,142.00 |
| 07/10 | Comenity Pay Sb  Web Pymt  P17188100274519 Web ID: 1133163498 | -204.00 | 1,938.00 |
| 07/11 | ATM Withdrawal       07/11 125 Chatsworth Ave Larchmont NY Card 1582 | -300.00 | 1,638.00 |
| 07/12 | Card Purchase        07/11 Sq *Estelle Gourmet Scarsdale NY Card 1582 | -110.00 | 1,528.00 |
| 07/12 | American Express ACH Pmt   M6322        Web ID: 2005032111 | -707.91 | 820.09 |
| 07/13 | Chase Quickpay Electronic Transfer 6364098606 To Debbie Briscoe | -50.00 | 770.09 |
| 07/13 | 07/13 Payment To Chase Card Ending IN 9594 | -223.55 | 546.54 |
| 07/14 | Finpro USA Inc  Payroll        PPD ID: 9002214151 | 4,105.63 | 4,652.17 |
| 07/14 | 07/14 Online Payment 6367358068 To Auto Lease 0462 | -100.00 | 4,552.17 |
| 07/14 | Chase Quickpay Electronic Transfer 6367360815 To Debbie Briscoe | -50.00 | 4,502.17 |
| 07/14 | Chase Quickpay Electronic Transfer 6367363182 To Yolanda Lopez | -150.00 | 4,352.17 |
| 07/14 | Chase Quickpay Electronic Transfer 6367370255 To Manon Prevot | -200.00 | 4,152.17 |
| 07/14 | Chase Quickpay Electronic Transfer 6367373219 To Debbie Briscoe | -50.00 | 4,102.17 |





22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

22Jan20-2499

# CHASE ◐

June 15, 2017 through July 17, 2017
Primary Account: ███████3765

## TRANSACTION DETAIL *(continued)*

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 07/17 | Book Transfer Credit B/O: Finpro USA Inc New Rochelle, NY 109014648 Ref Flight Ticket To Finland IN September/Bnf/Flight Ticket To Finland IN September Trn: 4131400198Es | 2,500.00 | 6,602.17 |
| 07/17 | Finpro USA Inc  ACH Pmt          PPD ID. 9200502235 | 2,945.78 | 9,547.95 |
| 07/17 | 07/16 Online Payment 6371755466 To Auto Lease 0462 | -100.00 | 9,447.95 |
| 07/17 | Chase Quickpay Electronic Transfer 6371755863 To Debbie Briscoe | -50.00 | 9,397.95 |
| 07/17 | Chase Quickpay Electronic Transfer 6373545600 To Ron B Colangelo | -500.00 | 8,897.95 |
| 07/17 | 07/17 Online Payment 6374376311 To Auto Lease 0462 | -200.00 | 8,697.95 |
| 07/17 | Chase Quickpay Electronic Transfer 6374377944 To Yolanda Lopez | -150.00 | 8,547.95 |
| 07/17 | Chase Quickpay Electronic Transfer 6374449900 To Manon Prevot | -32.50 | 8,515.45 |
| 07/17 | American Express ACH Pmt   W0484       Web ID: 2005032111 | -942.55 | 7,572.90 |
| 07/17 | American Express ACH Pmt   M2858       Web ID: 2005032111 | -921.84 | 6,651.06 |
| 07/17 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -850.03 | 5,801.03 |
|  | **Ending Balance** |  | **$5,801.03** |

 *webterm*

## CHASE PREMIER CHECKING

RONALD COLANGELO                                    Account Number ███████502

OR MRS JAANA COLANGELO

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $5.27 |
| Ending Balance | $5.27 |
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.01 |

Good news. Your Chase Premier Checking Monthly Service Fee was waived because you kept an average daily balance of $15,000 in qualifying linked deposits, investments and credit cards, mortgage and other loans during the statement period.

22-Jan-20

22Jan20-2499

## CHASE ○

July 18, 2017 through August 14, 2017
Primary Account: ▮▮▮▮765

Your account ending in 4731 is linked to this account for overdraft protection

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $5,801.03 |
| 07/18 | 07/18 Online Payment 6375804824 To Auto Lease 0462 | -100.00 | 5,701.03 |
| 07/18 | Chase Quickpay Electronic Transfer 6376325958 To Manon Prevot | -39.00 | 5,662.03 |
| 07/18 | Chase Quickpay Electronic Transfer 6376327642 To Manon Prevot | -200.00 | 5,462.03 |
| 07/18 | American Express ACH Pmt   M1218      Web ID: 2005032111 | -600.00 | 4,862.03 |
| 07/18 | Capital One      Mobile Pmt 719839809188431 Web ID: 9279744980 | -250.00 | 4,612.03 |
| 07/19 | American Express ACH Pmt   W7018      Web ID: 2005032111 | -469.21 | 4,142.82 |
| 07/20 | Chase Quickpay Electronic Transfer 6380547019 To Debbie Briscoe | -50.00 | 4,092.82 |
| 07/20 | ATM Withdrawal       07/20 401 Madison Ave New York NY Card 1582 | -100.00 | 3,992.82 |
| 07/20 | American Express ACH Pmt   M4320      Web ID: 2005032111 | -700.00 | 3,292.82 |
| 07/21 | Chase Quickpay Electronic Transfer 6383570773 To Debbie Briscoe | -50.00 | 3,242.82 |
| 07/21 | Chase Quickpay Electronic Transfer 6383572937 To Debbie Briscoe | -50.00 | 3,192.82 |
| 07/21 | Chase Quickpay Electronic Transfer 6383574918 To Debbie Briscoe | -50.00 | 3,142.82 |
| 07/21 | Chase Quickpay Electronic Transfer 6383576631 To Yolanda Lopez | -150.00 | 2,992.82 |
| 07/21 | 07/21 Online Payment 6383583985 To Auto Lease 0462 | -100.00 | 2,892.82 |
| 07/21 | American Express ACH Pmt   M9386      Web ID: 2005032111 | -714.86 | 2,177.96 |
| 07/24 | Chase Quickpay Electronic Transfer 6389829714 To Debbie Briscoe | -150.00 | 2,027.96 |
| 07/24 | Chase Quickpay Electronic Transfer 6389830920 To Yolanda Lopez | -150.00 | 1,877.96 |
| 07/24 | American Express ACH Pmt   W5532      Web ID: 2005032111 | -596.94 | 1,281.02 |
| 07/25 | American Express ACH Pmt   M1372      Web ID: 2005032111 | -569.67 | 711.35 |
| 07/26 | American Express ACH Pmt   W9214      Web ID: 2005032111 | -368.33 | 343.02 |
| 07/27 | Chase Quickpay Electronic Transfer 6397622160 To Manon Prevot | -200.00 | 143.02 |
| 07/27 | Chase Quickpay Electronic Transfer 6397623730 To Manon Prevot | -29.00 | 114.02 |
| 07/28 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 3,289.93 | 3,403.95 |
| 07/28 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 1,173.78 | 4,577.73 |
| 07/28 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 1,173.00 | 5,750.73 |
| 07/28 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 1,109.38 | 6,860.11 |
| 07/28 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 1,091.76 | 7,951.87 |
| 07/28 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 1,029.70 | 8,981.57 |
| 07/28 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 975.00 | 9,956.57 |
| 07/28 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 928.55 | 10,885.12 |
| 07/28 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 642.59 | 11,527.71 |
| 07/28 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 557.13 | 12,084.84 |
| 07/28 | Finpro USA Inc  ACH Pmt       PPD ID: 9200502235 | 87.36 | 12,172.20 |
| 07/28 | 07/28 Payment To Chase Card Ending IN 9594 | -620.77 | 11,551.43 |
| 07/28 | 07/28 Online Payment 6399081144 To Auto Lease 0462 | -300.00 | 11,251.43 |
| 07/28 | 07/28 Payment To Chase Card Ending IN 3842 | -598.61 | 10,652.82 |
| 07/28 | Chase Quickpay Electronic Transfer 6399181561 To Debbie Briscoe | -150.00 | 10,502.82 |
| 07/28 | Chase Quickpay Electronic Transfer 6399862407 To Debbie Briscoe | -100.00 | 10,402.82 |
| 07/28 | Chase Quickpay Electronic Transfer 6400082428 To Debbie Briscoe | -50.00 | 10,352.82 |
| 07/28 | Chase Quickpay Electronic Transfer 6400085797 To Yolanda Lopez | -150.00 | 10,202.82 |
| 07/28 | 07/28 Online Payment 6400087843 To GM Financial | -1,130.90 | 9,071.92 |
| 07/28 | Capital One      Online Pmt 720939919110231 Web ID: 9279744991 | -393.26 | 8,678.66 |
| 07/31 | Chase Quickpay Electronic Transfer 6402439588 To Manon Prevot | -20.00 | 8,658.66 |

*[handwritten margin notes: "Cash exp.", "webtem travel rel. flights hotels val Carol webtem"]*

22-Jan-20

# CHASE ⬢

July 18, 2017 through August 14, 2017
Primary Account: ████████ 765

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 07/31 | Chase Quickpay Electronic Transfer 6406031929 To Rosa | -80.00 | 8,578.66 |
| 07/31 | Chase Quickpay Electronic Transfer 6406803074 To Debbie Briscoe | -100.00 | 8,478.66 |
| 07/31 | Chase Quickpay Electronic Transfer 6406804790 To Yolanda Lopez | -150.00 | 8,328.66 |
| 07/31 | Chase Quickpay Electronic Transfer 6407226325 To Yolanda Lopez | -23.12 | 8,305.54 |
| 07/31 | 07/31 Payment To Chase Card Ending IN 3842 | -200.00 | 8,105.54 |
| 07/31 | 07/31 Payment To Chase Card Ending IN 9594 | -214.07 | 7,891.47 |
| 07/31 | 07/31 Online Payment 6407244925 To Mortgage 0680 | -100.00 | 7,791.47 |
| 07/31 | 07/31 Online Payment 6407246131 To Auto Lease 0462 | -100.00 | 7,691.47 |
| 07/31 | Oxford Health 2 Ebpp Pmt  Oxford         Web ID: 1222797560 | -2,276.29 | 5,415.18 |
| 07/31 | American Express ACH Pmt   M1928          Web ID: 2005032111 | -1,027.03 | 4,388.15 |
| 08/01 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -500.00 | 3,888.15 |
| 08/01 | 08/01 Online Payment 6410200459 To Boston Childrens Health Physicia | -6.78 | 3,881.37 |
| 08/03 | Comenity Pay Sb  Web Pymt  P17210104791091 Web ID: 1133163498 | -766.80 | 3,114.57 |
| 08/04 | Chase Quickpay Electronic Transfer 6417496296 To Debbie Briscoe | -50.00 | 3,064.57 |
| 08/04 | Chase Quickpay Electronic Transfer 6420171911 To Yolanda Lopez | -150.00 | 2,914.57 |
| 08/04 | 08/04 Online Payment 6420174086 To Mario Miceli | -350.00 | 2,564.57 |
| 08/04 | 08/04 Online Payment 6420176166 To Auto Lease 0462 | -100.00 | 2,464.57 |
| 08/04 | 08/04 Online Payment 6420179667 To Homeequity Line 6707 | -180.32 | 2,284.25 |
| 08/07 | Card Purchase         08/04 Rudys Limousine Service Stamford CT Card 1582 | -100.00 | 2,184.25 |
| 08/07 | 08/05 Online Payment 6422267515 To Mario Miceli | -249.19 | 1,935.06 |
| 08/07 | Card Purchase         08/05 Leonardo's Larchmont NY Card 1582 | -710.00 | 1,225.06 |
| 08/07 | Chase Quickpay Electronic Transfer 6425798290 To Yolanda Lopez | -24.70 | 1,200.36 |
| 08/07 | Chase Quickpay Electronic Transfer 6425800175 To Debbie Briscoe | -150.00 | 1,050.36 |
| 08/07 | 08/07 Payment To Chase Card Ending IN 9594 | -150.00 | 900.36 |
| 08/08 | Chase Quickpay Electronic Transfer 6427260472 To Marie Powell | -534.98 | 365.38 |
| 08/08 | Finpro USA Inc  ACH Pmt        PPD ID: 9200502235 | -137.50 | 227.88 |
| 08/08 | 08/08 Payment To Chase Card Ending IN 3842 | 5,897.67 | 6,125.55 |
| 08/08 | Chase Quickpay Electronic Transfer 6429586878 To Marie Powell | -300.00 | 5,825.55 |
| 08/09 | Chase Quickpay Electronic Transfer 6429594680 To Rosa | -137.50 | 5,688.05 |
| 08/10 | Capital One    Mobile Pmt 7220039809198080 Web ID: 9279744980 | -375.00 | 5,313.05 |
| 08/10 | Chase Quickpay Electronic Transfer 6431904788 To Marie Powell | -300.00 | 5,013.05 |
| 08/10 | ATM Withdrawal         08/10 125 Chatsworth Ave Larchmont NY Card 1582 | -150.00 | 4,863.05 |
| 08/10 | Chase Quickpay Electronic Transfer 6434374293 To Marie Powell | -100.00 | 4,763.05 |
| 08/10 | American Express ACH Pmt   M6822          Web ID: 2005032111 | -200.00 | 4,563.05 |
| 08/11 | American Express ACH Pmt   M1404          Web ID: 2005032111 | -1,492.15 | 3,070.90 |
| 08/11 | Chase Quickpay Electronic Transfer 6435730801 To Yolanda Lopez | -500.30 | 2,570.60 |
| 08/11 | 08/11 Online Payment 6435733358 To Auto Lease 0462 | -150.00 | 2,420.60 |
| 08/11 | Chase Quickpay Electronic Transfer 6437390765 To Marie Powell | -100.00 | 2,320.60 |
| 08/11 | American Express ACH Pmt   M5122          Web ID: 2005032111 | -150.00 | 2,170.60 |
| 08/14 | Spng Fin Web Pay Loan W-Pay 350521557068   Web ID: 1350416090 | -755.81 | 1,414.79 |
| 08/14 | ATM Withdrawal         08/14 125 Chatsworth Ave Larchmont NY Card 1582 | -195.00 | 1,219.79 |
| | American Express ACH Pmt   W4472          Web ID: 2005032111 | -100.00 | 1,119.79 |
| | Ending Balance | -533.69 | 586.10 |
| | | | $586.10 |

*(handwritten margin notes: "office rel. exp." pointing at 08/07; "webtem" pointing at 08/08; "cash" pointing at 08/10; "cash" pointing at 08/14)*

22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

22Jan20-2499

## CHASE

August 15, 2017 through September 15, 2017
Primary Account: ███████ 3765

## CHASE WORKPLACE CHECKING

MRS JAANA COLANGELO

OR RONALD COLANGELO

Account Number: ███████ 3765

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $586.10 |
| Deposits and Additions | 67,561.27 |
| ATM & Debit Card Withdrawals | -1,523.68 |
| Electronic Withdrawals | -58,173.56 |
| Ending Balance | $8,450.13 |

Annual Percentage Yield Earned This Period      0.00%

Your account ending in 4731 is linked to this account for overdraft protection.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $586.10 |
| 08/15 | Finpro USA Inc   Payroll          PPD ID: 9002214151 | 4,105.62 | 4,691.72 |
| 08/15 | Chase Quickpay Electronic Transfer 6443736700 From Finpro USA Inc | 1,900.00 | 6,591.72 |
| 08/15 | Chase Quickpay Electronic Transfer 6443730795 To Marie Powell | -125.00 | 6,466.72 |
| 08/15 | Chase Quickpay Electronic Transfer 6443733458 To Rosa | -250.00 | 6,216.72 |
| 08/15 | Chase Quickpay Electronic Transfer 6445364549 To Yolanda Lopez | -150.00 | 6,066.72 |
| 08/15 | 08/15 Payment To Chase Card Ending IN 3842 | -560.89 | 5,505.83 |
| 08/15 | 08/15 Payment To Chase Card Ending IN 9594 | -391.17 | 5,114.66 |
| 08/15 | 08/15 Online Payment 6445369455 To Auto Lease 0462 | -200.00 | 4,914.66 |
| 08/15 | 08/15 Online Payment 6445569412 To Mario Miceli | -185.00 | 4,729.66 |
| 08/15 | 08/15 Online Payment 6445572186 To GM Financial | -1,130.90 | 3,598.76 |
| 08/15 | ATM Withdrawal       08/15 125 Chatsworth Ave Larchmont NY Card 1582 | -200.00 | 3,398.76 |
| 08/15 | American Express ACH Pmt   M1440        Web ID: 2005032111 | -1,133.69 | 2,265.07 |
| 08/15 | American Express ACH Pmt   W8502        Web ID: 2005032111 | -949.96 | 1,315.11 |
| 08/15 | Spng Fin Web Pay Loan W-Pay 350521557068   Web ID: 1350416090 | -95.00 | 1,220.11 |
| 08/16 | ATM Check Deposit       08/16 125 Chatsworth Ave Larchmont NY Card 1582 | 3,500.00 | 4,720.11 |
| 08/16 | Chase Quickpay Electronic Transfer 6448192377 From Finpro USA Inc | 600.00 | 5,320.11 |
| 08/16 | Chase Quickpay Electronic Transfer 6446306761 To Marie Powell | -100.00 | 5,220.11 |
| 08/16 | Capital One     Mobile Pmt 722739809054865 Web ID: 9279744980 | -198.00 | 5,022.11 |
| 08/17 | Chase Quickpay Electronic Transfer 6449643686 To Marie Powell | -100.00 | 4,922.11 |
| 08/17 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -1,000.00 | 3,922.11 |
| 08/18 | Chase Quickpay Electronic Transfer 6451202530 To Marie Powell | -125.00 | 3,797.11 |
| 08/21 | Chase Quickpay Electronic Transfer 6454855978 To Marie Powell | -125.00 | 3,672.11 |
| 08/21 | Chase Quickpay Electronic Transfer 6454856683 To Marie Powell | -100.00 | 3,572.11 |
| 08/21 | Chase Quickpay Electronic Transfer 6454857406 To Yolanda Lopez | -150.00 | 3,422.11 |
| 08/21 | Chase Quickpay Electronic Transfer 6454973289 To Marie Powell | -40.41 | 3,381.70 |

Page 2 of 8

22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

22Jan20-2499

**CHASE**

August 15, 2017 through September 15, 2017
Primary Account: ████████████3765

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 08/21 | Chase Quickpay Electronic Transfer 6454974317 To Marie Powell | -70.52 | 3,311.18 |
| 08/21 | Chase Quickpay Electronic Transfer 6458306917 To Yolanda Lopez | -150.00 | 3,161.18 |
| 08/21 | Chase Quickpay Electronic Transfer 6458313595 To Justine Leclair | -200.00 | 2,961.18 |
| 08/21 | American Express ACH Pmt   W0492        Web ID: 2005032111 | -494.01 | 2,467.17 |
| 08/21 | American Express ACH Pmt   M4122        Web ID: 2005032111 | -303.71 | 2,163.46 |
| 08/21 | American Express ACH Pmt   W9846        Web ID: 2005032111 | -296.03 | 1,867.43 |
| 08/21 | American Express ACH Pmt   M0780        Web ID: 2005032111 | -256.11 | 1,611.32 |
| 08/22 | Chase Quickpay Electronic Transfer 6461431453 From Finpro USA Inc | 750.00 | 2,361.32 |
| 08/22 | 08/22 Payment To Chase Card Ending IN 3842 | -169.00 | 2,192.32 |
| 08/22 | American Express ACH Pmt   M9012        Web ID: 2005032111 | -516.45 | 1,675.87 |
| 08/23 | Chase Quickpay Electronic Transfer 6461927331 To Marie Powell | -125.00 | 1,550.87 |
| 08/23 | Chase Quickpay Electronic Transfer 6463062446 To Justine Leclair | -200.00 | 1,350.87 |
| 08/23 | Chase Quickpay Electronic Transfer 6463863962 To Marie Powell | -100.00 | 1,250.87 |
| 08/23 | American Express ACH Pmt   W5436        Web ID: 2005032111 | -262.50 | 988.37 |
| 08/24 | Chase Quickpay Electronic Transfer 6464854951 From Finpro USA Inc | 70.00 | 1,058.37 |
| 08/24 | 08/24 Payment To Chase Card Ending IN 9594 | -200.00 | 858.37 |
| 08/24 | Chase Quickpay Electronic Transfer 6466077858 To Marie Powell | -50.00 | 808.37 |
| 08/25 | Chase Quickpay Electronic Transfer 6468470642 From Finpro USA Inc | 20.00 | 828.37 |
| 08/25 | ATM Withdrawal        08/25 125 Chatsworth Ave Larchmont NY Card 1582 | -300.00 | 528.37 |
| 08/25 | American Express ACH Pmt   M9870        Web ID: 2005032111 | -135.70 | 342.67 |
| 08/28 | ATM Check Deposit        08/28 125 Chatsworth Ave Larchmont NY Card 1582 | 27,500.00 | 27,842.67 |
| 08/28 | ATM Check Deposit        08/26 125 Chatsworth Ave Larchmont NY Card 1582 | 100.00 | 27,942.67 |
| 08/28 | ATM Check Deposit        08/26 125 Chatsworth Ave Larchmont NY Card 1582 | 100.00 | 28,042.67 |
| 08/28 | ATM Check Deposit        08/26 125 Chatsworth Ave Larchmont NY Card 1582 | 100.00 | 28,142.67 |
| 08/28 | ATM Check Deposit        08/26 125 Chatsworth Ave Larchmont NY Card 1582 | 100.00 | 28,242.67 |
| 08/28 | ATM Cash Deposit        08/26 125 Chatsworth Ave Larchmont NY Card 1582 | 50.00 | 28,292.67 |
| 08/28 | ATM Check Deposit        08/26 125 Chatsworth Ave Larchmont NY Card 1582 | 25.00 | 28,317.67 |
| 08/28 | ATM Check Deposit        08/26 125 Chatsworth Ave Larchmont NY Card 1582 | 25.00 | 28,342.67 |
| 08/28 | ATM Check Deposit        08/26 125 Chatsworth Ave Larchmont NY Card 1582 | 25.00 | 28,367.67 |
| 08/28 | ATM Check Deposit        08/26 125 Chatsworth Ave Larchmont NY Card 1582 | 25.00 | 28,392.67 |
| 08/28 | Book Transfer Credit B/O: Finpro USA Inc New Rochelle, NY 108014648 Ref Flight Ticket To Finland IN September/Bnf/Flight Ticket To Finland IN September Tm: 3925500240Es | 17,388.87 | 45,781.54 |
| 08/28 | Quickpay With Zelle Payment From Finpro USA Inc 6473615604 | 5,000.00 | 50,781.54 |
| 08/28 | Quickpay With Zelle Payment To Yolanda Lopez 6470468901 | -150.00 | 50,631.54 |
| 08/28 | Card Purchase With Pin  08/26 Larchmont Pharm Larchmont NY Card 1582 | -7.46 | 50,624.08 |
| 08/28 | Card Purchase With Pin  08/26 Decicco Market Larchmont NY Card 1582 | -67.55 | 50,556.53 |
| 08/28 | Quickpay With Zelle Payment To Marie Powell 6470939174 | -200.00 | 50,356.53 |
| 08/28 | Quickpay With Zelle Payment To Rosa 6473619361 | -750.00 | 49,606.53 |
| 08/28 | 08/28 Online Payment 6473619633 To Auto Lease 0462 | -500.00 | 49,106.53 |
| 08/28 | 08/28 Payment To Chase Card Ending IN 3842 | -1,000.00 | 48,106.53 |

*[Handwritten annotations in margins: "webtem exp", "webtem", "insurance payments", "triplet BP", "webtem"]*

Page 3 of 8

22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

22Jan20-2499

## CHASE ⬡

August 15, 2017 through September 15, 2017
Primary Account: ████████ 3765

### TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 08/28 | 08/28 Payment To Chase Card Ending IN 9594 | -1,000.00 | 47,106.53 |
| 08/28 | Quickpay With Zelle Payment To Yolanda Lopez 6473857956 | -150.00 | 46,956.53 |
| 08/28 | Card Purchase With Pin  08/28 Trader Joe's # 532 Larchmont NY Card 1582 | -158.60 | 46,797.93 |
| 08/28 | 08/28 Online Payment 6474699579 To Mortgage 0680 | -150.00 | 46,647.93 |
| 08/28 | Quickpay With Zelle Payment To Marie Powell 6475314893 | -1,580.60 | 45,067.33 |
| 08/28 | American Express ACH Pmt   M1350        Web ID  2005032111 | -125.00 | 44,942.33 |
| 08/29 | ATM Check Deposit        08/29 125 Chatsworth Ave Larchmont NY Card 1582 | 279.32 | 44,663.01 |
| 08/29 | 08/29 Online Payment 6475919129 To Mortgage 0680 | 2,071.16 | 46,734.17 |
| 08/29 | 08/29 Payment To Chase Card Ending IN 3842 | -1,580.60 | 45,153.57 |
| 08/29 | 08/29 Payment To Chase Card Ending IN 9594 | -1,000.00 | 44,153.57 |
| 08/29 | 08/29 Online Payment 6475939140 To GM Financial | -1,000.00 | 43,153.57 |
| 08/29 | Quickpay With Zelle Payment To Ron B Colangelo 6476191496 | -25.00 | 43,128.57 |
| 08/29 | Quickpay With Zelle Payment To Ron B Colangelo 6476201840 | -550.00 | 42,578.57 |
| 08/29 | ATM Withdrawal        08/29 125 Chatsworth Ave Larchmont NY Card 1582 | -325.00 | 42,253.57 |
| 08/29 | Quickpay With Zelle Payment To Marie Powell 6477547187 | -200.00 | 42,053.57 |
| 08/30 | American Express ACH Pmt   M5614        Web ID: 2005032111 | -100.00 | 41,953.57 |
| 08/30 | 08/30 Payment To Chase Card Ending IN 3842 | -3,000.00 | 38,953.57 |
| 08/30 | 08/30 Payment To Chase Card Ending IN 9594 | -1,000.00 | 37,953.57 |
| 08/30 | 08/30 Online Payment 6478378510 To Mortgage 0680 | -1,000.00 | 36,953.57 |
| 08/30 | 08/30 Online Payment 6478634668 To Larchmont Mamaroneck Eye Care | -1,580.60 | 35,372.97 |
| 08/30 | Card Purchase With Pin  08/30 Balducci's #314 Scarsdale NY Card 1582 | -210.00 | 35,162.97 |
| 08/30 | Quickpay With Zelle Payment To Marie Powell 6479818238 | -90.07 | 35,072.90 |
| 08/31 | Comenity Pay Sb  Web Pymt   P17241111744557 Web ID: 1133163498 | -100.00 | 34,972.90 |
| 08/31 | 08/31 Online Payment 6481784715 To Mortgage 0680 | -1,084.36 | 33,888.54 |
| 08/31 | Quickpay With Zelle Payment To Marie Powell 6482582924 | -75.98 | 33,812.56 |
| 08/31 | Quickpay With Zelle Payment To Marie Powell 6483308197 | -42.02 | 33,770.54 |
| 08/31 | Capital One     Mobile Pmt 724239809227721 Web ID: 9279744980 | -175.00 | 33,595.54 |
| 09/01 | Capital One     Mobile Pmt 724239809227722 Web ID: 9279744980 | -1,131.65 | 32,463.89 |
| 09/01 | Quickpay With Zelle Payment To Yolanda Lopez 6485908224 | -1,000.00 | 31,463.89 |
| 09/01 | Oxford Health 2 Ebpp Pmt  Oxford        Web ID: 1222797560 | -150.00 | 31,313.89 |
| 09/05 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -2,276.29 | 29,037.60 |
| 09/05 | ATM Withdrawal        09/02 125 Chatsworth Ave Larchmont NY Card 1582 | -1,286.40 | 27,751.20 |
| 09/05 | Quickpay With Zelle Payment To Justine Leclair 6491602302 | -300.00 | 27,451.20 |
| 09/05 | Quickpay With Zelle Payment To Yolanda Lopez 6493924832 | -200.00 | 27,251.20 |
| 09/05 | 09/05 Payment To Chase Card Ending IN 9594 | -150.00 | 27,101.20 |
| 09/05 | Quickpay With Zelle Payment To Yolanda Lopez 6496402118 | -1,359.19 | 25,742.01 |
| 09/06 | Quickpay With Zelle Payment To Debbie Briscoe 6496406099 | -17.39 | 25,724.62 |
| 09/06 | 09/05 Online Payment 6496404772 To Mortgage 0680 | -50.00 | 25,674.62 |
| 09/06 | Quickpay With Zelle Payment To Marie Powell 6496780281 | -1,580.60 | 24,094.02 |
| 09/06 | Quickpay With Zelle Payment To Debbie Briscoe 6499119628 | -150.00 | 23,944.02 |
| 09/07 | Spng Fin Web Pay Loan W-Pay 350521557068   Web ID: 1350416090 | -50.00 | 23,894.02 |
| 09/07 | Quickpay With Zelle Payment To Marie Powell 6500113808 | -1,000.00 | 22,894.02 |
| 09/08 | Quickpay With Zelle Payment To Debbie Briscoe 6501937933 | -175.00 | 22,719.02 |
| 09/08 | Finpro USA Inc  Payroll        PPD ID  9002214151 | -50.00 | 22,669.02 |
| 09/08 | 09/08 Online Payment 6503512461 To Mario Miceli | 4,105.62 | 26,774.64 |
| 09/08 | American Express ACH Pmt   M3502        Web ID  2005032111 | -195.00 | 26,579.64 |
|  |  | 1,437.63 | 25,142.01 |

*cash exp.*

*cash exp*

*paymt 9/18*

22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

22Jan20-2499

## CHASE

August 15, 2017 through September 15, 2017
Primary Account: ████████ 3765



### TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 09/11 | Quickpay With Zelle Payment To Marie Powell 6507517204 | -162.50 | 24,979.51 |
| 09/11 | 09/11 Payment To Chase Card Ending IN 9594 | -500.00 | 24,479.51 |
| 09/11 | Quickpay With Zelle Payment To Justine Leclair 6510310202 | -200.00 | 24,279.51 |
| 09/11 | Quickpay With Zelle Payment To Yolanda Lopez 6510311480 | -150.00 | 24,129.51 |
| 09/11 | Quickpay With Zelle Payment To Debbie Briscoe 6510741939 | -50.00 | 24,079.51 |
| 09/11 | American Express ACH Pmt   W7690      Web ID: 2005032111 | -2,198.86 | 21,880.65 |
| 09/11 | American Express ACH Pmt   M1560      Web ID: 2005032111 | -1,585.04 | 20,295.61 |
| 09/11 | American Express ACH Pmt   M1892      Web ID: 2005032111 | -1,000.00 | 19,295.61 |
| 09/12 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -1,000.00 | 18,295.61 |
| 09/12 | 09/12 Online Payment 6511490305 To A Perfect Goldman | -460.59 | 17,835.02 |
| 09/12 | Quickpay With Zelle Payment To Debbie Briscoe 6512960950 | -50.00 | 17,785.02 |
| 09/12 | Quickpay With Zelle Payment To Marie Powell 6512961838 | -100.00 | 17,685.02 |
| 09/14 | American Express ACH Pmt   W2284      Web ID: 2005032111 | -2,801.14 | 14,883.88 |
| 09/14 | Quickpay With Zelle Payment To Ron B Colangelo 6515864747 | -434.00 | 14,449.88 |
| 09/14 | Quickpay With Zelle Payment To Marie Powell 6515865617 | -175.00 | 14,274.88 |
| 09/14 | Quickpay With Zelle Payment To Justine Leclair 6516182143 | -200.00 | 14,074.88 |
| 09/14 | 09/14 Online Payment 6516183200 To Auto Lease 0462 | -200.00 | 13,874.88 |
| 09/14 | 09/14 Payment To Chase Card Ending IN 9594 | -487.92 | 13,386.96 |
| 09/14 | 09/14 Payment To Chase Card Ending IN 3842 | -992.95 | 12,394.01 |
| 09/14 | 09/14 Online Payment 6516196062 To Homeequity Line 6707 | -279.21 | 12,114.80 |
| 09/14 | Quickpay With Zelle Payment To Yolanda Lopez 6516837631 | -150.00 | 11,964.80 |
| 09/14 | American Express ACH Pmt   W8812      Web ID: 2005032111 | 882.96 | 11,081.84 |
| 09/14 | Capital One    Online Pmt 725739919276838 Web ID: 9279744991 | -525.21 | 10,556.63 |
| 09/15 | American Express ACH Pmt   W9240      Web ID: 2005032111 | 306.50 | 10,250.13 |
| 09/15 | Quickpay With Zelle Payment To Debbie Briscoe 6518894932 | -50.00 | 10,200.13 |
| 09/15 | Quickpay With Zelle Payment To Debbie Briscoe 6518902314 | -50.00 | 10,150.13 |
| 09/15 | Quickpay With Zelle Payment To Marie Powell 6518907846 | -175.00 | 9,975.13 |
| 09/15 | 09/15 Online Payment 6518914852 To Auto Lease 0462 | -200.00 | 9,775.13 |
| 09/15 | Quickpay With Zelle Payment To Yolanda Lopez 6519267456 | -150.00 | 9,625.13 |
| 09/15 | Quickpay With Zelle Payment To Rosa 6519285070 | -475.00 | 9,150.13 |
| 09/15 | ATM Withdrawal       09/15 125 Chatsworth Ave Larchmont NY Card 1582 | -200.00 | 8,950.13 |
| 09/15 | Spng Fin Web Pay Loan W-Pay 350521557068   Web ID: 1350416090 | -500.00 | 8,450.13 |
|  | Ending Balance | | $8,450.13 |

cash exp.

22-Jan-20

22Jan20-2499

**CHASE**

November 15, 2017 through December 14, 2017
Primary Account ████████ 3765

Your account ending in 4731 is linked to this account for overdraft protection.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $8,398.38 |
| 11/15 | Quickpay With Zelle Payment To Justine Leclair 6669596268 | -200.00 | 8,198.38 |
| 11/15 | American Express ACH Pmt   M3640        Web ID: 2005032111 | -822.65 | 7,375.73 |
| 11/16 | Capital One     Mobile Pmt 731939809082779 Web ID: 9279744980 | -258.80 | 7,116.93 |
| 11/17 | Quickpay With Zelle Payment From Finpro USA Inc 6678474111 | 4,985.89 | 12,102.82 |
| 11/17 | 11/17 Online Payment 6677264934 To Auto Lease 0462 | -200.00 | 11,902.82 |
| 11/17 | 11/17 Online Payment 6677266541 To Mortgage 0680 | -1,580.60 | 10,322.22 |
| 11/17 | Quickpay With Zelle Payment To Rosa 6678471563 | -80.00 | 10,242.22 |
| 11/17 | American Express ACH Pmt   M0128        Web ID: 2005032111 | -828.86 | 9,413.36 |
| 11/20 | 11/18 Online Payment 6679359226 To Auto Lease 0462 | -200.00 | 9,213.36 |
| 11/20 | Quickpay With Zelle Payment To Ronald Colangelo 6679458729 | -250.00 | 8,963.36 |
| 11/20 | Quickpay With Zelle Payment To Ronald Colangelo 6679908453 | -200.00 | 8,763.36 |
| 11/20 | Quickpay With Zelle Payment To Ronald Colangelo 6679909586 | -175.00 | 8,588.36 |
| 11/20 | ATM Withdrawal        11/19 125 Chatsworth Ave Larchmont NY Card 1582 | -300.00 | 8,288.36 |
| 11/20 | American Express ACH Pmt   M6564        Web ID: 2005032111 | -1,500.00 | 6,788.36 |
| 11/20 | American Express ACH Pmt   M7514        Web ID: 2005032111 | -1,000.00 | 5,788.36 |
| 11/20 | American Express ACH Pmt   M7956        Web ID: 2005032111 | -500.00 | 5,288.36 |
| 11/21 | Quickpay With Zelle Payment To Yolanda Lopez 6684866556 | -150.00 | 5,138.36 |
| 11/21 | 11/21 Online Transfer To Chk ...1502 Transaction# 6684867328 | -100.00 | 5,038.36 |
| 11/21 | 11/21 Online Payment 6684867573 To Auto Lease 0462 | -200.00 | 4,838.36 |
| 11/21 | Quickpay With Zelle Payment To Ronald Colangelo 6686225495 | -125.00 | 4,713.36 |
| 11/21 | American Express ACH Pmt   M4182        Web ID: 2005032111 | -992.71 | 3,720.65 |
| 11/22 | Quickpay With Zelle Payment From Finpro USA Inc 6687626116 | 1,493.89 | 5,214.54 |
| 11/22 | ATM Withdrawal        11/22 125 Chatsworth Ave Larchmont NY Card 1582 | -300.00 | 4,914.54 |
| 11/22 | Quickpay With Zelle Payment To Bernadotte-Colangelo Travel Serv 6688671041 | -100.00 | 4,814.54 |
| 11/22 | American Express ACH Pmt   M8464        Web ID: 2005032111 | -500.00 | 4,314.54 |
| 11/22 | American Express ACH Pmt   M1020        Web ID: 2005032111 | -500.00 | 3,814.54 |
| 11/22 | American Express ACH Pmt   M3208        Web ID: 2005032111 | -500.00 | 3,314.54 |
| 11/24 | Quickpay With Zelle Payment To Rosa 6689750668 | -120.00 | 3,194.54 |
| 11/24 | Quickpay With Zelle Payment To Justine Leclair 6689820570 | -200.00 | 2,994.54 |
| 11/24 | 11/23 Payment To Chase Card Ending IN 3842 | -200.00 | 2,794.54 |
| 11/24 | 11/24 Online Payment 6692686030 To Auto Lease 0462 | -100.00 | 2,694.54 |
| 11/24 | Quickpay With Zelle Payment To Yolanda Lopez 6692687414 | -150.00 | 2,544.54 |
| 11/24 | American Express ACH Pmt   M5602        Web ID: 2005032111 | -500.00 | 2,044.54 |
| 11/24 | Spng Fin Web Pay Loan W-Pay 350521557068   Web ID: 1350416090 | -200.00 | 1,844.54 |
| 11/27 | Quickpay With Zelle Payment To Yolanda Lopez 6699476407 | -150.00 | 1,694.54 |
| 11/27 | American Express ACH Pmt   M6042        Web ID: 2005032111 | -748.94 | 945.60 |
| 11/27 | Capital One     Mobile Pmt 732839809251502 Web ID: 9279744980 | -100.00 | 845.60 |
| 11/29 | Quickpay With Zelle Payment From Finpro USA Inc 6702539483 | 3,645.89 | 4,491.49 |
| 11/29 | Quickpay With Zelle Payment To Ron B Colangelo 6702642100 | -125.00 | 4,366.49 |
| 11/29 | Quickpay With Zelle Payment To Justine Leclair 6702643399 | -200.00 | 4,166.49 |
| 11/29 | 11/29 Online Payment 6702644445 To GM Financial | -300.00 | 3,866.49 |
| 11/29 | Card Purchase With Pin  11/29 Larchmont Pharm Larchmont NY Card 1582 | -259.90 | 3,606.59 |

*Handwritten margin notes:* weklen · cash exp · webten cash ex. · webten meeting exp.

22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

22Jan20-2499

## CHASE 🟠

November 15, 2017 through December 14, 2017
Primary Account: ████████ 8765

*webtem*

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 11/29 | American Express ACH Pmt   M4114        Web ID: 2005032111 | -1,433.34 | 2,173.25 |
| 11/30 | Quickpay With Zelle Payment From Finpro USA Inc 6707536237 | 1,726.60 | 3,899.85 |
| 11/30 | Quickpay With Zelle Payment From Finpro USA Inc 6707545856 | 1,109.38 | 5,009.23 |
| 12/01 | Finpro USA Inc   ACH Pmt          PPD ID: 9200502235 | 992.85 | 6,002.08 |
| 12/01 | Finpro USA Inc   ACH Pmt          PPD ID: 9200502235 | 702.99 | 6,705.07 |
| 12/01 | Finpro USA Inc   ACH Pmt          PPD ID: 9200502235 | 335.71 | 7,040.78 |
| 12/01 | Finpro USA Inc   ACH Pmt          PPD ID: 9200502235 | 202.22 | 7,243.00 |
| 12/01 | Finpro USA Inc   ACH Pmt          PPD ID: 9200502235 | 188.78 | 7,431.78 |
| 12/01 | Finpro USA Inc   ACH Pmt          PPD ID: 9200502235 | 185.71 | 7,617.49 |
| 12/01 | 11/30 Online Payment 6707840304 To GM Financial | -392.70 | 7,224.79 |
| 12/01 | Quickpay With Zelle Payment To Yolanda Lopez 6710435099 | -150.00 | 7,074.79 |
| 12/04 | Finpro USA Inc   ACH Pmt          PPD ID: 9200502235 | 5,303.96 | 12,378.75 |
| 12/04 | Finpro USA Inc   ACH Pmt          PPD ID: 9200502235 | 3,385.62 | 15,764.37 |
| 12/04 | Finpro USA Inc   ACH Pmt          PPD ID: 9200502235 | 2,948.78 | 18,713.15 |
| 12/04 | Card Purchase With Pin  12/03 Larchmont Pharm Larchmont NY Card 1582 | -59.99 | 18,653.16 |
| 12/04 | 12/03 Online Payment 6718009923 To Mortgage 0680 | -1,580.60 | 17,072.56 |
| 12/04 | 12/03 Payment To Chase Card Ending IN 3842 | -1,500.00 | 15,572.56 |
| 12/04 | 12/03 Payment To Chase Card Ending IN 9594 | -1,500.00 | 14,072.56 |
| 12/04 | 12/04 Online Payment 6718091052 To Homeequity Line 6707 | -552.06 | 13,520.50 |
| 12/04 | Quickpay With Zelle Payment To Yolanda Lopez 6719085715 | -150.00 | 13,370.50 |
| 12/04 | Spng Fin Web Pay Loan W-Pay 350521557068    Web ID: 1350416090 | -542.00 | 12,828.50 |
| 12/05 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -1,000.00 | 11,828.50 |
| 12/06 | 12/06 Online Payment 6724760457 To Mortgage 0680 | -1,580.60 | 10,247.90 |
| 12/06 | Capital One      Mobile Pmt 733939809220495 Web ID: 9279744980 | -1,529.40 | 8,718.50 |
| 12/07 | Quickpay With Zelle Payment To Justine Leclair 6726821565 | -200.00 | 8,518.50 |
| 12/07 | Oxford Health 2 Ebpp Pmt  Oxford        Web ID: 1222797560 | -2,276.29 | 6,242.21 |
| 12/08 | Quickpay With Zelle Payment To Yolanda Lopez 6731390092 | -150.00 | 6,092.21 |
| 12/08 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -530.00 | 5,562.21 |
| 12/11 | Finpro USA Inc   Payroll          PPD ID: 9002214151 | 4,105.65 | 9,667.86 |
| 12/11 | Card Purchase        12/07 Diamond Mind*Service F 888-5660945 MD Card 1582 | -29.90 | 9,637.96 |
| 12/11 | Card Purchase        12/07 French American School 914-2500000 NY Card 1582 | -1,000.00 | 8,637.96 |
| 12/11 | 12/10 Online Payment 6734797986 To Mario Miceli | -535.00 | 8,102.96 |
| 12/11 | Card Purchase With Pin  12/10 Trader Joe's # 532 Larchmont NY Card 1582 | -47.76 | 8,055.20 |
| 12/11 | Quickpay With Zelle Payment To Ronald Colangelo 6736455888 | -700.00 | 7,355.20 |
| 12/11 | Card Purchase With Pin  12/11 Balducci's #314 Scarsdale NY Card 1582 | -122.16 | 7,233.04 |
| 12/11 | American Express ACH Pmt   W7846        Web ID: 2005032111 | -2,685.96 | 4,547.08 |
| 12/11 | Capital One     Online Pmt 734539919527182 Web ID: 9279744991 | -399.74 | 4,147.34 |
| 12/12 | Card Purchase With Pin  12/12 Larchmont Pharm Larchmont NY Card 1582 | -10.69 | 4,136.65 |
| 12/12 | Card Purchase With Pin  12/12 Decicco Market Larchmont NY Card 1582 | -46.81 | 4,089.84 |
| 12/12 | Comenity Pay Sb  Web Pymt  P17345135417099 Web ID: 1133163498 | -305.44 | 3,784.40 |
| 12/13 | Quickpay With Zelle Payment From Finpro USA Inc 6741171700 | 3,305.56 | 7,089.96 |
| 12/13 | Quickpay With Zelle Payment To Justine Leclair 6741173367 | -200.00 | 6,889.96 |
| 12/13 | Quickpay With Zelle Payment To Yolanda Lopez 6741174714 | -150.00 | 6,739.96 |
| 12/13 | Quickpay With Zelle Payment To Justine Leclair 6741176262 | -39.00 | 6,700.96 |
| 12/13 | American Express ACH Pmt   M6084        Web ID: 2005032111 | -1,746.91 | 4,954.05 |

*webtem several exp.*

*Payroll 12/17*

*webtem*

Page 3 of 6

22-Jan-20

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G22Jan20-2499

22Jan20-2499



**CHASE** 

November 15, 2017 through December 14, 2017

Primary Account: ███████ 3765

*webtem*

## TRANSACTION DETAIL (continued)

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 12/14 | Quickpay With Zelle Payment From Finpro USA Inc 6743951192 | 4,987.67 | 9,941.72 |
| 12/14 | American Express ACH Pmt  W3536     Web ID: 2005032111 | 2,949.80 | 6,991.92 |
| 12/14 | Bk of Amer VI/Mc Online Pmt Ckf662913374POS Web ID: 9500000000 | -600.00 | 6,391.92 |
| | Ending Balance | | $6,391.92 |

## CHASE PREMIER CHECKING

RONALD COLANGELO

OR MRS JAANA COLANGELO

Account Number: ███████ 502

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $105.27 |
| Deposits and Additions | 100.00 |
| Fees | -107.38 |
| Ending Balance | $97.89 |

| | |
|---|---|
| Annual Percentage Yield Earned This Period | 0.00% |
| Interest Paid Year-to-Date | $0.01 |

Good news. Your Chase Premier Checking Monthly Service Fee was waived because you kept an average daily balance of $15,000 in qualifying linked deposits, investments and credit cards, mortgage and other loans during the statement period.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| | Beginning Balance | | $105.27 |
| 11/20 | Safe Deposit Box 000466 701009-0 Annual Rent | -107.38 | -2.11 |
| 11/21 | Online Transfer From Chk ...3765 Transaction#: 6684867328 | 100.00 | 97.89 |
| | Ending Balance | | $97.89 |

22-Jan-20

22Jan20-2499

# CHASE ◯

December 15, 2017 through January 16, 2018

Primary Account:  ▮▮▮▮3765

All Summary Balances shown are as of January 16, 2018 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy

## CHASE:WORKPLACE CHECKING

MRS JAANA COLANGELO

Account Number:  ▮▮▮▮3765

OR RONALD COLANGELO

## CHECKING SUMMARY

| | AMOUNT |
|---|---|
| Beginning Balance | $6,391.92 |
| Deposits and Additions | 40,959.58 |
| ATM & Debit Card Withdrawals | -8,951.80 |
| Electronic Withdrawals | -32,599.63 |
| Ending Balance | $5,800.07 |

Annual Percentage Yield Earned This Period          0.00%

Your account ending in 4731 is linked to this account for overdraft protection.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | Beginning Balance | | $6,391.92 |
| 12/15 | ATM Withdrawal       12/15 125 Chatsworth Ave Larchmont NY Card 1582 | -300.00 | 6,091.92 |
| 12/15 | Card Purchase With Pin  12/15 Larchmont Pharm Larchmont NY Card 1582 | -150.75 | 5,941.17 |
| 12/15 | Quickpay With Zelle Payment To Yolanda Lopez 6749743913 | -150.00 | 5,791.17 |
| 12/15 | American Express ACH Pmt  M0056       Web ID: 2005032111 | -1,482.75 | 4,328.42 |
| 12/18 | Quickpay With Zelle Payment From Finpro USA Inc 6752406046 | 2,568.89 | 6,897.31 |
| 12/18 | Quickpay With Zelle Payment To Rosa 6750273693 | -120.00 | 6,777.31 |
| 12/18 | Card Purchase       12/16 Sweeets LLC Larchmont NY Card 1582 | -4.21 | 6,773.10 |
| 12/18 | Quickpay With Zelle Payment To Rosa 6751860152 | -150.00 | 6,623.10 |
| 12/18 | Quickpay With Zelle Payment To Rosa 6752405065 | -120.00 | 6,503.10 |
| 12/18 | Card Purchase With Pin  12/17 Balducci's #314 Scarsdale NY Card 1582 | -145.20 | 6,357.90 |
| 12/18 | 12/18 Payment To Chase Card Ending IN 9594 | -958.78 | 5,399.12 |
| 12/18 | Quickpay With Zelle Payment To Yolanda Lopez 6754634794 | -150.00 | 5,249.12 |
| 12/18 | Quickpay With Zelle Payment To Yolanda Lopez 6754636370 | -34.15 | 5,214.97 |
| 12/18 | Card Purchase With Pin  12/18 Balducci's #314 Scarsdale NY Card 1582 | -187.54 | 5,027.43 |
| 12/18 | American Express ACH Pmt  W5528       Web ID: 2005032111 | -582.56 | 4,444.87 |
| 12/19 | Quickpay With Zelle Payment To Ronald Colangelo 6757402650 | -125.00 | 4,319.87 |
| 12/19 | Onemain Web Pay  Loan Pymnt 350521557068    Web ID: 1350416090 | -242.00 | 4,077.87 |
| 12/20 | American Express ACH Pmt  W1554       Web ID: 2005032111 | -1,413.89 | 2,663.98 |
| 12/20 | Capital One     Mobile Pmt 735339809208882 Web ID: 9279744980 | -263.00 | 2,400.98 |
| 12/21 | Quickpay With Zelle Payment From Finpro USA Inc 6762591023 | 985.89 | 3,386.87 |
| 12/21 | Quickpay With Zelle Payment To Justine Leclair 6763958226 | -200.00 | 3,186.87 |
| 12/21 | American Express ACH Pmt  M5798       Web ID: 2005032111 | -791.87 | 2,395.00 |

*(handwritten margin notes: "cash exp.", "webtem", "webtem")*